IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CATHERINE B. LAAG, a minor, by her Parent     :
and Natural Guardian, JOHN LAAG, and JOHN    :
LAAG, Individually and in his own right,       :    Civil Action No.:  04-1306-GMS

                  :

               Plaintiffs,     :

             v.                :    JURY TRIAL DEMANDED

                  :

EDWARD J. CULLEN, JR., D.O., JAMES      :
HERTZOG, M.D. and NEMOURS          :
FOUNDATION d/b/a A. I. DUPONT HOSPITAL   :
FOR CHILDREN, a Delaware Corporation,     :

                  :

             Defendants.    :

## NOTICE OF SERVICE

I, Paul A. Bradley, Esquire, hereby certify that two true and correct copies of the

Defendants Edward J. Cullen, Jr., D.O., James Hertzog, M.D. and Nemours Foundation d/b/a

A.I. DuPont Hospital for Children's Request for Production of Documents Directed to Plaintiffs

were served on this _14th_ day of March, 2005 on the following counsel of record via first class

mail:

Martin A. Schagrin, Esquire               F. Philip Robin, Esquire
Berkowitz, Schagrin & Cooper, P.A.        Robert N. Hunn
1218 Market Street                    Kolsby, Gordon, Robin, Shore & Bezar
P.O. Box 1632                       Suite 2250, 1650 Market Street
Wilmington, DE  19899-1632          Philadelphia, PA  19103

                              McCARTER & ENGLISH, LLP

BY:    _Paul Bradley_

                              Paul A. Bradley (DE Bar ID #2156)
                              Michael P. Kelly (DE Bar ID #2295)
                              919 N. Market Street, Suite 1800
                              P.O. Box 111
                              Wilmington, DE  19899
                              (302) 984-6333
                              Attorneys for Defendants,
                              Edward J. Cullen, Jr., D.O.,
                              James Hertzog, M.D. and Nemours
                              Foundation d/b/a A. I. DuPont
                              Hospital For Children