## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

CATHERINE B. LAAG, a minor, by her Parent
and Natural Guardian, JOHN LAAG, and JOHN
LAAG, Individually and in his own right,

     Plaintiffs,

     v.

EDWARD J. CULLEN, JR., D.O., JAMES
HERTZOG, M.D. and NEMOURS
FOUNDATION d/b/a A. I. DUPONT HOSPITAL
FOR CHILDREN, a Delaware Corporation,

     Defendants.

Civil Action No.: 04-1306-GMS

JURY TRIAL DEMANDED

## NOTICE OF SERVICE

    I, Paul A. Bradley, Esquire, hereby certify that two true and correct copies of the

Defendant James Hertzog, M.D.'s Answers to Plaintiffs' Interrogatories – Set I were served on

this 23rd day of March, 2005 on the following counsel of record via First Class U.S. Mail:

Martin A. Schagrin, Esquire
Berkowitz, Schagrin & Cooper, P.A.
1218 Market Street
P.O. Box 1632
Wilmington, DE  19899-1632

F. Philip Robin, Esquire
Robert N. Hunn, Esquire
Kolsby, Gordon, Robin, Shore & Bezar
Suite 2250, 1650 Market Street
Philadelphia, PA  19103

WL1: 103025.01
99601-00001

MCCARTER & ENGLISH, LLP

BY: _____
Paul A. Bradley (DE Bar ID #2156)
Michael P. Kelly (DE Bar ID #2295)
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE  19899
(302) 984-6333
Attorneys for Defendants,
Edward J. Cullen, Jr., D.O.,
James Hertzog, M.D. and Nemours
Foundation d/b/a A. I. DuPont
Hospital For Children

WL1: 103025.01
99601-00001