IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, and JOHN LAAG, Individually and in his own right, : : : : Plaintiffs, : : v. : : EDWARD J. CULLEN, JR., D.O., JAMES : HERTZOG, M.D. and NEMOURS : FOUNDATION d/b/a A. I. DUPONT HOSPITAL : FOR CHILDREN, a Delaware Corporation, : : Defendants. : | Civil Action No.: 04-1306-GMS<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

I, Paul A. Bradley, Esquire, hereby certify that two true and correct copies of the Defendant Edward J. Cullen, Jr., D.O.'s Answers to Plaintiffs' Interrogatories – Set I were served on this 23rd day of March, 2005 on the following counsel of record via First Class U.S. Mail:

Martin A. Schagrin, Esquire
Berkowitz, Schagrin & Cooper, P.A.
1218 Market Street
P.O. Box 1632
Wilmington, DE  19899-1632

F. Philip Robin, Esquire
Robert N. Hunn
Kolsby, Gordon, Robin, Shore & Bezar
Suite 2250, 1650 Market Street
Philadelphia, PA  19103

                                                              McCARTER & ENGLISH, LLP

BY: _____/s/ Paul A. Bradley_____
       Paul A. Bradley (DE Bar ID #2156)
       Michael P. Kelly (DE Bar ID #2295)
       919 N. Market Street, Suite 1800
       P.O. Box 111
       Wilmington, DE  19899
       (302) 984-6333
       Attorneys for Defendants,
       Edward J. Cullen, Jr., D.O.,
       James Hertzog, M.D. and Nemours
       Foundation d/b/a A. I. DuPont
       Hospital For Children