IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, and JOHN LAAG, Individually and in his own right, | : : : Civil Action No.: 04-1306-GMS : |
| Plaintiffs, v. | : : JURY TRIAL DEMANDED |
| EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D. and NEMOURS FOUNDATION d/b/a A. I. DUPONT HOSPITAL FOR CHILDREN, a Delaware corporation, | : : : : |
| Defendants. | : |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of Plaintiff John Laag pursuant to Superior Court Civil Rules 26 and 30 on Tuesday, May 3, 2005 at 10:00 a.m. before a Notary Public at the law firm of McCarter & English, 919 North Market Street, Suite 1800, Wilmington, DE 19801. This deposition will continue from day to day until completed. Deponent shall comply with Exhibit A.

McCarter & English, LLP

By: /s/ Paul A. Bradley
Paul A. Bradley (DE Bar ID #2156)
Michael P. Kelly (DE Bar ID #2295)
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899
(302) 984-6333
Attorneys for Defendants,
Edward J. Cullen, Jr., D.O.,
James Hertzog, M.D. and Nemours
Foundation d/b/a A. I. DuPont
Hospital For Children

Dated: March 24, 2005
cc:   Corbett Court Reporting

WL1: 103387.01