## **EXHIBIT A**

Deponent shall bring with him the following:

1. All documents relating to any conversations with any defendant or any employee of any defendant.
2. Any and all documents, claims or records of any matter relating to the litigation or Catherine Laag.
3. Any and all diaries or other types of documents recording the daily care of Catherine Laag.
4. Any and all documents, receipts, invoices and the like evidencing the costs of extended hospital admissions and medical treatment which you claim would have been avoided but for the present condition of Catherine Laag.
5. Any and all documents, receipts, invoices and the like evidencing costs incurred in the care of Catherine Laag.
6. Any and all documents or reports evidencing the future costs that may be incurred in the care of Catherine Laag.
7. Any and all documents supporting your claim for loss of Catherine Laag's earning capacity.

WL1: 103387.01