## CERTIFICATE OF SERVICE

I, Paul A. Bradley, Esquire, hereby certify that two true and correct copies of the Defendants Edward J. Cullen, Jr., D.O., James Hertzog, M.D. and Nemours Foundation d/b/a A.I. DuPont Hospital for Children's Notice of Deposition of Plaintiff John Laag were served on this 24th day of March, 2005 on the following counsel of record via regular U.S. Mail:

| | |
|---|---|
| Martin A. Schagrin, Esquire | F. Philip Robin, Esquire |
| Berkowitz, Schagrin & Cooper, P.A. | Robert N. Hunn, Esquire |
| 1218 Market Street | Kolsby, Gordon, Robin, Shore & Bezar |
| P.O. Box 1632 | Suite 2250, 1650 Market Street |
| Wilmington, DE 19899-1632 | Philadelphia, PA 19103 |

BY: /s/ Paul S. Bradley
Paul A. Bradley (DE Bar ID #2156)