IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, and JOHN LAAG, Individually and in his own right, | : <br> : <br> : Civil Action No.: 04-1306-GMS <br> : |
| Plaintiffs, | : <br> : JURY TRIAL DEMANDED |
| v. | : |
| EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D. and NEMOURS FOUNDATION d/b/a A. I. DUPONT HOSPITAL FOR CHILDREN, a Delaware Corporation, | : <br> : <br> : <br> : |
| Defendants. | : |

**NOTICE OF SERVICE**

I, Paul A. Bradley, Esquire, hereby certify that two true and correct copies of the Defendant James Hertzog, M.D.'s Responses to Plaintiffs' Request for Production of Documents were served on this ____7TH____ day of April, 2005 on the following counsel of record via Federal Express overnight delivery:

Martin A. Schagrin, Esquire
Berkowitz, Schagrin & Cooper, P.A.
1218 Market Street
P.O. Box 1632
Wilmington, DE  19899-1632

F. Philip Robin, Esquire
Robert N. Hunn, Esquire
Kolsby, Gordon, Robin, Shore & Bezar
Suite 2250, 1650 Market Street
Philadelphia, PA  19103

McCarter & English, LLP

BY: *Paul A. Bradley* (signature)

Paul A. Bradley (DE Bar ID #2156)
Michael P. Kelly (DE Bar ID #2295)
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899
(302) 984-6333
Attorneys for Defendants,
Edward J. Cullen, Jr., D.O.,
James Hertzog, M.D. and Nemours
Foundation d/b/a A. I. DuPont
Hospital For Children

WL1: 103924.01
99601-00001