IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, and JOHN LAAG, Individually and in his own right,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D. and NEMOURS FOUNDATION d/b/a A. I. DUPONT HOSPITAL FOR CHILDREN, a Delaware Corporation,<br><br>Defendants. | Civil Action No.: 04-1306-GMS<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

I, Paul A. Bradley, Esquire, hereby certify that two true and correct copies of the Defendant Edward J. Cullen, Jr., D.O.'s Responses to Plaintiffs' Request for Production of Documents were served on this _____7TH_____ day of April, 2005 on the following counsel of record via Federal Express overnight delivery:

Martin A. Schagrin, Esquire  
Berkowitz, Schagrin & Cooper, P.A.  
1218 Market Street  
P.O. Box 1632  
Wilmington, DE  19899-1632

F. Philip Robin, Esquire  
Robert N. Hunn, Esquire  
Kolsby, Gordon, Robin, Shore & Bezar  
Suite 2250, 1650 Market Street  
Philadelphia, PA  19103

McCARTER & ENGLISH, LLP

BY: _____
Paul A. Bradley (DE Bar ID #2156)
Michael P. Kelly (DE Bar ID #2295)
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899
(302) 984-6333
Attorneys for Defendants,
Edward J. Cullen, Jr., D.O.,
James Hertzog, M.D. and Nemours
Foundation d/b/a A. I. DuPont
Hospital For Children