IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, and JOHN LAAG, Individually and in his own right,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D. and NEMOURS FOUNDATION d/b/a A. I. DUPONT HOSPITAL FOR CHILDREN, a Delaware Corporation,<br><br>Defendants. | Civil Action No.: 04-1306-GMS<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

I, Paul A. Bradley, Esquire, hereby certify that two true and correct copies of the Defendant Nemours Foundation d/b/a A.I. Dupont Hospital for Children's Responses to Plaintiffs' Request for Production of Documents – Set II were served on this 11TH day of April, 2005 on the following counsel of record via First Class U.S. Mail:

Martin A. Schagrin, Esquire
Berkowitz, Schagrin & Cooper, P.A.
1218 Market Street
P.O. Box 1632
Wilmington, DE 19899-1632

F. Philip Robin, Esquire
Robert N. Hunn, Esquire
Kolsby, Gordon, Robin, Shore & Bezar
Suite 2250, 1650 Market Street
Philadelphia, PA 19103

McCARTER & ENGLISH, LLP

BY: /s/ Paul A. Bradley

Paul A. Bradley (DE Bar ID #2156)
Michael P. Kelly (DE Bar ID #2295)
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899
(302) 984-6333
Attorneys for Defendants,
Edward J. Cullen, Jr., D.O.,
James Hertzog, M.D. and Nemours
Foundation d/b/a A. I. DuPont
Hospital For Children

WL1: 104527.01
99601-00001