IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, and JOHN LAAG, Individually and in his own right, | : <br> : <br> : Civil Action No.: 04-1306-GMS <br> : |
| Plaintiffs, <br> v. | : <br> : JURY TRIAL DEMANDED <br> : |
| EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D. and NEMOURS FOUNDATION d/b/a A. I. DUPONT HOSPITAL FOR CHILDREN, a Delaware corporation, | : <br> : <br> : <br> : <br> : |
| Defendants. | : |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of Peter Turner, M.D. pursuant to Superior Court Civil Rules 26 and 30 on Friday, September 23, 2005 at 12:30 p.m. before a Notary Public at Voorhees Pediatric Facility, 1304 Laurel Oak Road, Voorhees, NJ 08043. This deposition will continue from day to day until completed. Deponent shall comply with Exhibit A.

McCARTER & ENGLISH, LLP

BY: /s/ Paul A. Bradley
Paul A. Bradley (DE Bar ID #2156)
Michael P. Kelly (DE Bar ID #2295)
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899
(302) 984-6333
Attorneys for Defendants,
Edward J. Cullen, Jr., D.O.,
James Hertzog, M.D. and Nemours
Foundation d/b/a A. I. DuPont
Hospital For Children

Dated: September 14, 2005
cc:    Corbett Court Reporting

ME1\5227148.1

## **EXHIBIT A**

All documents, records and materials relating to the plaintiff in the above-captioned case including, but not limited to, the following, shall be produced to defendants' counsel 2 days before the deposition:

1. All documents reviewed in preparation for your testimony in these cases.

2. All documents, records and materials relating to said plaintiff which you have reviewed at any time including, but not limited to, correspondence, statements, reports, questionnaires, handwritten notes, medical and hospital records, deposition transcripts, work history and any other such document, record or tangible material relating to the above referenced plaintiff.

3. All documents, materials, records, reports, correspondence, photographs or any other written or tangible items prepared by or at your request or by or at the request of any of your agents, employees or associates concerning these cases or your expected testimony.

4. Copies of all materials and documents of any kind which you have received concerning these cases including, but not limited to, all records, reports, correspondence and memorandum (if correspondence or documents requested in this duces tecum are claimed as "privileged," it should be brought to the deposition for identification).

5. Copies of all books, records, translations, articles, writing, publications, correspondence, notes, documents or any other written materials upon which you

rely or will rely or have in the past relied in preparation for presentation of your testimony in these particular cases.

6. Copies of any notes or outline used by you presently or in the past to give lectures, classes, presentations to any entity or group, including any litigation group which are related to your expected areas of testimony in these cases.

7. All documents and materials including, but not limited to, photographs, photographic slides, charts, diagrams, graphs or any other tangible item which you have reviewed or which you intend to show or utilize at the time of trial during your direct testimony.

8. A list of any and all of your prior testimony in any public proceeding or litigation including, but not limited to, testimony at deposition, worker's compensation hearing, trial, governmental or municipal proceeding, or any other type of proceeding concerning asbestos exposure. Regarding said testimony, please provide the following as applicable:

   a. Plaintiff's name;

   b. Date of testimony;

   c. Court, committee, agency or body before whom said testimony was given;

   d. Names and addresses of attorneys representing all parties involved; and

   e. Produce a copy of each transcript.

9. All expert reports you have prepared within the last 5 years in other cases or, in the alternative, a listing of the cases for which you have prepared reports.

10. A list of all articles, textbooks or other sources information or data upon which you base the opinions you expect to give.

11. A list of or copies of any writing, publication, document, report, correspondence, article, book, notes and/or material you relied on or may rely on to support your expected testimony or that you used for preparation of your report or your testimony in this lawsuit.

12. Copies of any correspondence that you have sent to or received from any other experts in this litigation regarding your or their testimony in this case, or on any topic related to this case or litigation.

13. All documents concerning your gross earnings from testimony at deposition or trial, or meetings with attorneys and/or litigation groups or non-litigation work related to pediatrics, including consultation and including, but not limited to, ledgers, accounts receivables, receipt books, receipts, books, invoices, bills, correspondence, and/or any other material relating to gross income or gross earnings, present or potential, participating as an expert witness in litigation related to litigation. (For the purpose of this deposition, provide a list for the five previous calendar years, which would include the following: gross income, percentage of gross income related to pediatric litigation earnings, percentage with respect to consultation related to any matter.)

14. Copies of any and all documents and correspondence between you and Kolsby, Gordon, Robin, Shore & Bezar and all documents sent to you by Kolsby, Gordon, Robin, Shore & Bezar.

15. All reports or documents you prepared containing your expected testimony, including all drafts of reports.

16. The most up-to-date curriculum vitae on your background, training, education, and bibliography of articles written by you and copies of articles, pamphlets, parts of books, or books written by you or to which you contributed, which are related to your expected testimony, whether actually published or not.

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, Esquire, hereby certify that two true and correct copies of the Defendants Edward J. Cullen, Jr., D.O., James Hertzog, M.D. and Nemours Foundation d/b/a A.I. DuPont Hospital for Children's Notice of Deposition of Peter Turner, M.D. were served on this 14th day of September, 2005 on the following counsel of record via regular U.S. Mail:

Martin A. Schagrin, Esquire
Berkowitz, Schagrin & Cooper, P.A.
1218 Market Street
P.O. Box 1632
Wilmington, DE 19899-1632

Robert N. Hunn, Esquire
Kolsby, Gordon, Robin, Shore & Bezar
Suite 2250, 1650 Market Street
Philadelphia, PA 19103

Peter Turner, M.D.
Voorhees Pediatric Facility
1304 Laurel Oak
Voorhees, NJ 08043

BY: /s/ Paul S. Bradley
Paul A. Bradley (DE Bar ID #2156)

ME1\5227148.1