IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, and JOHN LAAG, Individually and in his own right, | : <br> : <br> : Civil Action No.: 04-1306-GMS <br> : |
| Plaintiffs, <br> v. | : <br> : JURY TRIAL DEMANDED <br> : |
| EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D. and NEMOURS FOUNDATION d/b/a A. I. DUPONT HOSPITAL FOR CHILDREN, a Delaware corporation, | : <br> : <br> : <br> : <br> : |
| Defendants. | : |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of Elisa Asanza pursuant to Superior Court Civil Rules 26 and 30 on Friday, September 23, 2005 at 11:00 a.m. before a Notary Public at Voorhees Pediatric Facility, 1304 Laurel Oak Road, Voorhees, NJ 08043. This deposition will continue from day to day until completed.

McCARTER & ENGLISH, LLP

BY: /s/ Paul A. Bradley
Paul A. Bradley (DE Bar ID #2156)
Michael P. Kelly (DE Bar ID #2295)
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899
(302) 984-6333
Attorneys for Defendants,
Edward J. Cullen, Jr., D.O.,
James Hertzog, M.D. and Nemours
Foundation d/b/a A. I. DuPont
Hospital For Children

Dated: September 14, 2005
cc: Corbett Court Reporting

ME1\5227235.1

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, Esquire, hereby certify that two true and correct copies of the Defendants Edward J. Cullen, Jr., D.O., James Hertzog, M.D. and Nemours Foundation d/b/a A.I. DuPont Hospital for Children's Notice of Deposition of Elisa Asanza were served on this 14th day of September, 2005 on the following counsel of record via regular U.S. Mail:

Martin A. Schagrin, Esquire
Berkowitz, Schagrin & Cooper, P.A.
1218 Market Street
P.O. Box 1632
Wilmington, DE 19899-1632

Robert N. Hunn, Esquire
Kolsby, Gordon, Robin, Shore & Bezar
Suite 2250, 1650 Market Street
Philadelphia, PA 19103

Norma Marquez
Scott Goldberg
Voorhees Pediatric Facility
1304 Laurel Oak
Voorhees, NJ 08043

BY: /s/ Paul S. Bradley
Paul A. Bradley (DE Bar ID #2156)

ME1\5227235.1