IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, and JOHN LAAG, Individually and in his own right,<br><br>            Plaintiffs,<br>v.<br><br>EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D. and NEMOURS FOUNDATION d/b/a A. I. DUPONT HOSPITAL FOR CHILDREN, a Delaware corporation,<br><br>            Defendants. | Civil Action No.: 04-1306-GMS<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of Jackie Dunbar pursuant to Superior Court Civil Rules 26 and 30 on Friday, September 23, 2005 at 4:00 p.m. before a Notary Public at Voorhees Pediatric Facility, 1304 Laurel Oak Road, Voorhees, NJ 08043. This deposition will continue from day to day until completed.

                                                      McCARTER & ENGLISH, LLP

                       BY:    /s/ Paul A. Bradley
                                  Paul A. Bradley (DE Bar ID #2156)
                                  Michael P. Kelly (DE Bar ID #2295)
                                  919 N. Market Street, Suite 1800
                                  P.O. Box 111
                                  Wilmington, DE 19899
                                  (302) 984-6333
                                  Attorneys for Defendants,
                                  Edward J. Cullen, Jr., D.O.,
                                  James Hertzog, M.D. and Nemours
Dated: September 14, 2005          Foundation d/b/a A. I. DuPont
cc:    Corbett Court Reporting        Hospital For Children

ME1\5227266.1

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, Esquire, hereby certify that two true and correct copies of the Defendants Edward J. Cullen, Jr., D.O., James Hertzog, M.D. and Nemours Foundation d/b/a A.I. DuPont Hospital for Children's Notice of Deposition of Jackie Dunbar were served on this 14th day of September, 2005 on the following counsel of record via regular U.S. Mail:

Martin A. Schagrin, Esquire  
Berkowitz, Schagrin & Cooper, P.A.  
1218 Market Street  
P.O. Box 1632  
Wilmington, DE 19899-1632  

Robert N. Hunn, Esquire  
Kolsby, Gordon, Robin, Shore & Bezar  
Suite 2250, 1650 Market Street  
Philadelphia, PA 19103  

Norma Marquez  
Scott Goldberg  
Voorhees Pediatric Facility  
1304 Laurel Oak  
Voorhees, NJ 08043  

BY:  /s/ Paul S. Bradley  
Paul A. Bradley (DE Bar ID #2156)

ME1\5227266.1