## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, John Laag, and JOHN LAAG, Individually and in his own right, | : : : : : |
| Plaintiffs, | : : |
| v. | :  Civil Action No. 04-1306-GMS |
| | : |
| EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D., and ALFRED I. DU PONT HOSPITAL FOR CHILDREN, | : : : : |
| Defendants. | : |

## ORDER

At Wilmington this **19th** day of **September, 2005**,

IT IS ORDERED that the mediation conference scheduled for Wednesday, October 5, 2005 beginning at 10:00 a.m. is canceled. The matter is currently second in line for mediation on November 17, 2005 and November 18, 2005. The Court will contact counsel as soon as one of these dates become available to reschedule the mediation.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE