## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

CATHERINE B. LAAG, a minor, by her Parent     :
and Natural Guardian, JOHN LAAG, and JOHN     :
LAAG, Individually and in his own right,      :     Civil Action No.:  04-1306-GMS
                                              :
            Plaintiffs,                       :
                                              :     JURY TRIAL DEMANDED
        v.                                    :
                                              :
EDWARD J. CULLEN, JR., D.O., JAMES            :
HERTZOG, M.D. and NEMOURS                     :
FOUNDATION d/b/a A. I. DUPONT HOSPITAL        :
FOR CHILDREN, a Delaware Corporation,         :
                                              :
            Defendants.                       :

### NOTICE OF DEPOSITION

TO:    Robert N. Hunn, Esq.
       Kolsby, Gordon, Robin, Shore & Bezar
       One Liberty Place, 22nd Floor
       1650 Market Street
       Philadelphia, PA 19103

PLEASE TAKE NOTICE that the undersigned will take the depositions upon oral examination, pursuant to Superior Court Civil Rules 26 and 30, of the following expert witnesses on the dates and time designated below:

| | | |
|---|---|---|
| 1. | **Stephen Lieberman, M. D.** | **September 29, 2005   9:00 a.m.** |
| 2. | **Herman Axelrod** | **September 29, 2005   4:00 p.m.** |
| 2. | **Betsy Bates, B.S.N., C.R.R.N, C.C.N.** | **September 30, 2005   9:00 a.m.** |
| 3. | **Michael B. Katz, M.D.** | **September 30, 2005   2:00 p.m.** |

The depositions will take place at the office of McCarter & English, LLP, Wilmington, Delaware 19801 (Tel. (302) 984-6300), or at a date, time and place agreed upon by

the parties, before an officer authorized to take such depositions. The depositions shall continue from day to day until completed.

PLEASE TAKE FURTHER NOTICE that defendant Nemours Foundation requests production of the documents identified in Exhibit A attached hereto.

McCARTER & ENGLISH, LLP

By:    /s/ Paul A. Bradley_____
PAUL A. BRADLEY, I.D. 2156
JENNIFER M. ZELVIN, I.D. 4325
919 N. Market Street, Suite 1800
P. O. Box 111
Wilmington, Delaware 19899
(302) 984-6300
Attorneys for Defendant Nemours Foundation

Dated: September 26, 2005