## CERTIFICATE OF SERVICE

I, Jennifer Zelvin Ward, hereby certify that a true and correct copy of the attached NOTICE OF DEPOSITION was served by First Class Mail and Fax this 26th day of September, 2005 to the following counsel of record:

Robert N. Hunn, Esq.
Kolsby, Gordon, Robin, Shore & Bezar
One Liberty Place, 22nd Floor
1650 Market Street
Philadelphia, PA 19103

           /s/ Jennifer Z. Ward
           Jennifer Zelvin Ward (# 4325)

ME1\5248359.1