IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, and JOHN LAAG, Individually and in his own right,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D. and NEMOURS FOUNDATION d/b/a A. I. DUPONT HOSPITAL FOR CHILDREN, a Delaware Corporation,<br><br>Defendants. | Civil Action No.: 04-1306-GMS<br><br>JURY TRIAL DEMANDED |

## NOTICE OF WITHDRAWAL OF NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned attorney hereby withdraws the Notice of Deposition [D.I. # 40] filed on September 26, 2005 by Defendants Nemours Foundation scheduled to be held on September 29, 2005 and September 30, 2005. The undersigned reserves the right to re-notice the notice of deposition, to be held on a date agreed upon by the parties.

                                                    McCARTER & ENGLISH, LLP

                                                    By: _____/s/ Jennifer M. Zelvin_____
                                                        PAUL A. BRADLEY (DE Bar ID #2156)
                                                        JENNIFER M. ZELVIN (DE Bar ID #4325)
                                                        919 Market Street, Suite 1800
                                                        P.O Box 111
                                                        Wilmington, Delaware 19899
                                                        (302) 984-6300
                                                               Attorney for Defendant Nemours
                                                               Foundation

Dated: September 26, 2005