## CERTIFICATE OF SERVICE

I, Jennifer M. Zelvin, Esquire, hereby certify that two true and correct copies of the attached **NOTICE OF WITHDRAWAL OF NOTICE OF DEPOSITION** were served this 26th day of September 2005 to the following counsel of record by first class mail and facsimile:

>Robert N. Hunn, Esq.
>Kolsby, Gordon, Robin Shore & Bezar
>One Liberty Place, 22d Floor
>1650 Market Street
>Philadelphia, PA 19103

>/s/ Jennifer M. Zelvin
>Jennifer M. Zelvin (# 4325)

ME1\5262887.1