IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, and JOHN LAAG, Individually and in his own right,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D. and NEMOURS FOUNDATION d/b/a A. I. DUPONT HOSPITAL FOR CHILDREN, a Delaware Corporation,<br><br>Defendants. | :<br>:<br>: Civil Action No.: 04-1306-GMS<br>:<br>:<br>: JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF DEPOSITION

TO:  Robert N. Hunn, Esq.
     Kolsby, Gordon, Robin, Shore & Bezar
     One Liberty Place, 22nd Floor
     1650 Market Street
     Philadelphia, PA 19103

PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination, pursuant to Superior Court Civil Rules 26 and 30, of expert witness Betsy Bates, B.S.N., on **October 20, 2005, at 2:00 P.M.**

The deposition will take place in Elkton, Maryland, or a location determined and agreed upon by the parties. The deposition shall continue from day to day until completed.

PLEASE TAKE FURTHER NOTICE that defendant Nemours Foundation requests production of the documents identified in Exhibit A attached hereto.

ME1\5264146.1

                                  McCARTER & ENGLISH, LLP

By:  /s/ Paul A. Bradley
      PAUL A. BRADLEY, I.D. 2156
      JENNIFER M. ZELVIN, I.D. 4325
      919 N. Market Street, Suite 1800
      P. O. Box 111
      Wilmington, Delaware 19899
      (302) 984-6300
      Attorneys for Defendant Nemours Foundation

Dated: September 30, 2005

ME1\5264146.1