## EXHIBIT A

All documents, records and materials relating to the plaintiff in the above-captioned case including, but not limited to, the following, shall be produced to defendants' counsel 2 days before the deposition:

1. All documents reviewed by deponent in preparation for his testimony in this case.

2. All documents, records and materials relating to plaintiff which you have reviewed at any time including, but not limited to, correspondence, statements, reports, handwritten notes, medical and hospital records, deposition transcripts, and any other such document, record or tangible material relating this matter.

3. Copies of all materials and documents of any kind which you have received concerning this case including, but not limited to, all records, reports, correspondence and memorandum (if correspondence or documents requested in this duces tecum are claimed as "privileged," it should be brought to the deposition for identification).

4. Copies of all books, records, articles, writing, publications, correspondence, notes, documents or any other written materials or literature upon which you rely or will rely on in preparation for presentation of your testimony and/or report in this particular case.

5. A list of all articles, textbooks or other sources information or data upon which you base the opinions you expect to give.