IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, and JOHN LAAG, Individually and in his own right,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D. and NEMOURS FOUNDATION d/b/a A. I. DUPONT HOSPITAL FOR CHILDREN, a Delaware Corporation,<br><br>Defendants. | Civil Action No.: 04-1306-GMS<br><br>JURY TRIAL DEMANDED |

## RE-NOTICE OF DEPOSITION

TO: Robert N. Hunn, Esquire
Kolsby, Gordon, Robin, Shore & Bezar
One Liberty Place, 22nd Floor
1650 Market Street
Philadelphia, PA 19103

PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination, pursuant to Superior Court Civil Rules 26 and 30, of expert witness Herman Axelrod, Ph.D., on **October 24, 2005, at 2:00 P.M.**

The deposition will take place at the law offices of Kolsby, Gordon, Robin, Shore & Bezar, One Liberty Place, 22nd Floor, 1650 Market Street, Philadelphia, PA 19103. The deposition shall continue from day to day until completed.

PLEASE TAKE FURTHER NOTICE that defendant Nemours Foundation requests production of the documents identified in Exhibit A attached hereto.

ME1\5266648.1

McCARTER & ENGLISH, LLP

By: /s/ Paul A. Bradley
PAUL A. BRADLEY, I.D. 2156
JENNIFER M. ZELVIN, I.D. 4325
919 N. Market Street, Suite 1800
P. O. Box 111
Wilmington, Delaware 19899
(302) 984-6300
Attorneys for Defendant Nemours Foundation

Dated: October 3, 2005

ME1\5266648.1