## CERTIFICATE OF SERVICE

I, Jennifer M. Zelvin, hereby certify that a true and correct copy of the attached RE-NOTICE OF DEPOSITION was served by First Class Mail and Fax this 3rd day of October, 2005 to the following counsel of record:

Robert N. Hunn, Esq.
Kolsby, Gordon, Robin, Shore & Bezar
One Liberty Place, 22nd Floor
1650 Market Street
Philadelphia, PA 19103

    /s/ Jennifer M. Zelvin
Jennifer M. Zelvin (# 4325)

ME1\5266648.1