# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, And JOHN LAAG Individually and in his Own right, plaintiffs | : : : : : | CASE NO. **CA 04-1306-GMS** |
| vs. | : : | |
| EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D. and NEMOURS FOUNDATION d/b/a A. I. DuPONT HOSPITAL FOR CHILDREN, A Delaware Corporation | : : : : | |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE**, that plaintiff, by his counsel, Kolsby, Gordon, Robin, Shore & Bezar, will take the deposition of **DONALD P. YOUNKIN, M.D.** pursuant to Federal Court Civil Rules 26 and 30 on **Thursday, October 27, 2005 at 2:00 p.m.** at **The Children's Hospital of Philadelphia, Department of Neurology, 34th and Civic Center Boulevard, Philadelphia, PA  19104**.  The deposition shall be duly transcribed and shall continue from day to day until completed.

Deponents shall produce the documents identified on the attached Exhibit "A."

        **KOLSBY, GORDON, ROBIN, SHORE & BEZAR**

        _____Robert N. Hunn /s/_____
        ROBERT N. HUNN
        ATTORNEY FOR PLAINTIFFS
        Attorney I.D. #48031
        Kolsby, Gordon, Robin, Shore & Bezar
        Suite 2250, 1650 Market Street
        Philadelphia, PA  19103
        (215) 851-9700

**BERKOWITZ, SCHAGRIN, & COOPER, P.A.**

  Martin S. Schagrin  /s/
MARTIN A. SCHAGRIN
1218 Market Street
P.O. Box 1632
Wilmington, Delaware  19899
(302) 656-3155


cc:    Paul A. Bradley, Esquire
        Martin A. Schagrin, Esquire

## **EXHIBIT "A"**

1. All documents, records and materials regarding this case which you have reviewed at any time including, but not limited to, correspondence, statements, reports, questionnaires, hand written notes, medical and hospital records, deposition transcripts, and any other such document, record or tangible material relating to this matter.

2. Copies of all books, records, translations, articles, writings, publications, correspondence, notes, documents or any other written materials or literature upon which you rely or will rely or have in the past relied in preparation of your report and your testimony in this case.

3. Copies of any other documents or correspondence between you and McCarter and English and/or Nemours Foundation.

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, And JOHN LAAG Individually and in his Own right, plaintiffs | : : : : : | CASE NO. **CA 04-1306-GMS** |
| vs. | : : | |
| EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D. and NEMOURS FOUNDATION d/b/a A. I. DuPONT HOSPITAL FOR CHILDREN, A Delaware Corporation | : : : : | |

## **CERTIFICATE OF SERVICE**

I, Robert N. Hunn, attorney for plaintiff, hereby certify and state that a true and correct copy of Plaintiff's Notices of the Depositions of Bradley Fuhrman, M.D., Donald Younkin, M.D. and William H. Burke, Ph.D. were served by First Class Mail, postage prepaid, on the 27th day of September, 2005 upon the following:

> Paul A. Bradley, Esquire
> McCarter & English
> 919 N. Market Street
> Suite 1800
> P.O. Box 111
> Wilmington, DE  19899

**KOLSBY, GORDON, ROBIN, SHORE & BEZAR**


   Robert N. Hunn  /s/_____
ROBERT N. HUNN
ATTORNEY FOR PLAINTIFF
1650 Market St.
Philadelphia, PA 19103
215-851-9700
rhunn@kolsbygordon.com


**BERKOWITZ, SCHAGRIN, & COOPER, P.A.**

 Martin S. Schagrin  /s/_____
MARTIN A. SCHAGRIN
1218 Market Street
P.O. Box 1632
Wilmington, Delaware  19899
(302) 656-3155