# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, John Laag, and JOHN LAAG, Individually and in his own right, | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 04-1306-GMS |
| EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D., and ALFRED I. DU PONT HOSPITAL FOR CHILDREN, | : : : : | |
| Defendants. | : | |

## ORDER

At Wilmington this **4th** day of **October, 2005**,

IT IS ORDERED that the mediation conference has been rescheduled for **Friday, November 18, 2005 at 10:00 a.m.** Mediation statements shall now be due on or before **Tuesday, November 8, 2005.** All other provisions of the Court's April 13, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE