IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, and JOHN LAAG, Individually and in his own right,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D. and NEMOURS FOUNDATION d/b/a A. I. DUPONT HOSPITAL FOR CHILDREN, a Delaware Corporation,<br><br>Defendants. | Civil Action No.: 04-1306-GMS<br><br>JURY TRIAL DEMANDED |

**MOTION IN SUPPORT
OF DEFENDANTS MOTION IN *LIMINE*
TO EXCLUDE THE TESTIMONY OF MICHAEL KATZ, M.D.
REGARDING DAMAGES FOR CONSCIOUS PAIN AND SUFFERING**

Defendants hereby move, pursuant to Fed. R. of Evid. 702, 401 and 403 to exclude the testimony of Michael Katz, M.D. regarding damages for conscious pain and suffering. Defendants Motion is based upon the accompanying Opening Brief in Support of Defendants' Motion in *Limine* to Exclude the Testimony of Michael Katz, M.D. Regarding Damages for Conscious Pain and Suffering.

WHEREFORE, Defendants respectfully request that the Court grant its motion and enter the proposed Order attached as Exhibit A hereto.

McCARTER & ENGLISH, LLP

*/s/ Michael P. Kelly*

MICHAEL P. KELLY (DE ID# 2295)
919 North Market Street, Suite #1800
P. O. Box 111
Wilmington, DE 19899
(302) 984-6300

Attorney for Defendants,
Edward J. Cullen, Jr., D.O.,
James Hertzog, M.D. and Nemours
Foundation d/b/a A. I. DuPont
Hospital For Children

Dated: November 17, 2005

ME1\5344743.1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, he caused to be served a copy of the foregoing pleading upon the following, counsel of record for the plaintiffs, via electronic filing and First Class US Mail:

Robert N. Hunn, Esquire
Kolsby, Gordon, Robin, Shore & Bezar
Suite 2250, 1650 Market Street
Philadelphia, PA 19103

McCARTER & ENGLISH, LLP

MICHAEL P. KELLY (DE ID# 2295)
919 North Market Street, Suite #1800
P. O. Box 111
Wilmington, DE 19899
(302) 984-6300
Attorney for Defendants,
Edward J. Cullen, Jr., D.O.,
James Hertzog, M.D. and Nemours
Foundation d/b/a A. I. DuPont
Hospital For Children

ME1\5344947.1