# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, and JOHN LAAG, Individually and in his own right,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D. and NEMOURS FOUNDATION d/b/a A. I. DUPONT HOSPITAL FOR CHILDREN, a Delaware Corporation,<br><br>Defendants. | Civil Action No.: 04-1306-GMS<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING**
**DEFENDANTS' MOTION IN *LIMINE***
**TO EXCLUDE THE TESTIMONY OF MICHAEL KATZ, M.D.**
**REGARDING DAMAGES FOR CONSCIOUS PAIN AND SUFFERING**

Having considered Defendants' Motion in *Limine* to Exclude The Testimony of Michael Katz, M.D. Regarding Damages for Conscious Pain and Suffering,

**IT IS HEREBY ORDERED THAT:**

Defendants' Motion in *Limine* to Exclude the Testimony of Michael Katz, M.D. Regarding Damages for Conscious Pain and Suffering is hereby GRANTED and it is ORDERED that Michael Katz, M.D. is barred from testifying regarding damages for conscious pain and suffering.

**SO ORDERED**, this ___ day of _____, 2005.

_____
The Honorable Gregory M. Sleet