# EXHIBIT A

# Michael D. Katz, M.D.
## Pediatric Neurology

July 1, 2005

Mr. Robert Hunn
Law Offices of
Kolsdy, Gordon, Robin, Shore, & Bezar
1 Liberty Place, 22nd Floor
1650 Market Street
Philadelphia, PA 19103

RE:   Laag, Catherine
DATE OF BIRTH:   08/22/1993

Dear Mr. Hunn:

I have reviewed the following medical records of Catherine Laag. The Medford Pediatrics and Adolescent medicine records; the Virtua West Jersey Hospital records; the A.I. Dupont Hospital for Children records; the Voorhees Pediatric Center records; and the Shamong Township School District records..

On August 25, 2003, Catherine Laag presented to her pediatrician Medford Pediatric and Adolescent Medicine with a several day history of fever, coughing, and congestion. She was diagnosed with a virus and sent home. Roughly two days later Catherine presented to Virtua West Jersey Hospital in respiratory distress. She had many of the symptoms of mycoplasma pneumonia and was transferred to A.I. Dupont Hospital for Children in Wilmington, DE for further care. She was admitted there on the same day, August 27, 2003. Initially Catherine was placed on nasal BiPAP 10 to 15 liters per minute. A chest x-ray showed a small pleural effusion. On August 29, 2003, because of decreasing oxygen saturation and increase work of breathing, Catherine was intubated. Catherine was fairly stable on a ventilator as well as on IV antibiotics. Her respiratory status was noted to be critical and her respiratory problem were probably that much more fragile because of her diagnosis of Down syndrome. It was decided that Catherine would be extubated. Her sedation was decreased, Catherine awoke, and on September 9 at approximately 11:35 Catherine was extubated. She was noted to be quite agitated most likely secondary to hypoxia and several attempts were made to re-intubate her. These attempts were unsuccessful and Catherine had a full cardiac and respiratory arrest at 12:05. Eventually Catherine was re-intubated after multiple attempts, and the notation in her chart was that Catherine was re-intubated

77 Prospect Avenue * Hackensack, NJ 07601 * Phone: 201-525-4777 * Fax: 201-525-4770
333 Westchester Avenue Suite :E104 * White Plains, NY 10605 * Phone: 914-428-6777
Email: MKATZNEURO@Hotmail.com

approximately 20 minutes after beginning a full code. Catherine was seen by the pediatric neurologist at A.I. Dupont who described clearly a hypoxic event. On October 3, 2003, Catherine underwent a tracheostomy, and on October 10, 2003, a gastrostomy tube was placed.

On April 18, 2005, at approximately 11:20 a.m., I visited Catherine and formally examined her at her residential facility in Voorhees, NJ. Her medication at that time included Robinul 1 mg every 4 hours, fluoride, Maalox with Prevacid, baclofen 10 mg 3 times a day, Tegretol 150 mg 3 times a day, Valium 1 mg every 8 hours, Colace 200 mg a day, GlycoLax 225 grams, Prevacid 30 mg 1 q. day. Her p.r.n. medications include Tylenol, Motrin, bisacodyl, Fleet's enemas, and Viokase to unclog the tube as necessary.

PHYSICAL EXAMINATION: Her vital signs the day I saw her were a temperature of 99.6. Her weight was approximately 90.5 pounds. Her blood pressure was 104/67. She was on room air with mist. Her heart rate was 114. Her respiratory rate was 23 breaths per minute. Pulse oximeter read 92 to 93. Her physical exam showed discs to be flat. She was unable to visually track. Pupils are briskly reactive. She had a protuberant tongue with quite classic Down facies. She blinked to threat in both left and right eye. She had fisting bilaterally with cortical thumbs. She has extensive posturing. She had no spontaneous vocalization. She had increased tone in both upper and lower extremities. She had no voluntary movements noted. She had an abnormal spread of reflexes in the upper and lower extremities with 2+ reflexes at the biceps, triceps, and wrists, 2+ at the patellar reflex, 3+ at the ankles. Both her ankles were everted, and she wore splints to try to reduce them to 90 degrees, although that was almost impossible. She had 2-3 beats of clonus. She had extensive spasm. She had her gastrostomy tube replaced. She did respond to touch in an involuntary manner. She had an obvious palmar crease. She had no skin breakdown. Abdomen was flat. She had a scar from previous surgery. She had a GJ button and was receiving continuous feeds of Promote at 77 mL an hour. She was also receiving chest PT 3 times a day. She had a trach collar in place approximately 12 hours, receiving Pulmicort as well as albuterol, and was receiving albuterol treatments 4 times a day.

It is my opinion to a reasonable degree of medical certainty that there was a direct correlation between the failed extubation and Catherine's hypoxic ischemic encephalopathy. Catherine is currently in a persistent vegetative state and requires a high level of care. Prior to Catherine's injury, Catherine was a functioning young lady with a diagnosis of Down syndrome. MRI of the brain on September 18, 2003 shows a cortical basal ganglia edema consistent with global ischemia, and an EEG performed on September 15, 2003 revealed a severely abnormal EEG once again consistent with a diagnosis of hypoxic ischemic encephalopathy.

Catherine, with the high level of care she is currently receiving, is very stable medically. She has no skin breakdown. She is receiving nutrition. Her skin is in good condition. She is gaining weight nicely and is continuing to grow and thrive.

Catherine's life expectancy and median survival rate is clearly reduced in comparison to another individual who is not in a persistent vegetative state. Life expectancy for a person with Down syndrome has been reported to be 58.6 years.

Life expectancy is simply an average number of years lived by a large group of similar persons. Life expectancy figures are an ever changing profile with life expectancies increasing for those born more recently. In evaluating Catherine's circumstances, i.e. the level of care she is receiving, her age at the time of the insult, her overall health including her health prior to the insult, and that she has lived a year and a half since the severe anoxia occurred, it is my opinion that Catherine can be expected to live into her late twenties or early to mid thirties and assuming she stays healthy, I believe it is reasonable to expect her live even longer.

Sincerely,

Michael Katz, MD

MK/cps