# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, and JOHN LAAG, Individually and in his own right,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D. and NEMOURS FOUNDATION d/b/a A. I. DUPONT HOSPITAL FOR CHILDREN, a Delaware Corporation,<br><br>Defendants. | :<br>:<br>:  Civil Action No.: 04-1306-GMS<br>:<br>:<br>:  JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION IN *LIMINE*
TO EXCLUDE PLAINTIFFS' ECONOMIC EXPERT'S REPORT**

Having considered Defendants' Motion in *Limine* to Exclude Plaintiffs' Economic Expert's Report,

**IT IS HEREBY ORDERED THAT:**

Defendants' Motion in *Limine* to Exclude Plaintiff's Economic Expert's Report is hereby GRANTED and it is ORDERED that Plaintiffs' economic expert is barred from testifying at trial regarding certain alleged damages.

**SO ORDERED**, this ___ day of _____, 2005.

_____
The Honorable Gregory M. Sleet

ME1\5344731.1