# EXHIBIT A

# BUNIN ASSOCIATES
## Actuarial-Economic Consultants

DAVID T. BUNIN, FSA
ROYAL A. BUNIN, MBA

THE WYNNEWOOD HOUSE, SUITE 109
300 EAST LANCASTER AVENUE
WYNNEWOOD, PA 19096

PHONE: (610) 642-4700
FAX: (610) 642-4787
E-Mail: BuninAssoc@aol.com

June 30, 2005

Robert N. Hunn, Esq.
**Kolsby, Gordon, Robin, Shore & Bezar**
One Liberty Place
1650 Market Street, 22nd Floor
Philadelphia, PA 19103

### RE:   Catherine Laag

Dear Mr. Hunn:

This is our actuarial-economic report on Catherine Laag. All opinions expressed in this report are held to a reasonable degree of actuarial and economic certainty. Upon receiving any additional information, we will amend our report accordingly.

You have asked us to perform an actuarial-economic analysis with respect to the future cost of care which Catherine will require for the rest of her lifetime. According to the article entitled "The Changing Survival Profile of People With Downs Syndrome: Implications for Genetic Counseling", as presented in Clinical Genetics, the median survival age for such individuals was to age 58.6. Twenty-five percent of the case studies lived to an average age of 52.9 years, and the oldest person in the study lived to age 70 years. For purposes of this report, a total life span of 58.6 years will be utilized in calculating the future medical costs for care and attention which Catherine will require. She was born on August 22, 1993 and is, therefore, currently 11.8 years of age. Based upon a total life span of 58.6 years, this would result in a life expectancy from the current date of an additional 46.8 years. Accordingly, adding the additional life expectancy of 46.8 years to the current age of 11.8 years would result in the life span as indicated in the above article of 58.6 years. It should be indicated that the normal life expectancy for an 11 year old female, based upon the 2002 U.S. Life Tables, prepared by the U.S. Department of Health and Human Services, would be an additional 69.5 years. Adding the normal life expectancy of 69.5 to the current age of 11.8 years would result in an expected life span of 81.3 years. As indicated above, calculations presented herein will be based upon the current life expectancy of 46.8 years, which would, therefore, result in a total life span to age 58.6 years.

Robert N. Hunn, Esq.
**Kolsby, Gordon, Robin, Shore & Bezar**
RE:  Catherine Laag
June 30, 2005
Page 2

Presented for our review was the Life Care Plan Report, prepared by Betsy Bates, BSN, CRRN, CCM, dated April 29, 2005. We have utilized the information contained in Nurse Bates' report, along with governmental statistics and financial data to calculate the present value of the future medical expenses. As indicated in Nurse Bates' report, Catherine has been diagnosed with hypoxic ischemic encephalopathy, ventilator dependency, and Downs Syndrome.

After presenting Catherine's medical history, including a description of the incident that gave rise to her current disability, which occurred in September of 2003, Nurse Bates described Catherine's therapy and her current medical treatment. The Functional Nursing Assessment in Nurse Bates' report indicates that Catherine is fed via a gastrostomy tube, and that she is non-verbal but is sensitive to loud noises. She breathes with a tracheostomy, is bowel and bladder incontinent, and is totally dependent upon others for all activities of daily living. She is carried and transferred by her caregivers as she cannot sit independently, nor walk. Her cognitive impairment is severe, globally, neurologically devastating. Her father has custody of her care, and Catherine currently attends the Bancroft School at Voorhees.

Nurse Bates goes on to present her recommendations on the following categories:

1.  Medical Care
2.  Nursing Care/Facility Placement
3.  Case Management
4.  Therapies
5.  Durable Medical Equipment
6.  Medical Supplies
7.  Medications
8.  Transportation
9.  Accessible Housing
10.  Psychological Care

Nurse Bastes presented three scenarios in her report. The first scenario was based upon home care with 24 hour skilled nursing services. The second scenario was based upon facility placement, utilizing actual charges. The third scenario was also based upon facility placement, utilizing the current contract rate at the Voorhees Pediatric Center.

