# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, and JOHN LAAG, Individually and in his own right,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D. and NEMOURS FOUNDATION d/b/a A. I. DUPONT HOSPITAL FOR CHILDREN, a Delaware Corporation,<br><br>Defendants. | Civil Action No.: 04-1306-GMS<br><br>JURY TRIAL DEMANDED |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN *LIMINE* TO EXCLUDE THE TESTIMONY OF MICHAEL KATZ, M.D. REGARDING LIFE EXPECTANCY

Having considered Defendants' Motion in *Limine* to Exclude The Testimony of Michael Katz, M.D. Regarding Life Expectancy.

**IT IS HEREBY ORDERED THAT:**

Defendants' Motion in *Limine* to Exclude the Testimony of Michael Katz, M.D. Regarding Life Expectancy is hereby GRANTED and it is ORDERED that Michael Katz, M.D. is barred from testifying regarding life expectancy.

**SO ORDERED**, this ___ day of _____, 2005.

_____
The Honorable Gregory M. Sleet

ME1\5344871.1