Michael P. Kelly
Managing Partner

(302) 984-6301 D-Dial
mkelly@mccarter.com

McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
tel 302.984.6300
fax 302.984.6399
www.mccarter.com



McCARTER
ENGLISH
ATTORNEYS AT LAW

November 17, 2005

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Lockbox 19
Wilmington, DE 19801

Re: Laag v. Cullen et al., Case Number 04-1306-GMS.

Dear Judge Sleet:

    Defendants filed today three motions *in limine* on *Daubert* issues pursuant to Fed. R. of Evid. 702. In accordance with Local Rule 7.1.4 and Paragraph 9 of this Court's March 2, 2005 Scheduling Order, the defendants respectfully request oral argument on these issues at the convenience of the Court.

                                      Respectfully submitted,

                                        Michael P. Kelly
                                        (Del. Bar ID #2295)

MPK
cc: Robert N. Hunn, Esquire (by facsimile w/o enc.)

Enclosures    Defendants' Motion *In Limine* to Exclude the Testimony of Michael Katz, M.D. Regarding Conscious Pain and Suffering

                    Defendants' Motion *In Limine* to Exclude the Testimony of Michael Katz, M.D. regarding Life Expectancy

                    Defendants' Motion *In Limine* to Exclude Plaintiffs' Economic Expert's Report

ME1\5344995.1

| HARTFORD | STAMFORD | NEW YORK CITY | NEWARK | PHILADELPHIA | WILMINGTON | BALTIMORE |
|---|---|---|---|---|---|---|
| 860.275.6700 | 203.324.1800 | 212.609.6800 | 973.622.4444 | 215.979.3800 | 302.984.6300 | 410.659.8500 |