Michael P. Kelly
Managing Partner

(302) 984-6301 D-Dial
mkelly@mccarter.com

McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
tel 302.984.6300
fax 302.984.6399
www.mccarter.com



M<sup>c</sup>CARTER
ENGLISH
ATTORNEYS AT LAW

November 17, 2005

The Honorable Mary Pat Thynge
Magistrate-Judge
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:  Laag v. Cullen et al., Case Number 04-1306-GMS.

Dear Magistrate-Judge Thynge::

    Enclosed please find courtesy copies of three motions *in limine* on *Daubert* issues that the defendants filed today pursuant to Fed. R. of Evid. 702.

Respectfully submitted,

Michael P. Kelly
(Del. Bar ID #2295)

MPK
cc: Robert N. Hunn, Esquire (by facsimile w/o enc.)

Enclosures   Defendants' Motion *In Limine* to Exclude the Testimony of Michael Katz, M.D. Regarding Conscious Pain and Suffering

Defendants' Motion *In Limine* to Exclude the Testimony of Michael Katz, M.D. regarding Life Expectancy

Defendants' Motion *In Limine* to Exclude Plaintiffs' Economic Expert's Report

ME1\5345014.1