# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, And JOHN LAAG Individually and in his Own right, plaintiffs<br><br>vs.<br><br>EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D. and NEMOURS FOUNDATION d/b/a A. I. DuPONT HOSPITAL FOR CHILDREN, A Delaware Corporation | CASE NO.<br><br>CA 04-1306-GMS |

## JOINT STIPULATION FOR SHORT EXTENSION OF TIME TO FILE PROPOSED FINAL PRETRIAL ORDER AND RELATED MATERIAL

Respectfully, counsel for plaintiff and counsel for defendants stipulate to and request court approval for a short extension of time to file the proposed Final Pre-Trial Order, Proposed Joint Voir Dire, Proposed Joint Jury Instructions and Joint Special Interrogatories on December 9, 2005.

The reasons for said request are set forth below.

1. This medical malpractice action involves catastrophic injuries suffered by 10-year-old Catherine Laag while a patient at A. I. duPont Hospital For Children. Plaintiff Catherine Laag is in a persistent vegetative state and is institutionalized at the Voorhees Pediatric Center in Voorhees, New Jersey. Plaintiff has alleged a medical negligence claim against A.I. duPont Hospital For Children and a physician of the hospital. Defendants deny the claim of negligence.

2. The parties worked diligently to complete a massive amount of discovery which included 15 fact depositions and 11 expert witness reports. Due to no fault of either party, but solely to scheduling issues with experts located in various states, 9 of the 11 depositions have been completed. The parties are working diligently to complete the last two depositions..

3. Throughout discovery, plaintiff's counsel inadvertently read the court's scheduling order to require the filing of the Proposed Pre-Trial Order on December 17, 2005 and not November 18, 2005. Therefore, plaintiff's counsel believed there was sufficient time to complete the depositions and file the Pre-Trial Order.[1]

4. Plaintiff's counsel has already prepared a full draft of the Pre-Trial Order, Joint Voir Dire, Joint Jury Instructions, Joint Interrogatories for the Jury, Joint Exhibit List and forwarded the material to defense counsel this day.

5. The parties have spent the last few weeks preparing for a mediation of this matter before Magistrate Mary Pat Thynge scheduled for November 18, 2005. The parties believe that at the mediation and/or in the days following the mediation, their efforts should be focused on determining if this matter can be resolved amicably.

6. The Pre-Trial Conference of this matter is scheduled for December 29, 2005. The Trial is scheduled to commence on January 17, 2006. By filing the Proposed Final Pretrial Order on December 9, 2005, the parties believe they can resolve any outstanding issues.

---

[1] Plaintiff's counsel was inadvertently under the impression that a draft was due to defense counsel 30 days before the 30th day before trial (per F.R.C.P. 26) or 30 days before the third day before the pretrial conference (local rule.)

1.    ME1\5345601.1

7. The parties respectfully request court approval of their stipulation to file a Proposed Final Pretrial Order on December 9, 2005.

| **KOLSBY, GORDON, ROBIN, SHORE & BEZAR**<br><br>    Robert N. Hunn<br>ROBERT N. HUNN<br>Attorney I.D. #48031<br>Suite 2250, 1650 Market Street<br>Philadelphia, PA  19103<br>(215) 851-9700<br><br>Attorney for Plaintiffs | **BERKOWITZ SCHAGRIN COOPER & DRYDEN, P.A.**<br><br>    Martin A. Schagrin<br>MARTIN A. SCHAGRIN<br>Attorney I.D. #151<br>1218 Market Street<br>P.O. Box 1632<br>Wilmington, DE  19899<br>(302) 652-3155<br>Attorney for Plaintiffs |
|---|---|
| **MCCARTER & ENGLISH**<br><br>    Michael P. Kelly<br>MICHAEL P. KELLY<br>PAUL A. BRADLEY<br>919 N. Market Street<br>Suite 1800<br>P.O. Box 111<br>Wilmington, DE  19899<br>(302) 984-6333<br><br>Attorneys for Defendants | |