UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, And JOHN LAAG Individually and in his Own right, plaintiffs | : CASE NO. : : CA 04-1306-GMS : |
| vs. | : : |
| EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D. and NEMOURS FOUNDATION d/b/a A. I. DuPONT HOSPITAL FOR CHILDREN, A Delaware Corporation | : : : : |

This _____ of _____, 2005, having reviewed the Joint Stipulation of the parties For a Short Extension of Time To File the Joint Pre-Trial Order, the Stipulation is APPROVED and the parties shall file, their Joint Pre-Trial Order and related material on or before December 9, 2005.

_____
UNITED STATES DISTRICT JUDGE