# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, And JOHN LAAG Individually and in his Own right, plaintiffs | : : : : : | CASE NO. **CA 04-1306-GMS** |
| vs. | : : | |
| EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D. and NEMOURS FOUNDATION d/b/a A. I. DuPONT HOSPITAL FOR CHILDREN, A Delaware Corporation | : : : : | |

## PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE EXPERT TESTIMONY FROM DEFENSE EXPERT SHEKHAR VENKATARAMAN, M.D.

Plaintiff's hereby move this Honorable Court for an order precluding testimony from defense expert Shekhar Venkataraman, M.D. Plaintiff's motion is based upon the accompanying Opening Brief in Support of Plaintiff's Motion in Limine to Preclude Testimony From Defense Expert Shekhar Venkataraman, M.D.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant her Motion and enter the proposed Order attached hereto.

**BERKOWITZ, SCHAGRIN, & COOPER, P.A.**

Martin A. Schagrin
MARTIN A. SCHAGRIN
1218 Market Street
P.O. Box 1632
Wilmington, Delaware 19899
(302) 656-3155

        **KOLSBY, GORDON, ROBIN, SHORE & BEZAR**
        <u>Robert N. Hunn</u>
        ROBERT N. HUNN
        Kolsby, Gordon, Robin, Shore & Bezar
        Suite 2250, 1650 Market Street
        Philadelphia, PA  19103
        (215) 851-9700

        **Attorneys for Plaintiff Catherine Laag, a minor**
        **And John Laag, her parent and natural guardian**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, November 21, 2005. he caused to be served a copy of the forgoing Motion in Limine to Preclude Defense Expert Shekhar Venkataraman upon the following , counsel of record for the defense, via electronic filing and First Class Mail:

MICHAEL KELLY, ESQUIRE
McCarter & English
919 N. Market Street
Suite 1800
P.O. Box 111
Wilmington, DE  19899
(302) 984-6333

**BERKOWITZ, SCHAGRIN, & COOPER, P.A.**

Martin A. Schagrin_____
MARTIN A. SCHAGRIN
1218 Market Street
P.O. Box 1632
Wilmington, Delaware  19899
(302) 656-3155

**KOLSBY, GORDON, ROBIN, SHORE & BEZAR**
Robert N. Hunn_____
ROBERT N. HUNN
Kolsby, Gordon, Robin, Shore & Bezar
Suite 2250, 1650 Market Street
Philadelphia, PA  19103
(215) 851-9700