

**University at Buffalo**
*The State University of New York*

Bradley P. Fuhrman, M.D.
*Chief*

Lynn J. Hernan, M.D. • Christopher M.B. Heard, M.B.Ch.B., F.R.C.A.
Prashant Joshi, M.D. • Budi Wiryawan, M.D.

August 18, 2005          re: Catherine Laag v A.I. duPont Hospital for Children

Paul A. Bradley
McCarter & English, LLP
919 N. Market Street
Wilmington, Delaware 19899

Dear Mr. Bradley:

I am a Pediatric Intensive Care specialist, licensed to practice medicine in New York. I am board certified in Pediatrics and Pediatric Critical Care, as well as Neonatology and Pediatric Cardiology. My practice is confined to Pediatric Critical Care. I have been Chief of Pediatric Critical Care at the Children's Hospital of Buffalo since 1991. Before that, I was Associate Director of the Pediatric ICU at the Children's Hospital of Pittsburgh (1985-1991) and Chief of Pediatric Critical Care at the University of Minnesota (1979-1985). My career in Pediatric Critical Care has spanned 26 years. I am currently Professor of Pediatrics at the State University of New York at Buffalo.

My review included hospital records of Catherine Laag through 9/11/2003; chest x-rays from her hospitalization 9/6-9/2003; depositions of Edward Cullen, Jr., M.D., Caroline Boyd, M.D., Cheryl Martinenza, RN, and Steven Cook, M.D.; respiratory therapy flow sheets through 9/10/2003, resuscitation flow sheet 9/9/2003, and nursing notes. I have also reviewed the 7/6/2005 report of Stephen Lieberman, M.D.

Catherine Laag was admitted at 10 years of age to A. I. DuPont Hospital for Children with pneumonia and respiratory failure (8/27/03). She had an underlying diagnosis of Down's Syndrome. Catherine was initially treated with azithromycin, IV fluids and oxygen. As her oxygenation deteriorated, she was advanced to BiPAP, and ultimately was intubated on 8/29 by Dr. Cullen. Her respiratory course included a brief period of high frequency ventilation, with return to conventional ventilation 3 days before extubation on 9/9/2003. The morning of extubation, Catherine was active and agitated, biting her endotracheal tube. A decision was reached to try to extubate her rather than re-sedate her and prolong her course of mechanical ventilation. After extubation, Catherine unexpectedly developed severe airway swelling, necessitating re-intubation. Unfortunately her re-intubation was difficult and Catherine arrested during the process of placing a new endotracheal tube. Numerous well-qualified physicians attempted to re-intubate Catherine and failed. The specialist who did ultimately succeed at intubation also failed on his initial attempt.

Department of Pediatrics
Division of Pediatric Critical Care, School of Medicine and Biomedical Sciences
Women and Children's Hospital of Buffalo, 219 Bryant Street, Buffalo, NY 14222
Tel: (716) 878-7442   Fax: (716) 878-7101

It is my opinion that Catherine Laag received aggressive and excellent critical care and respiratory therapy in the days preceding her arrest, including the use of high frequency oscillatory ventilation, which is a new mode of mechanical ventilation.

The decision to extubate Catherine on the 9th of September was well within the standard of care. Her gas exchange was adequate, her respiratory effort was deemed adequate and she met Dr. Cullen's criteria for extubation. That is not to say there was no risk that she might require re-intubation; some patients do require re-intubation. Dr. Cullen had reason to believe he would be able to re-intubate her if necessary, as he had, himself, previously intubated her airway. He had no reason to suspect she would develop airway swelling. And he had reason to believe that Catherine would be successfully extubated.

The development of acute airway edema in a patient like Catherine Laag can be quite sudden. It is not so common an occurrence that special precautions would routinely be taken, yet not so rare as to be unanticipated. In Catherine's case, the swelling was so severe that it apparently compromised her gas exchange and necessitated re-intubation using an unusually small endotracheal tube. The swelling apparently effaced the landmarks usually used as a guide to placement of a new endotracheal tube. As a consequence, several experienced physicians who frequently performed intubations found the intubation to be difficult or impossible. It is not clear from my review that the area of greatest narrowing was even visible during the intubation attempts, making tube size difficult to assess. I believe it is the abrupt, unexpected and severe nature of this narrowing that led to Catherine's arrest.

I believe the means used to resuscitate Catherine were those commonly applied, and that the resuscitation adhered to common standards of practice.

It is most regrettable that Catherine Laag arrested and suffered sequellae of that event. The events leading up to that arrest were not, however, predictable, nor do they represent substandard medical care. More likely than not, had her extubation been postponed, the same sequence of events would have occurred at that later date.

Yours truly,

Bradley P. Fuhrman, M.D.
Chief, Pediatric Critical Care
Children's Hospital of Buffalo
Professor of Pediatrics
State University of New York at Buffalo