# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, And JOHN LAAG Individually and in his Own right, plaintiffs | : : : : : | CASE NO. **CA 04-1306-GMS** |
| vs. | : : | |
| EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D. and NEMOURS FOUNDATION d/b/a A. I. DuPONT HOSPITAL FOR CHILDREN, A Delaware Corporation | : : : : | |

## NOTICE OF VIDEOTAPE DEPOSITION

**PLEASE TAKE NOTICE**, that plaintiff, by his counsel, Kolsby, Gordon, Robin, Shore & Bezar, will take the videotape deposition of **SHEKHAR VENKATAMARAN, M.D.** pursuant to Federal Court Civil Rules 26 and 30 on **Monday, December 12, 2005 at 1:00 p.m.** at **3705 5th Avenue, Pittsburgh, Pa 15213-2583**. The deposition shall be duly videotaped and transcribed and shall continue from day to day until completed.

**KOLSBY, GORDON, ROBIN, SHORE & BEZAR**

_____Robert N. Hunn /s/_____
ROBERT N. HUNN
ATTORNEY FOR PLAINTIFFS
Attorney I.D. #48031
Kolsby, Gordon, Robin, Shore & Bezar
Suite 2250, 1650 Market Street
Philadelphia, PA  19103
(215) 851-9700

**BERKOWITZ, SCHAGRIN, & COOPER, P.A.**


　　　Martin A. Schagrin /s/　　　　　　
MARTIN A. SCHAGRIN
1218 Market Street
P.O. Box 1632
Wilmington, Delaware  19899
(302) 656-3155


cc:　　Michael P. Kelly, Esquire

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, And JOHN LAAG Individually and in his Own right, plaintiffs | : : : : : | CASE NO.<br><br>**CA 04-1306-GMS** |
| vs. | : : | |
| EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D. and NEMOURS FOUNDATION d/b/a A. I. DuPONT HOSPITAL FOR CHILDREN, A Delaware Corporation | : : : : | |

## CERTIFICATE OF SERVICE

I, Robert N. Hunn, attorney for plaintiff, hereby certify and state that a true and correct copy of Plaintiff's Notice of Videotape Deposition of Dr. Venkata,aram was served by Facsimile and First Class Mail, postage prepaid, on the 28th day of November, 2005 upon the following:

>Michael P. Kelly, Esquire
>McCarter & English
>919 N. Market Street
>Suite 1800
>P.O. Box 111
>Wilmington, DE  19899

**KOLSBY, GORDON, ROBIN, SHORE & BEZAR**


_____Robert N. Hunn /s/_____
ROBERT N. HUNN
ATTORNEY FOR PLAINTIFF
1650 Market St.
Philadelphia, PA 19103
215-851-9700
rhunn@kolsbygordon.com


**BERKOWITZ, SCHAGRIN, & COOPER, P.A.**


\_\_\_\_\_Martin A. Schagrin /s/_____
MARTIN A. SCHAGRIN
1218 Market Street
P.O. Box 1632
Wilmington, Delaware  19899
(302) 656-3155