# EXHIBIT

# A





**Kolsby│Gordon**
· Kolsby · Gordon · Robin · Shore · Bezar
TRIAL ATTORNEYS

One Liberty Place ◆
1650 Market Street, 22nd Floor Philadelphia, PA 19103
T: 215.851.9700     F: 215.851.9701     800.709.3193
info@kolsbygordon.com  www.kolsbygordon.com

Robert N. Hunn
rhunn@kolsbygordon.com

September 22, 2005

**VIA FACSIMILE &**
**FIRST CLASS MAIL**
Paul A. Bradley, Esquire
McCarter & English
919 N. Market Street
Suite 1800
P.O. Box 111
Wilmington, DE  19899

                    RE:    **Laag vs. DuPont, et al.**

Dear Mr. Bradley:

        Thank you for your overnight letter today forwarding the Curriculum Vitaes of
Drs. Fuhrman and Burke.

        You are correct in your letter that I have agreed to an extension of the discovery
deadline.  I want to be very specific so there is no misunderstanding.  Regardless of our
conversation this morning, and upon further reflection, I agreed to an extension of fact
discovery and not an extension for the taking of expert witness depositions.

        Allow me to explain.  Today was the very first time in this entire case that you
indicated to me an interest in taking expert witness depositions.  On September 6, 2005, I
forwarded to you an e-mail requesting that you identify your position on the deposition of
experts.  I disclosed to you that based on my then existing understanding that Nemours
would go forward with the Mediation, I questioned whether it was economically prudent
for both parties to direct time and money toward these depositions until after the
Mediation.  I asked you if you wanted to proceed differently.  (Do depositions in
September).

        You never responded to me leading me to believe you were not interested in such
depositions.  Clearly, my thinking at the time of my e-mail was based on Nemours'
representations that it was interested in working on the resolution of this matter in
October.  That representation turned out to be false.

RE:    **Laag vs. DuPont, et al.**
September 22, 2005
Page Two

Moreover, learning today that Nemours and its employees provided inaccurate information, Nemours has now forced me to exert time clarifying the inaccuracies.

Accordingly, I am amenable to an extension of time for expert reports until such time as the issuance of the report would be prejudicial for trial.  I am amenable to an extension of time for fact discovery up to a time when it would be prejudicial for trial.  I do not agree to the extension of time for expert witness depositions.

Very Truly Yours,

Robert N. Hunn

RNH/jmm

# EXHIBIT

# B

LAW OFFICES

## KOLSBY, GORDON, ROBIN, SHORE & BEZAR

A PROFESSIONAL CORPORATION

ROBERT N. HUNN
rnh@kgrs.com

ONE LIBERTY PLACE
22ND FLOOR
1650 MARKET STREET
PHILADELPHIA, PA 19103
(215) 851-9700
TELECOPIER (215) 851-9701

MARSHALL A. BERNSTEIN
COUNSEL TO THE FIRM

July 5, 2005

Paul A. Bradley, Esquire
McCarter & English
919 N. Market Street
Suite 1800
P.O. Box 111
Wilmington, DE  19899

RE:    **Laag vs. DuPont, et al.**

Dear Mr. Bradley:

Enclosed herewith please find the following:

1.    Report and Curriculum Vitae of Herman Axelrod, Ph.D.;
2.    Report and Curriculum Vitae of Bunin & Associates;
3.    Report of Betsy Bates, B.S.N., R.N., C.R.R.N., C.C.N.

I anticipate receiving Ms. Bates' Curriculum Vitae in the near future and will forward it to you.  Additionally, I will forward to you reports from Steven Lieberman, M.D. (pediatric critical care) and Michael Katz, M.D. (pediatric neurologist).

As you know, I have been out of my office for a number of weeks and I am still going through piles.  It is my hope that I will be forwarding the remaining reports in the very near future.

Should you have any questions, please call.