Robert N. Hunn, Esq.
**Kolsby, Gordon, Robin, Shore & Bezar**
RE:  Catherine Laag
June 30, 2005
Page 3

    The calculations presented in this report will be shown on a
year-by-year basis, with the first year actually being slightly
longer, and incorporating the period from Catherine's current age
of 11.8 until the end of her 12th year.    Year two presents
calculations based upon Catherine being 13 years of age.  The third
year presents the present value of calculations at 14 years of age,
etc., with the last year of the analysis actually being slightly
less than one year, showing the present value of the future medical
costs, measured from age 50 to age 58.6.  This would coincide with
a life expectancy of 46.8 additional years, measured from the
current age of 11.8 years, and therefore resulting in a total life
span of 58.6 years.   The asterisk next to the year 47 refers to
this year being a partial year, as described above.

    In calculating the future medical costs, and cost of care,
allowances are made for increases due to inflation and medical
inflation.  According to the Consumer Price Index (CPI-U), prepared
by the U.S. Department of Labor, Bureau of Labor Statistics, the
average rate of inflation for the first five months of 2005 has
been at the rate of approximately 3% per year.    This rate of
inflation would apply to all items contained in the Consumer Price
Index.  The rate of inflation for medical care services for the 12
month period ending May 2005 was at the rate of 5% per year.
Accordingly, those items listed in Nurse Bates' report which would
refer to a medical care service will be increased annually at the
rate  of  5%  per  year.   Those  non-medical  expenses,  such  as
transportation, etc. will be increased with an inflationary rate of
3% per year.   The future medical expenses and care needs, which
have been increased due to the effects of inflation, would also
need to be reduced to its present value.  Based upon current and
historic rates of return, and the length of discounting of 30
years, an appropriate discount rate would be 4.5%.  As of June 22,
2005, the rate of return on government securities was less than
4.5%.  Specifically, the 30-year Bond had a rate of return of 4.23%
per year, the 10-year Note had a rate of return of 3.9% per year,
the 2-year Note had a rate of return of 3.6%, while the 3-month
Treasury Bill had a rate of return of 3.07% per year.  According to
information published by MunicipalBond.com, as of June 21, 2005,
the rates of return of Municipal Bonds issued by the State of
Delaware have yield to maturity rates between 2.5% to 4.5%, with
original coupon rates of between 4% to 6%.

Robert N. Hunn, Esq.
**Kolsby, Gordon, Robin, Shore & Bezar**
RE:  Catherine Laag
June 30, 2005
Page 4

    Our analysis follows on our Summary Pages.  The future medical costs which have increases due to the effects of medical inflation and general inflation, and reduced to present value, are shown on a year-by-year basis, with cumulative totals shown in the far right column.

    Please let us know if you have any questions.

        Very truly yours,

        Royal A. Bunin, M.B.A.

        David T. Bunin, F.S.A.

RAB:DTB/gk

Catherine Laag

## SCENARIO #1: Homecare with Nursing Services

| Year | AGES: From | To | Annual PV Total | Cumulative Totals |
|------|------|------|------|------|
| 1 | 11.8 | 13 | $743,403 | $    743,403 |
| 2 | 13 | 14 | $602,169 | $  1,345,572 |
| 3 | 14 | 15 | $602,386 | $  1,947,958 |
| 4 | 15 | 16 | $602,643 | $  2,550,601 |
| 5 | 16 | 17 | $602,938 | $  3,153,539 |
| 6 | 17 | 18 | $603,272 | $  3,756,811 |
| 7 | 18 | 19 | $603,644 | $  4,360,455 |
| 8 | 19 | 20 | $604,054 | $  4,964,509 |
| 9 | 20 | 21 | $604,501 | $  5,569,010 |
| 10 | 21 | 22 | $604,986 | $  6,173,996 |
| 11 | 22 | 23 | $604,867 | $  6,778,863 |
| 12 | 23 | 24 | $605,422 | $  7,384,285 |
| 13 | 24 | 25 | $606,012 | $  7,990,297 |
| 14 | 25 | 26 | $606,639 | $  8,596,936 |
| 15 | 26 | 27 | $607,302 | $  9,204,238 |
| 16 | 27 | 28 | $608,000 | $  9,812,238 |
| 17 | 28 | 29 | $608,732 | $10,420,970 |
| 18 | 29 | 30 | $609,500 | $11,030,470 |
| 19 | 30 | 31 | $610,302 | $11,640,772 |
| 20 | 31 | 32 | $611,137 | $12,251,909 |
| 21 | 32 | 33 | $612,008 | $12,863,917 |
| 22 | 33 | 34 | $612,910 | $13,476,827 |
| 23 | 34 | 35 | $613,848 | $14,090,675 |
| 24 | 35 | 36 | $614,817 | $14,705,492 |
| 25 | 36 | 37 | $615,821 | $15,321,313 |
| 26 | 37 | 38 | $616,855 | $15,938,168 |
| 27 | 38 | 39 | $617,923 | $16,556,091 |
| 28 | 39 | 40 | $619,023 | $17,175,114 |
| 29 | 40 | 41 | $620,154 | $17,795,268 |
| 30 | 41 | 42 | $621,317 | $18,416,585 |
| 31 | 42 | 43 | $622,512 | $19,039,097 |
| 32 | 43 | 44 | $623,738 | $19,662,835 |
| 33 | 44 | 45 | $624,995 | $20,287,830 |
| 34 | 45 | 46 | $626,282 | $20,914,112 |
| 35 | 46 | 47 | $627,600 | $21,541,712 |
| 36 | 47 | 48 | $628,948 | $22,170,660 |
| 37 | 48 | 49 | $630,327 | $22,800,987 |
| 38 | 49 | 50 | $631,736 | $23,432,723 |
| 39 | 50 | 51 | $633,174 | $24,065,897 |
| 40 | 51 | 52 | $634,641 | $24,700,538 |
| 41 | 52 | 53 | $636,139 | $25,336,677 |
| 42 | 53 | 54 | $637,666 | $25,974,343 |
| 43 | 54 | 55 | $639,220 | $26,613,563 |
| 44 | 55 | 56 | $640,805 | $27,254,368 |
| 45 | 56 | 57 | $642,418 | $27,896,786 |
| 46 | 57 | 58 | $644,060 | $28,540,846 |
| 47* | 58 | 58.6 | $387,438 | $28,928,284 |