Very truly yours,

Robert N. Hunn

RNH/jmm
Enclosures

# EXHIBIT

# C

LAW OFFICES

## KOLSBY, GORDON, ROBIN, SHORE & BEZAR

A PROFESSIONAL CORPORATION

ROBERT N. HUNN
rnh@kgrs.com

ONE LIBERTY PLACE
22ND FLOOR
1650 MARKET STREET
PHILADELPHIA, PA 19103
(215) 851-9700
TELECOPIER (215) 851-9701

July 11, 2005

MARSHALL A. BERNSTEIN
COUNSEL TO THE FIRM

Paul A. Bradley, Esquire
McCarter & English
919 N. Market Street
Suite 1800
P.O. Box 111
Wilmington, DE  19899

       **RE:**    **Laag vs. DuPont, et al.**

Dear Mr. Bradley:

       Enclosed herewith please find:

1)    Report and Curriculum Vitae of Stephen Lieberman, M.D., Pediatric Critical Care Physician;

2)    Report and Curriculum Vitae of Michael D. Katz, M.D., Pediatric Neurologist.

       Should you have any questions, please call.

                Very truly yours,

                Robert N. Hunn

RNH/jmm
Enclosure

# EXHIBIT

# D

LAW OFFICES
## KOLSBY, GORDON, ROBIN, SHORE & BEZAR
A PROFESSIONAL CORPORATION

ROBERT N. HUNN
rnh@kgrs.com

ONE LIBERTY PLACE
22ND FLOOR
1650 MARKET STREET
PHILADELPHIA, PA 19103
(215) 851-9700
TELECOPIER (215) 851-9701

MARSHALL A. BERNSTEIN
COUNSEL TO THE FIRM

January 26, 2005

Paul A. Bradley, Esquire
McCarter & English
919 N. Market Street
Suite 1800
P.O. Box 111
Wilmington, DE  19899


RE:    **Laag vs. DuPont, et al.**

Dear Mr. Bradley:

I would like to schedule the depositions of the following individuals:

1)    Edward Cullen, Jr., D.O.;
2)    James Hertzog, M.D.;
3)    Cheryl Martinenza, R.N.;
4)    Carolyn Boyd, M.D.;
5)    Diana Cartwright, R.N.


The depositions of Dr. Boyd and the two nurses will be short.  Perhaps we can schedule one after the other at the hospital.   I am also amenable to scheduling the defendants' depositions in a conference room at the hospital if that is most convenient to them or at your Wilmington office.

Thank you for your courtesy and cooperation.  I look forward to hearing from you.

Very truly yours,

Robert N. Hunn

RNH/jmm

LAW OFFICES
## KOLSBY, GORDON, ROBIN, SHORE & BEZAR
A PROFESSIONAL CORPORATION

ROBERT N. HUNN
rnh@kgrs.com

ONE LIBERTY PLACE
22ND FLOOR
1650 MARKET STREET
PHILADELPHIA, PA 19103
(215) 851-9700
TELECOPIER (215) 851-9701

April 5, 2005

MARSHALL A. BERNSTEIN
COUNSEL TO THE FIRM

Paul A. Bradley, Esquire
McCarter & English
919 N. Market Street
Suite 1800
P.O. Box 111
Wilmington, DE  19899

RE:    **Laag vs. DuPont, et al.**

Dear Mr. Bradley:

As you know, we have been attempting (patiently) to schedule hospital personnel depositions with you.  I have proposed taking these depositions at the hospital so as to not to inconvenience the deponents.  Although close to two months have passed since we made our initial request for depositions, we have not been provided dates.  I am becoming concerning that I will not be able to complete these depositions within a sufficient time before my expert reports are due.

Accordingly, I have enclosed the following Notices of Deposition to be held at Mr. Schagrin's office.  Certainly, I am amenable to switching the location to the hospital.