Catherine Laag

## SCENARIO #2: Facility Placement, Actual Charges

| Year | AGES: From | To | Annual PV Total | Cumulative Totals |
|------|------|-----|-----------|-----------------|
| 1 | 11.8 | 13 | $752,810 | $     752,810 |
| 2 | 13 | 14 | $624,484 | $  1,377,294 |
| 3 | 14 | 15 | $627,235 | $  2,004,529 |
| 4 | 15 | 16 | $630,003 | $  2,634,532 |
| 5 | 16 | 17 | $632,786 | $  3,267,318 |
| 6 | 17 | 18 | $635,586 | $  3,902,904 |
| 7 | 18 | 19 | $638,404 | $  4,541,308 |
| 8 | 19 | 20 | $641,237 | $  5,182,545 |
| 9 | 20 | 21 | $644,087 | $  5,826,632 |
| 10 | 21 | 22 | $646,955 | $  6,473,587 |
| 11 | 22 | 23 | $466,685 | $  6,940,272 |
| 12 | 23 | 24 | $467,397 | $  7,407,669 |
| 13 | 24 | 25 | $468,135 | $  7,875,804 |
| 14 | 25 | 26 | $468,897 | $  8,344,701 |
| 15 | 26 | 27 | $469,684 | $  8,814,385 |
| 16 | 27 | 28 | $470,496 | $  9,284,881 |
| 17 | 28 | 29 | $471,333 | $  9,756,214 |
| 18 | 29 | 30 | $472,192 | $10,228,406 |
| 19 | 30 | 31 | $473,078 | $10,701,484 |
| 20 | 31 | 32 | $473,986 | $11,175,470 |
| 21 | 32 | 33 | $474,918 | $11,650,388 |
| 22 | 33 | 34 | $475,874 | $12,126,262 |
| 23 | 34 | 35 | $476,854 | $12,603,116 |
| 24 | 35 | 36 | $477,856 | $13,080,972 |
| 25 | 36 | 37 | $478,881 | $13,559,853 |
| 26 | 37 | 38 | $479,931 | $14,039,784 |
| 27 | 38 | 39 | $481,002 | $14,520,786 |
| 28 | 39 | 40 | $482,096 | $15,002,882 |
| 29 | 40 | 41 | $483,213 | $15,486,095 |
| 30 | 41 | 42 | $484,351 | $15,970,446 |
| 31 | 42 | 43 | $485,514 | $16,455,960 |
| 32 | 43 | 44 | $486,696 | $16,942,656 |
| 33 | 44 | 45 | $487,902 | $17,430,558 |
| 34 | 45 | 46 | $489,129 | $17,919,687 |
| 35 | 46 | 47 | $490,378 | $18,410,065 |
| 36 | 47 | 48 | $491,649 | $18,901,714 |
| 37 | 48 | 49 | $492,941 | $19,394,655 |
| 38 | 49 | 50 | $494,254 | $19,888,909 |
| 39 | 50 | 51 | $495,589 | $20,384,498 |
| 40 | 51 | 52 | $496,944 | $20,881,442 |
| 41 | 52 | 53 | $498,321 | $21,379,764 |
| 42 | 53 | 54 | $499,719 | $21,879,483 |
| 43 | 54 | 55 | $501,137 | $22,380,620 |
| 44 | 55 | 56 | $502,577 | $22,883,197 |
| 45 | 56 | 57 | $504,037 | $23,387,234 |
| 46 | 57 | 58 | $505,517 | $23,892,751 |
| 47* | 58 | 58.6 | $304,210 | $24,196,961 |