## WEDNESDAY, MAY 11, 2005

1.    Cheryl Martinenza, R.N. beginning at 10:00 a.m.;
2.    Carolyn Boyd, M.D. beginning at 1:00 p.m.;
3.    Christine Grahm, R.N. beginning at 3:00 p.m.

## THURSDAY, MAY 12, 2005

1.    Diane Cartwright, R.N. beginning at 10:00 a.m.;
2.    Bob Dilith, R.N. beginning at 11:00 a.m.;
3.    A. Burnett, R.N. beginning at 1:00 p.m.;
4.    Patricia Miller, R.N. beginning at 2:00 p.m.

KOLSBY, GORDON, ROBIN, SHORE & BEZAR
LAWYERS

**RE:**   **Laag vs. DuPont, et al.**
April 5, 2005
Page Two


        I am hopeful that we will be able to complete these depositions as outlined above.
Should you have any questions, please do not hesitate to call.

                        Very truly yours,

                        Robert N. Hunn


RNH/jmm
Enclosures

cc:    Martin A. Schagrin, Esquire (w/encs.)

# EXHIBIT

# E

## Robert Hunn

**From:**    "Robert Hunn" <rhunn@kolsbygordon.com>
**To:**      "Seward, Donna" <DSeward@McCarter.com>
**Sent:**    Tuesday, November 08, 2005 4:33 PM
**Subject:** Re: The Laag case

Its more fun to blame Paul.

Robert N. Hunn, Esquire
Kolsby Gordon Robin Shore & Bezar
22nd Floor
One Liberty Place
Philadelphia, PA 19103
(215) 851-9700

----- Original Message -----
**From:** Seward, Donna
**To:** Robert Hunn
**Sent:** Tuesday, November 08, 2005 4:12 PM
**Subject:** RE: The Laag case

Hi Bob,

You are so kind to me.  I really have to take some of the blame for Paul's delay.  He asked me to set this up
about 2 weeks ago, however, he was not sure who was going to take the dep and it was determined just this
morning. It looks like Tracy Coleman of Nemours will be attending the deposition and I will pass your available
dates on to her.  Thank you so much for getting back to me so quickly, I truly appreciate it.

Take care.

Donna

*Donna J. Seward*
Secretary to Paul A. Bradley and
Christopher A. Selzer
McCarter & English
Mellon Bank Center
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE  19801

(302) 984-6332
(302) 984-6399 fax

-----Original Message-----
**From:** Robert Hunn [mailto:rhunn@kolsbygordon.com]
**Sent:** Tuesday, November 08, 2005 2:26 PM
**To:** Seward, Donna
**Subject:** The Laag case

Hi Donna,
Boy, its tough trying to coordinate dates for depositions when you have to take into account the schedule

11/21/2005

of all those people from Nemours. Now, unlike your boss who would leave me hanging on dep dates for weeks (and who I told weeks ago to get me dates for this dep), I take pride in responding quickly to requests. And since you are such a nice person, I will respond quickly to yours.
Here's the bad news, Dr. Biagas is unavailable for all the dates in November. (just heard back from her)
Here's the good news, She says her schedule frees up in December
I am available December 5 (afternoon), 7, 8,9,12,13 and 16.
Get me your dates and we will coordinate with the Doctor.
Thanks
Bob

Robert N. Hunn, Esquire
Kolsby Gordon Robin Shore & Bezar
22nd Floor
One Liberty Place
Philadelphia, PA 19103
(215) 851-9700


This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.

# EXHIBIT

# F

## Robert Hunn

**From:**     "Robert Hunn" <rhunn@kolsbygordon.com>
**To:**       <mkelly@mccarter.com>
**Sent:**     Wednesday, November 16, 2005 5:22 PM
**Subject:**  Laag

I just touched base with Dr. Biagas. Now, her December is filling up. She is not available on Dec. 1,2,5,6,13,16 and away on Vaca from Dec. 21 to Jan 12.