Catherine Laag

## SCENARIO #3: Facility Placement, Contracted Rate

| Year | From | To | Annual PV Total | Cumulative Totals |
|------|------|-----|------------------|-------------------|
| 1 | 11.8 | 13 | $565,784 | $ 565,784 |
| 2 | 13 | 14 | $467,884 | $ 1,033,668 |
| 3 | 14 | 15 | $469,887 | $ 1,503,555 |
| 4 | 15 | 16 | $471,901 | $ 1,975,456 |
| 5 | 16 | 17 | $473,930 | $ 2,449,386 |
| 6 | 17 | 18 | $475,971 | $ 2,925,357 |
| 7 | 18 | 19 | $478,025 | $ 3,403,382 |
| 8 | 19 | 20 | $480,092 | $ 3,883,474 |
| 9 | 20 | 21 | $482,172 | $ 4,365,646 |
| 10 | 21 | 22 | $484,264 | $ 4,849,910 |
| 11 | 22 | 23 | $466,686 | $ 5,316,596 |
| 12 | 23 | 24 | $467,397 | $ 5,783,993 |
| 13 | 24 | 25 | $468,135 | $ 6,252,128 |
| 14 | 25 | 26 | $468,897 | $ 6,721,025 |
| 15 | 26 | 27 | $469,684 | $ 7,190,709 |
| 16 | 27 | 28 | $470,496 | $ 7,661,205 |
| 17 | 28 | 29 | $471,332 | $ 8,132,537 |
| 18 | 29 | 30 | $472,193 | $ 8,604,730 |
| 19 | 30 | 31 | $473,077 | $ 9,077,807 |
| 20 | 31 | 32 | $473,986 | $ 9,551,793 |
| 21 | 32 | 33 | $474,919 | $10,026,712 |
| 22 | 33 | 34 | $475,874 | $10,502,586 |
| 23 | 34 | 35 | $476,853 | $10,979,439 |
| 24 | 35 | 36 | $477,856 | $11,457,295 |
| 25 | 36 | 37 | $478,882 | $11,936,177 |
| 26 | 37 | 38 | $479,931 | $12,416,108 |
| 27 | 38 | 39 | $481,001 | $12,897,109 |
| 28 | 39 | 40 | $482,097 | $13,379,206 |
| 29 | 40 | 41 | $483,212 | $13,862,418 |
| 30 | 41 | 42 | $484,352 | $14,346,770 |
| 31 | 42 | 43 | $485,513 | $14,832,283 |
| 32 | 43 | 44 | $486,697 | $15,318,980 |
| 33 | 44 | 45 | $487,902 | $15,806,882 |
| 34 | 45 | 46 | $489,129 | $16,296,011 |
| 35 | 46 | 47 | $490,378 | $16,786,389 |
| 36 | 47 | 48 | $491,649 | $17,278,038 |
| 37 | 48 | 49 | $492,940 | $17,770,978 |
| 38 | 49 | 50 | $494,255 | $18,265,233 |
| 39 | 50 | 51 | $495,588 | $18,760,821 |
| 40 | 51 | 52 | $496,945 | $19,257,766 |
| 41 | 52 | 53 | $498,321 | $19,756,087 |
| 42 | 53 | 54 | $499,719 | $20,255,806 |
| 43 | 54 | 55 | $501,138 | $20,756,944 |
| 44 | 55 | 56 | $502,577 | $21,259,521 |
| 45 | 56 | 57 | $504,036 | $21,763,557 |
| 46 | 57 | 58 | $505,517 | $22,269,074 |
| 47* | 58 | 58.6 | $304,211 | $22,573,285 |