Robert N. Hunn, Esquire
Kolsby Gordon Robin Shore & Bezar
22nd Floor
One Liberty Place
Philadelphia, PA 19103
(215) 851-9700

# EXHIBIT

# G

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CATHERINE B. LAAG, a minor, by her | : | CASE NO. |
| Parent and Natural Guardian, JOHN LAAG, | : | |
| And JOHN LAAG Individually and in his | : | **CA 04-1306-GMS** |
| Own right, plaintiffs | : | |
| | : | |
| vs. | : | |
| | : | |
| EDWARD J. CULLEN, JR., D.O., JAMES | : | |
| HERTZOG, M.D. and NEMOURS | : | |
| FOUNDATION d/b/a A. I. DuPONT HOSPITAL | : | |
| FOR CHILDREN, A Delaware Corporation | : | |

## AFFIDAVIT OF JOAN M. MUSGREAVE

I, **Joan M. Musgreave**, being duly sworn according to law, hereby depose and say as follows:

1.    I am a secretary at the law firm of Kolsby, Gordon, Robin, Shore & Bezar located in Philadelphia, PA.

2.    I have worked with Attorney Robert N. Hunn for 11 years.

3.    On November 8, 2005, I received a phone call from Donna Seward, secretary for Attorney Paul Bradley, requesting dates on which to schedule the deposition of plaintiff's expert, Katherine Biagas, M.D.

4.    I informed Mr. Hunn of the telephone call and it is my understanding that Mr. Hunn then emailed his available dates to Ms. Seward.

5.    On or about November 16, 2005 I received a phone call from Ms. Seward advising that their firm had people from out of town attending the deposition of Dr. Biagas and they would be available on December 16, 2005.

6.     I looked at Mr. Hunn's schedule and saw that the firm holiday party was scheduled for December 16, 2005.  I told Ms. Seward that December 16th was not available and they would need to pick another date.

7.     After that telephone conversation I spoke to Mr. Hunn who told me not to schedule anything for him on December 16, 2005.  He did not tell me why at the time.

**FURTHER, AFFIANT SAYETH NOT**.


JOAN M. MUSGREAVE

Sworn to and subscribed
Before me this 29th
day of November, 2005


NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
FELIZA R. SMITH, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 3, 2009

2

# EXHIBIT

# H

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CATHERINE B. LAAG, a minor, by her    :    CASE NO.
Parent and Natural Guardian, JOHN LAAG,  :
And JOHN LAAG Individually and in his    :    **CA 04-1306-GMS**
Own right, plaintiffs               :
                              :
        vs.                    :
                              :
EDWARD J. CULLEN, JR., D.O., JAMES    :
HERTZOG, M.D. and NEMOURS        :
FOUNDATION d/b/a A. I. DuPONT HOSPITAL  :
FOR CHILDREN, A Delaware Corporation    :

## STIPULATION REGARDING EXPERT WITNESSES

It is hereby STIPULATED by and between the parties that plaintiff will not

present testimony from Katherine Biagas, M.D. at trial and the defense will not present

testimony from Shekhar Venkataraman, M.D. at trial.

| **KOLSBY, GORDON, ROBIN, SHORE & BEZAR** | **BERKOWITZ SCHAGRIN COOPER** |
|---|---|
| ROBERT N. HUNN<br>Attorney I.D. #48031<br>Suite 2250, 1650 Market Street<br>Philadelphia, PA 19103<br>(215) 851-9700<br><br>Attorney for Plaintiffs<br>DATE: | MARTIN A. SCHAGRIN<br>Attorney I.D. #151<br>1218 Market Street<br>P.O. Box 1632<br>Wilmington, DE 19899<br>(302) 652-3155<br>Attorney for Plaintiffs<br>DATE: |
| **MCCARTER & ENGLISH**<br><br><br>MICHAEL P. KELLY | |

PAUL A. BRADLEY
919 N. Market Street
Suite 1800
P.O. Box 111
Wilmington, DE  19899
(302) 984-6333

Attorneys for Defendants
DATE: