# EXHIBIT

# A

# BUNIN ASSOCIATES
### Actuarial-Economic Consultants

**DAVID T. BUNIN, FSA**
**ROYAL A. BUNIN, MBA**

THE WYNNEWOOD HOUSE, SUITE 109
300 EAST LANCASTER AVENUE
WYNNEWOOD, PA 19096

PHONE: (610) 642-4700
FAX: (610) 642-4787
E-Mail: BuninAssoc@aol.com

June 30, 2005

Robert N. Hunn, Esq.
**Kolsby, Gordon, Robin, Shore & Bezar**
One Liberty Place
1650 Market Street, 22nd Floor
Philadelphia, PA 19103

### RE:  Catherine Laag

Dear Mr. Hunn:

This is our actuarial-economic report on Catherine Laag.  All opinions expressed in this report are held to a reasonable degree of actuarial and economic certainty.  Upon receiving any additional information, we will amend our report accordingly.

You have asked us to perform an actuarial-economic analysis with respect to the future cost of care which Catherine will require for the rest of her lifetime.  According to the article entitled "The Changing Survival Profile of People With Downs Syndrome: Implications for Genetic Counseling", as presented in Clinical Genetics, the median survival age for such individuals was to age 58.6.  Twenty-five percent of the case studies lived to an average age of 52.9 years, and the oldest person in the study lived to age 70 years.  For purposes of this report, a total life span of 58.6 years will be utilized in calculating the future medical costs for care and attention which Catherine will require.  She was born on August 22, 1993 and is, therefore, currently 11.8 years of age. Based upon a total life span of 58.6 years, this would result in a life expectancy from the current date of an additional 46.8 years. Accordingly, adding the additional life expectancy of 46.8 years to the current age of 11.8 years would result in the life span as indicated in the above article of 58.6 years.  It should be indicated that the normal life expectancy for an 11 year old female, based upon the 2002 U.S. Life Tables, prepared by the U.S. Department of Health and Human Services, would be an additional 69.5 years.  Adding the normal life expectancy of 69.5 to the current age of 11.8 years would result in an expected life span  of 81.3 years. As indicated above, calculations presented herein will be based upon the current life expectancy of 46.8 years, which would, therefore, result in a total life span to age 58.6 years.

Robert N. Hunn, Esq.
**Kolsby, Gordon, Robin, Shore & Bezar**
RE:  Catherine Laag
June 30, 2005
Page 2

Presented for our review was the Life Care Plan Report, prepared by Betsy Bates, BSN, CRRN, CCM, dated April 29, 2005.  We have utilized the information contained in Nurse Bates' report, along with governmental statistics and financial data to calculate the present value of the future medical expenses.  As indicated in Nurse Bates' report, Catherine has been diagnosed with hypoxic ischemic encephalopathy, ventilator dependency, and Downs Syndrome.

After presenting Catherine's medical history, including a description of the incident that gave rise to her current disability, which occurred in September of 2003, Nurse Bates described Catherine's therapy and her current medical treatment. The Functional Nursing Assessment in Nurse Bates' report indicates that Catherine is fed via a gastrostomy tube, and that she is non-verbal but is sensitive to loud noises.  She breathes with a tracheostomy, is bowel and bladder incontinent, and is totally dependent upon others for all activities of daily living.  She is carried and transferred by her caregivers as she cannot sit independently, nor walk.  Her cognitive impairment is severe, globally, neurologically devastating.  Her father has custody of her care, and Catherine currently attends the Bancroft School at Voorhees.

Nurse Bates goes on to present her recommendations on the following categories:

    1.  Medical Care
    2.  Nursing Care/Facility Placement
    3.  Case Management
    4.  Therapies
    5.  Durable Medical Equipment
    6.  Medical Supplies
    7.  Medications
    8.  Transportation
    9.  Accessible Housing
   10.  Psychological Care

Nurse Bastes presented three scenarios in her report.  The first scenario was based upon home care with 24 hour skilled nursing services.  The second scenario was based upon facility placement, utilizing actual charges.  The third scenario was also based upon facility placement, utilizing the current contract rate at the Voorhees Pediatric Center.

Robert N. Hunn, Esq.
**Kolsby, Gordon, Robin, Shore & Bezar**
RE:  Catherine Laag
June 30, 2005
Page 3

The calculations presented in this report will be shown on a year-by-year basis, with the first year actually being slightly longer, and incorporating the period from Catherine's current age of 11.8 until the end of her 12th year.  Year two presents calculations based upon Catherine being 13 years of age.  The third year presents the present value of calculations at 14 years of age, etc., with the last year of the analysis actually being slightly less than one year, showing the present value of the future medical costs, measured from age 50 to age 58.6.  This would coincide with a life expectancy of 46.8 additional years, measured from the current age of 11.8 years, and therefore resulting in a total life span of 58.6 years.  The asterisk next to the year 47 refers to this year being a partial year, as described above.

In calculating the future medical costs, and cost of care, allowances are made for increases due to inflation and medical inflation.  According to the Consumer Price Index (CPI-U), prepared by the U.S. Department of Labor, Bureau of Labor Statistics, the average rate of inflation for the first five months of 2005 has been at the rate of approximately 3% per year.  This rate of inflation would apply to all items contained in the Consumer Price Index.  The rate of inflation for medical care services for the 12 month period ending May 2005 was at the rate of 5% per year.  Accordingly, those items listed in Nurse Bates' report which would refer to a medical care service will be increased annually at the rate of 5% per year. Those non-medical expenses, such as transportation, etc. will be increased with an inflationary rate of 3% per year.  The future medical expenses and care needs, which have been increased due to the effects of inflation, would also need to be reduced to its present value.  Based upon current and historic rates of return, and the length of discounting of 30 years, an appropriate discount rate would be 4.5%.  As of June 22, 2005, the rate of return on government securities was less than 4.5%.  Specifically, the 30-year Bond had a rate of return of 4.23% per year, the 10-year Note had a rate of return of 3.9% per year, the 2-year Note had a rate of return of 3.6%, while the 3-month Treasury Bill had a rate of return of 3.07% per year.  According to information published by MunicipalBond.com, as of June 21, 2005, the rates of return of Municipal Bonds issued by the State of Delaware have yield to maturity rates between 2.5% to 4.5%, with original coupon rates of between 4% to 6%.

Robert N. Hunn, Esq.
**Kolsby, Gordon, Robin, Shore & Bezar**
RE:  Catherine Laag
June 30, 2005
Page 4 _____

    Our analysis follows on our Summary Pages.  The future medical costs which have increases due to the effects of medical inflation and general inflation, and reduced to present value, are shown on a year-by-year basis, with cumulative totals shown in the far right column.

    Please let us know if you have any questions.

              Very truly yours,

              Royal A. Bunin, M.B.A.

              David T. Bunin, F.S.A.

RAB:DTB/gk

Catherine Laag

### SCENARIO #1: Homecare with Nursing Services

|       | AGES: |      | Annual    | Cumulative  |
| Year  | From  | To   | PV Total  | Totals      |
|-------|-------|------|-----------|-------------|
| 1     | 11.8  | 13   | $743,403  | $   743,403 |
| 2     | 13    | 14   | $602,169  | $ 1,345,572 |
| 3     | 14    | 15   | $602,386  | $ 1,947,958 |
| 4     | 15    | 16   | $602,643  | $ 2,550,601 |
| 5     | 16    | 17   | $602,938  | $ 3,153,539 |
| 6     | 17    | 18   | $603,272  | $ 3,756,811 |
| 7     | 18    | 19   | $603,644  | $ 4,360,455 |
| 8     | 19    | 20   | $604,054  | $ 4,964,509 |
| 9     | 20    | 21   | $604,501  | $ 5,569,010 |
| 10    | 21    | 22   | $604,986  | $ 6,173,996 |
| 11    | 22    | 23   | $604,867  | $ 6,778,863 |
| 12    | 23    | 24   | $605,422  | $ 7,384,285 |
| 13    | 24    | 25   | $606,012  | $ 7,990,297 |
| 14    | 25    | 26   | $606,639  | $ 8,596,936 |
| 15    | 26    | 27   | $607,302  | $ 9,204,238 |
| 16    | 27    | 28   | $608,000  | $ 9,812,238 |
| 17    | 28    | 29   | $608,732  | $10,420,970 |
| 18    | 29    | 30   | $609,500  | $11,030,470 |
| 19    | 30    | 31   | $610,302  | $11,640,772 |
| 20    | 31    | 32   | $611,137  | $12,251,909 |
| 21    | 32    | 33   | $612,008  | $12,863,917 |
| 22    | 33    | 34   | $612,910  | $13,476,827 |
| 23    | 34    | 35   | $613,848  | $14,090,675 |
| 24    | 35    | 36   | $614,817  | $14,705,492 |
| 25    | 36    | 37   | $615,821  | $15,321,313 |
| 26    | 37    | 38   | $616,855  | $15,938,168 |
| 27    | 38    | 39   | $617,923  | $16,556,091 |
| 28    | 39    | 40   | $619,023  | $17,175,114 |
| 29    | 40    | 41   | $620,154  | $17,795,268 |
| 30    | 41    | 42   | $621,317  | $18,416,585 |
| 31    | 42    | 43   | $622,512  | $19,039,097 |
| 32    | 43    | 44   | $623,738  | $19,662,835 |
| 33    | 44    | 45   | $624,995  | $20,287,830 |
| 34    | 45    | 46   | $626,282  | $20,914,112 |
| 35    | 46    | 47   | $627,600  | $21,541,712 |
| 36    | 47    | 48   | $628,948  | $22,170,660 |
| 37    | 48    | 49   | $630,327  | $22,800,987 |
| 38    | 49    | 50   | $631,736  | $23,432,723 |
| 39    | 50    | 51   | $633,174  | $24,065,897 |
| 40    | 51    | 52   | $634,641  | $24,700,538 |
| 41    | 52    | 53   | $636,139  | $25,336,677 |
| 42    | 53    | 54   | $637,666  | $25,974,343 |
| 43    | 54    | 55   | $639,220  | $26,613,563 |
| 44    | 55    | 56   | $640,805  | $27,254,368 |
| 45    | 56    | 57   | $642,418  | $27,896,786 |
| 46    | 57    | 58   | $644,060  | $28,540,846 |
| 47*   | 58    | 58.6 | $387,438  | $28,928,284 |

Catherine Laag

## SCENARIO #3: Facility Placement, Contracted Rate

| Year | AGES: From | To | Annual PV Total | Cumulative Totals |
|------|------|------|------|------|
| 1 | 11.8 | 13 | $565,784 | $    565,784 |
| 2 | 13 | 14 | $467,884 | $  1,033,668 |
| 3 | 14 | 15 | $469,887 | $  1,503,555 |
| 4 | 15 | 16 | $471,901 | $  1,975,456 |
| 5 | 16 | 17 | $473,930 | $  2,449,386 |
| 6 | 17 | 18 | $475,971 | $  2,925,357 |
| 7 | 18 | 19 | $478,025 | $  3,403,382 |
| 8 | 19 | 20 | $480,092 | $  3,883,474 |
| 9 | 20 | 21 | $482,172 | $  4,365,646 |
| 10 | 21 | 22 | $484,264 | $  4,849,910 |
| 11 | 22 | 23 | $466,686 | $  5,316,596 |
| 12 | 23 | 24 | $467,397 | $  5,783,993 |
| 13 | 24 | 25 | $468,135 | $  6,252,128 |
| 14 | 25 | 26 | $468,897 | $  6,721,025 |
| 15 | 26 | 27 | $469,684 | $  7,190,709 |
| 16 | 27 | 28 | $470,496 | $  7,661,205 |
| 17 | 28 | 29 | $471,332 | $  8,132,537 |
| 18 | 29 | 30 | $472,193 | $  8,604,730 |
| 19 | 30 | 31 | $473,077 | $  9,077,807 |
| 20 | 31 | 32 | $473,986 | $  9,551,793 |
| 21 | 32 | 33 | $474,919 | $10,026,712 |
| 22 | 33 | 34 | $475,874 | $10,502,586 |
| 23 | 34 | 35 | $476,853 | $10,979,439 |
| 24 | 35 | 36 | $477,856 | $11,457,295 |
| 25 | 36 | 37 | $478,882 | $11,936,177 |
| 26 | 37 | 38 | $479,931 | $12,416,108 |
| 27 | 38 | 39 | $481,001 | $12,897,109 |
| 28 | 39 | 40 | $482,097 | $13,379,206 |
| 29 | 40 | 41 | $483,212 | $13,862,418 |
| 30 | 41 | 42 | $484,352 | $14,346,770 |
| 31 | 42 | 43 | $485,513 | $14,832,283 |
| 32 | 43 | 44 | $486,697 | $15,318,980 |
| 33 | 44 | 45 | $487,902 | $15,806,882 |
| 34 | 45 | 46 | $489,129 | $16,296,011 |
| 35 | 46 | 47 | $490,378 | $16,786,389 |
| 36 | 47 | 48 | $491,649 | $17,278,038 |
| 37 | 48 | 49 | $492,940 | $17,770,978 |
| 38 | 49 | 50 | $494,255 | $18,265,233 |
| 39 | 50 | 51 | $495,588 | $18,760,821 |
| 40 | 51 | 52 | $496,945 | $19,257,766 |
| 41 | 52 | 53 | $498,321 | $19,756,087 |
| 42 | 53 | 54 | $499,719 | $20,255,806 |
| 43 | 54 | 55 | $501,138 | $20,756,944 |
| 44 | 55 | 56 | $502,577 | $21,259,521 |
| 45 | 56 | 57 | $504,036 | $21,763,557 |
| 46 | 57 | 58 | $505,517 | $22,269,074 |
| 47* | 58 | 58.6 | $304,211 | $22,573,285 |

# EXHIBIT

# B

**Betsy Bates, BSN, RN, CRRN, CCM**
**Certified Rehabilitation Nurse**
**Certified Case Manager**



**Life Care Planning**
**Case Management**
**Rehabilitation Consultation**

# REHAB NURSE CONSULTANTS, Ltd

**Attorney:**   **Robert Hunn, Esq.**

Address:   Kolsby, Gordon, et al
1650 Market St. 22nd fl
Philadelphia, PA 19103

Telephone:   215.851.9700

**Client:**   **Catherine Laag**

DOB:   August 22, 1993

**Diagnosis:**   **Hypoxic Ischemic Encephalopathy**
**Ventilator Dependency**
**Downs Syndrome**

*LIFE CARE PLAN*

Prepared by: Betsy Bates, BSN, CRRN, CCM

April 29, 2005

Robert Hunn, Esq.
Kolsby, Gordon, et al
1650 Market St.  22nd fl
Philadelphia, PA 19103

Dear Mr. Hunn:

At your request, I have performed a nursing assessment for your client, Catherine Laag. From that assessment, I have made recommendations and developed a Life Care Plan for her. I had the pleasure of meeting with Catherine and her father, John Laag, on March 1, 2005 at Voorhees Pediatric Center (VPC). After the assessment, I went to the home where Catherine may be living if discharged from VPC.

The following history and nursing assessment were compiled with information provided by Mr. Laag, as well as my direct observation of Catherine. I also had the opportunity to speak with Terri Wagi, RN, Catherine's nurse manager at VPC, on April 14, 2005 to further discuss her medical care. I spoke with Trisha Cunningham, respiratory therapist at VPC on April 14, 2005, to discuss Catherine's care.

In order to further prepare this report, I spoke with Susan Morocco, Director of Admission, from VPC regarding billing issues. I also spoke with Joe Becher, respiratory therapist from Newborn Nurses regarding respiratory related issues and costs surrounding Catherine's care. Furthermore, I reviewed the following medical records forwarded by your office:

> West Jersey Hospital: August 27, 2003
> AI duPont Hospital for Children: Admission, August 27, 2004
> Voorhees Pediatric Center: March – October 2004, including medical billing
> Stephen Falchek, MD: July 8, 2004
> Medford Pediatric and Adolescent Medicine
> School records from Shamong Township, including IEP

## *MEDICAL HISTORY*

Catherine is currently an 11 year old female, who in August 2003, had a one week history of cough and fever. She was examined by her pediatrician on August 27, 2003 and transported via ambulance to West Jersey Hospital for further treatment. Upon arrival to West Jersey Hospital, she was noted to be pale and tachypneic. Her admitting diagnosis was respiratory distress. Oxygen was administered and she was given a nebulizer treatment. Blood gases were drawn and a chest x-ray was obtained. She was transferred to AI duPont Hospital for treatment of possible pneumonia.

Upon arrival to duPont, she was admitted to the pediatric ICU. She was noted to be in hypoxic respiratory failure. Treatment was initiated with BiPAP, then conventional mechanical ventilation, and eventually high ausculatory ventilation. On September 9, 2003, a trail of extubation was attempted. However, this was unsuccessful and Catherine suffered an

anoxic insult and was placed back on mechanical ventilation.  A tracheostomy was performed on October 3, 2003 due to the need for prolonged ventilation.  A PEG tube was also placed at that time due to persistent feeding difficulties.  Catherine was totally dependent upon others for her care.  She received physical, occupational and speech therapies.  She was discharged to Voorhees Pediatric Center on March 1, 2004, where she remains a resident at this time.

On July 8, 2004, Catherine was evaluated by Stephen Falchek, MD, pediatric neurology, at AI duPont Hospital for seizures.  It was decided to continue with her Tegretol, repeat the level in six months time and follow up with neurology in six months.

## THERAPIES

According to the most recent IEP available, April 2004, Catherine's level of performance indicated the need for a hospital setting program because she demonstrated severe cognition. Communication, and daily living skills deficits.  She also warranted placement so that her health issues could be addressed.  She was placed at VPC and receives tutorial services through Bancroft, two hours per day, Monday through Friday.

According to clinical impressions found in the school records (March 2004), Catherine presented with severe/profound deficits across all domains per occupational therapy (OT).  She was dependent for all ADLs, positioning, transfers and mobility.  She had low basal tone throughout with overlying tightness in all four extremities.  Hand splints were indicated.  No direct OT services were recommended at that time.

PT also documented profound deficits across all domains.  Her strength was judged grossly to be poor.  She demonstrated no purposeful AROM except cervical rotation bilaterally to locate voices and visual stimuli and inconsistent hand movements to indicate choice or to give yes/no answers.  She was dependent for all mobility, transfers and transitions between positions. Direct (1:1) PT services were not indicated at that time.

Catherine also presented with severe oral dysphagia characterized by extremely limited oral movement and increased displeasure.  No services were indicated.  She also presented with profound speech, language and communication deficits.  Generalized responses were noted to be multisensory stimulation, facial grimace, and quiet vocal observed for displeasure and smile for pleasure.  Direct speech services were not indicated.

Visually she was found to have no response to visual threat or flashlight to the eyes.  She had minimal inconsistent eye movements to sound or speech.

3

## CURRENT MEDICAL TREATMENT

Catherine is treated by the following practitioners:
Peter Turner, MD – Primary Care Physician
Caitlyn Papastamelos, MD – Pulmonology
Stephen Falchek, MD – Neurology
GI Clinic at AI duPont Hospital for Children
Orthopedic Clinic at Voorhees Pediatric Center
Dentistry at Voorhees Pediatric Center

Catherine is prescribed the following routine medications:
Prevacid, 30 mg, daily, via J tube
Maalox, 5 cc, daily, via J tube
Baclofen, 10 mg, three times per day, via J tube
Tegretol, 150 mg, every 8 hours, via J tube
Valium, 1 mg, every 8 hour, via J tube
Colace, 200 mg daily, via J tube
Glycolax powder, 1 capsule in water, every other day, via J tube
Robinul, 1 mg, every 4 hours, via J tube
Sodium fluoride, 2 ml, daily
Albuterol solution, 3 cc, via nebulizer, 4 times per day
Pulmocort, 0.5 mg, via nebulizer, twice a day
Glycerine suppository, as needed

Catherine attends physical therapy weekly in a group session and speech therapy twice a week for individual sessions.

## FUNCTIONAL NURSING ASSESSMENT

### Nutrition

Catherine is 90.5 pounds (her most recent weight as of 4/9/05) and is 51" tall. She is fed via a gastrostomy (feeding) tube. She does not take any foods by mouth. Her formula is Promote, 153 cc + 153 cc water, every four hours, via a feeding pump at 77 cc/hr. The feeding tube is changed as needed. She also has a jejunostomy tube for medication administration. There were no reported problems with Catherine's dentition. She is seen routinely by a dentist at VPC.

### Impaired Verbal Communication

Catherine is non verbal. She cries if she is uncomfortable, and inconsistently shows some signs of pleasure. Catherine is totally dependent upon others to anticipate her needs and thereby prevent, identify and seek treatment of any medical problem.

### Sensory/Perceptual

According to her father, Catherine is sensitive to loud noises. For example, she startles when the guard rail of her bed is put up and down. According to Terri Wagi, RN, Catherine is due to be seen in the vision clinic at Voorhees Pediatric Clinic. Mr. Laag reported that Catherine tracks visually, but it is not known what she sees. He further stated that she turns her head towards voices and blinks at visual threats.

Catherine is prescribed Tegretol for seizure activity. Mr. Laag stated that he has never observed Catherine having a seizure.

### Sleep Pattern

Mr. Laag reported that Catherine has started to develop a somewhat normal sleep-awake pattern. Once she is up in the morning, she does not nap again until approximately noon. She sleeps until later afternoon and then she is awake until 10 pm. Once she falls asleep, she sleeps through the night.

### Skin Integrity

Occasionally Catherine has redness in the diaper area which is treated successfully with Bactroban. There is also occasional redness at the trach tie site which is monitored for signs of excoriation or infection.

Catherine's decreased physical mobility can lead to skin breakdown as she grows and gains weight. Proper positioning, as well as frequent position changes, will help blood flow from becoming compromised from sustained pressure on the surface of the skin. Catherine needs to be frequently re-evaluated to assure proper seating and positioning, as well as evaluated for splinting needs to help prevent skin breakdown.

### Respiratory Status

Catherine has a tracheostomy. Her trach is a 6.5 Shiley. The trach is changed every 2 weeks by the respiratory therapist. The amount of oxygen in her blood is continuously monitored via pulse oximetry. Her oxygen saturations average above 95 %. Catherine receives coughalator treatment three times per day and as needed. She is suctioned as needed. A sterile technique is used for suctioning.

### Cardiac Status

There were no reported problems. Her blood pressure is stable.

### Bowel and Bladder Impairment

Catherine is bowel and bladder incontinent. She wears diapers. She is prescribed

Colace and Glycolax powder as part of her bowel program. If she does not have a bowel movement every two days, she is given a Dulcolax suppository. If this is ineffective, she is given a fleets enema. According to the medication records, she is issued a suppository approximately once a week.

## Alteration in Comfort/Pain

Catherine occasionally cries with positioning, when she is sick or with increased secretions. She is prescribed Tylenol and ibuprofen as needed for pain and fever.

## Self Care Deficit

Catherine is totally dependent for all of her care and it is expected that she will remain dependent for the remainder of her life.

## Impaired Physical Mobility

Catherine is totally dependent for all positioning and handling. She cannot sit independently or walk. She requires positioning every two hours. Passive range of motion exercises are performed prevent muscle contractures. She has a MAFO (molded ankle foot orthosis) for the left foot and bilateral hand splints. She has no purposeful movements of her arms or legs.

Catherine is carried and transferred by her caregivers. This will become increasingly difficult as she grows and gains weight. She will require medical equipment for mobility and positioning such as customized wheelchairs, seating and bathing equipment. With continued growth and limited mobility, she will require a portable lift for safe transfers in and out of bed, bath and chair.

## Actual/Potential for Injury

Safety issues related to Catherine's disabilities are of paramount importance. Because of her physical and cognitive deficits, she is at a greater risk for injury. She is completely dependent upon others for protection from harm and to perform her daily care. Catherine is also at risk for skin breakdown and sensory related injuries. The use of appropriate equipment, as well as adhering to safety precautions, will help to reduce the chances of injury.

## Home Management

Catherine's family lives in a two story home. The home was built in the 1800's and has historical significance. Mr. Laag plans to have a wheelchair accessible entrance, bedroom and bathroom built added to meet Catherine's needs. Catherine should also have a living area and storage space, and a charting area and powder room for the nursing staff. Hallways and doorways will need to be wide enough for wheelchair access. At least two entrances/exits should be ramped for access and safety purposes. A home monitoring/intercom system should also be considered.

6

## *PSYCHOSOCIAL NURSING ASSESSMENT*

### **Cognitive Impairment**

Catherine is globally, neurologically devastated. Her interaction with the environment and others is very limited. Her room at VPC is full of visual and auditory stimulation.

Because of Catherine's multiple disabilities, social/emotional issues will not be concern for her, but will impact her family. Issues such as her physical limitations and discrimination from society will affect them. Counseling would be beneficial for the family to address changes in lifestyle as well as the demands of raising a child with disabilities.

Catherine's father has custody of her care. She has two older sisters -- Jessica, age 16 and Dana, age 13. Catherine attends the Bancroft School at Voorhees.

## *RECOMMENDATIONS*

Regular follow up with medical professionals will be needed to maintain and prevent complications. Medical equipment and supplies will also be required to maintain Catherine's quality of life. Catherine is a child with multiple medical issues. It is imperative to provide her with competent caregivers to assure prompt and appropriate treatment.

I.      Medical care to include examination by a pulmonologist, orthopedist, neurologist, gastroenterologist, and primary care physician (when placed in facility). Intermittent diagnostic testing should also be considered as medical needs throughout Catherine's life.

II.     Catherine will always require 24 hour skilled nursing care due to her totally dependent status. As an option, skilled nursing care provided at home is presented. A RN or LPN must be used to monitor Catherine's respiratory status, administer the feeding and medications. It is recommended that Mr. Laag choose a licensed and bonded nursing agency to provide Catherine's care. Facility placement, as an option for Catherine, is also presented.

III.    Case management to coordinate all services and assist in the management of medical, physical and psychosocial components of Catherine's care; to develop an ongoing plan of care with appropriate goals, monitor for problems, detect them early and offer available alternatives; provide education and support for the family.

IV.     Therapies to include physical and speech therapy services:

Provide physical therapy to assess physical functioning (primarily range of motion of the lower extremities) to assure that Catherine is progressing in these areas; to also

address splinting and weight bearing issues; and to inform the family of any new technologies or equipment that may become available.

Provide speech-language therapy to monitor expressive and receptive communication and cognitive development.

V.    Provide for durable medical equipment needs. Catherine will require specific, customized pieces of equipment to maintain and facilitate her care. Equipment needs and requirements will change in relation to her growth, as well as advances in technology. Additionally, some pieces of equipment will require routine maintenance and replacements will be necessary.

VI.   Provide for medical supplies.

VII.  Provide for medication needs.

VIII. Provide for transportation costs, including a wheelchair accessible van with hydraulic life and tie downs for safety.

IX.   Provide for accessible housing to allow for safe, barrier free living.

X.    Psychological counseling is recommended for Catherine's family on a limited basis to address adjustment and coping issues as they relate to having a daughter with multiple special needs.

## COST PROJECTIONS

Costs are presented on an initial or one time basis followed by annual projections. Costs begin at age 11. Inflationary factors are not included in the totals of this report. This report may be supplemented or amended if additional information regarding Catherine's care becomes available.

8

### HOMECARE with 24 HOUR SKILLED NURSING SERVICES

**I.**    <u>**Medical Care**</u>

| | Initial | Annual | Annual (age 22+) |
|---|---|---|---|
| Pulmonology @ $ 180.00/visit<br>2 visits per year | $ 360.00 | $ 360.00 | $ 360.00 |
| Orthopedics @ $ 180.00/visit<br>Annual visit | $ 180.00 | $ 180.00 | $ 180.00 |
| Neurology @ $ 180.00/visit<br>2 visits per year | $ 360.00 | $ 360.00 | $ 360.00 |
| GI Specialist @ $ 180.00<br>2 visits per year | $ 360.00 | $ 360.00 | $ 360.00 |
| Intermittent diagnostic testing and labs<br>(ie, CT Scans, x rays, labwork,<br>pulmonary testing, etc.)<br>@ $ 2,000.00/year | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| **Medical Care Total** | **$ 3,260.00** | **$ 3,260.00** | **$ 3,260.00** |

It is difficult to predict the exact amount of medical care that Catherine will require in the future. The above-mentioned needs are intended to be an outline of the examinations and evaluations that she will most likely require throughout her life. Undoubtedly, medical needs change through the years and should be adjusted accordingly. It excludes inpatient hospital stays and ER visits which may be expected for conditions such as pneumonia or seizures. Costs per day could range from $ 3,700.00 to $ 5,000.00 per billing records.

**II.**    <u>**Skilled Nursing Care**</u>

I recommend that Catherine be cared for by a nursing agency that screens, insures, bonds and supervises their staff. If Mr. Laag chose to hire independent of an agency, he would be responsible for taxes, workers' compensation, social security and unemployment insurance, and would not have the security of using a licensed agency. Catherine should be cared for by nurses who work in shifts versus one full time

caregiver. Because of her totally dependent status, this will help to prevent caregiver "burn-out".

Due to Catherine's totally dependent status, she requires constant supervision to assure safety and to provide for all of her daily needs. She needs the assistance of a high tech, highly trained LPN or RN to provide her tube feedings, monitor the ventilator, administer her medications, etc., for 24 hours per day.

Costs for skilled nurses ranges from $ 45.00 to $ 56.00/hr (average $ 50.00)

| Nursing Care Total | Initial | Annual | Annual (age 22+) |
|---|---|---|---|
| | $ 438,000.00 | $ 438,000.00 | $438,000.00 |

## III.    Case Management

Case management services by a RN with rehabilitation nursing experience should be made twice a year. During school age years, visits should be made at the beginning and end of the school year to assist with therapy planning.
Average 5 hours per visit @ $ 80.00 to $ 100.00 per hour (includes travel time, assessment of present situation, telephone consultation, etc.).

| | Initial | Annual | Annual (age 22+) |
|---|---|---|---|
| | $ 900.00 | $ 900.00 | $ 900.00 |

## IV.    Therapies

Catherine should receive an additional two therapy sessions per week for the next 2 years, for continuity and follow through at home. Home therapy rates average $ 130.00/visit

| | Initial (age 11) | Annual (age 12) | Annual (age 13-21) | Annual (age 22+) |
|---|---|---|---|---|
| | $ 13,520.00 | $ 13,520.00 | $ ------ | $ ------ |

From ages 13 – 21, each of Catherine's PT and speech should be monitored by a professional on a quarterly basis. A home program should continue on a daily basis. Using the rate of $ 200.00 per evaluation

| | Initial (age 11) | Annual (age 12) | Annual (age 13-21) | Annual (age 22+) |
|---|---|---|---|---|
| | $ ------ | $ ------- | $ 1,600.00 | $ ----- |

10

At age 22, Catherine will no longer be eligible for therapy services through the school district.  At that time, it is advised that she receive quarterly evaluations for each physical and speech therapy services at $ 200.00 per evaluation.

|  | Initial (age 11) | Annual (age 12) | Annual (age 13-21) | Annual (age 22+) |
|---|---|---|---|---|
|  | $ ------ | $ ----- | $ ----- | $ 1,600.00 |
| **Therapy Total** | **Initial (age 11)** | **Annual (age 12)** | **Annual (age 13-21)** | **Annual (age 22+)** |
|  | **$ 13,520.00** | **$ 13,520.00** | **$ 1,600.00** | **$ 1,600.00** |

It will be the family and nurse's responsibility to carry out the program recommended by the therapists.  Also, the therapists should work together so there will be continuity of care with appropriate goals set.

## V.    **Durable Medical Equipment**

Positioning equipment @ $1,565.00
(ie, pediatric – barrel roll, grasshopper;
adult – positioning wedges)
Replace every 5 years
Annual<br>$ 313.00

Stand Aid frame @ $1,960.00
Adult frame @ $ 3,250.00
Estimate 1 purchase of each
1 x purchase<br>$ 5,210.00

Wall mounted exercise mat table
@ $ 1,150.00
Replace every 10 years
Replace cushion every other year @ $ 300.00
Annual<br>$ 265.00

Custom wheelchair and lap tray @ $ 7,700.00
Replace every 5 years
Annual maintenance @ $ 200.00
Annual<br>$ 1,740.00

Activity Chair with headrest and tray
@ $1,500.00
Estimate 1 purchase
1 x purchase<br>$ 1,500.00

Wheelchair cushion @ $ 400.00
Replace every other year
Annual<br>$ 200.00

Wheelchair cushion cover @ $ 42.00 each
Estimate 2 per year
Annual<br>$ 84.00

Portable wheelchair ramps
@ $ 400.00
Replace every 20 years
Annual<br>$ 20.00

11

| | |
|---|---|
| Hand held shower @ $ 48.00<br>Replace every 5 years | <u>Annual</u><br>$ 9.00 |
| Shower/Commode Chair @ $1,200.00<br>Replace every 5 years | <u>Annual</u><br>$ 240.00 |
| Upper and lower extremity splints<br>@ $ 1,500.00 per year | <u>Annual</u><br>$ 1,500.00 |
| Fully electric hospital bed<br>@ $ 2,200.00<br>Replace every 10 years<br>Annual maintenance @ $150.00 | <u>Annual</u><br>$ 370.00 |
| Pressure relieving mattress<br>@ $ 30.00 each<br>4 purchases per year | <u>Annual</u><br>$ 120.00 |
| Portable lift @ $1,350.00<br>Replace every 20 years<br>Sling replacement @ $ 360.00/yr | <u>Annual</u><br>$ 427.00 |
| Suction and nebulizer equipment<br>@ $ 300.00<br>Replace every other year | <u>Annual</u><br>$ 150.00 |
| Enteral feeding pump and pole<br>@ $ 950.00<br>Replace every 5 years | <u>Annual</u><br>$ 190.00 |

| **Medical Equipment Total**<br>**(purchased)** | **1 x purchase**<br>**$ 6,710.00** | **Initial**<br>**$ 12,338.00** | **Annual**<br>**$ 5,628.00** |
|---|---|---|---|

*Initial purchase equals the 1x Purchase plus the annual costs

### Equipment that must be rented <u>per month</u>:

| | |
|---|---|
| 2 LTV 950 pressure support ventilators @ $ 1,600.00 each | $ 3,200.00 |
| Entidal $CO_2$ monitor | $ 450.00 |
| Apnea monitor | $ 450.00 |
| Oxygen, stationary | $ 280.00 |
| Oxygen, portable | $ 65.00 |
| Suction, stationary | $ 75.00 |
| Suction, portable | $ 75.00 |
| Coughalator | $ 550.00 |
| Vent battery charger | $ 45.00 |
| Vent battery with box | $ 55.00 |
| Vent battery cable | $ 45.00 |

| | |
|---|---|
| 2 heater for ventilator @ $ 150.00 each | $ 300.00 |
| Heater wire pigtail x 2 | $ 37.50 |
| Heater temp probe x 2 | $ 32.50 |
| Pulse oximeter, stationary | $ 450.00 |
| Pulse oximeter, portable | $ 450.00 |
| Ambu bag x 2 | $ 41.70 |
| | $ 6,600.00/month (approx.) |

| **Rented respiratory equipment** | **Initial** | **Annual** | **Annual (age 22+)** |
|---|---|---|---|
| | $ 79,200.00 | $ 79,200.00 | $ 79,200.00 |

## VI.    Medical Supplies

Respiratory supplies approx. $ 3,016.00 per month:

| Custom trach | suction catheters | trach tube holders | vent circuits |
|---|---|---|---|
| Gloves | drain sponges | gauze pads | vent tubing |
| Bubble tubing | heater chambers | bacterial filters | saline vials |
| Water bags | water bottles | cotton tip applicators | trach adaptors |
| Trach care kits | suction jars/lids | suction tubing | thermovents |
| pulse oximeter probes | | control solution | alcohol pads |
| surgilube packets | | | |
| stethoscope | | | |

| | **Initial** | **Annual** | **Annual (age 22+)** |
|---|---|---|---|
| | $ 36,192.00 | $ 36,192.00 | $ 36,192.00 |

| | **Initial** | **Annual** | **Annual (age 22+)** |
|---|---|---|---|
| Incontinence supplies: diapers, underpads, towelettes, etc. @ $ 2,500.00 per year | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 |

| | **Initial** | **Annual** | **Annual (age 22+)** |
|---|---|---|---|
| Enteral supplies – Promote, syringes, feeding bags @ $ 8,600.00 $ 11,145.00 | $ 8,600.00 | $ 8,600.00 | $ 8,600.00 |

| **Medical Supplies Total** | **Initial** | **Annual** | **Annual (age 22+)** |
|---|---|---|---|
| | $ 47,292.00 | $ 47,292.00 | $ 47,292.00 |

As Catherine gets older she may require urinary drainage bags and indwelling catheters for bladder management.

## VII.   Medications

Catherine's current medications were listed previously in this report. The types and dosages of routine and PRN medications will undoubtedly vary over the years, but using the current medical regime, the costs total approximately $ 1,375.00 per month. High end medications and antibiotics to treat acute infections would be an additional cost.

|  | Initial | Annual | Annual (age 22+) |
|---|---|---|---|
|  | $ 16,500.00 | $ 16,500.00 | $ 16,500.00 |

## VIII.   Transportation

A wheelchair accessible van with hydraulic lift and tie downs is necessary for transportation.
An average cost for this type of van is approx. $ 45,000.00
Replace every 6 years
Annual servicing, maintenance and increased insurance costs @ $1,500.00 per year.

|  | Initial | Annual | Annual (age 22+) |
|---|---|---|---|
|  | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 |

## IX.   Accessible Housing

Catherine lives in a two story home that is not wheelchair accessible at this time. Because of the old and historic nature of the home, I recommend that a professional bid be obtained.

| Accessible Housing Total | Initial | Annual | Annual (age 22+) |
|---|---|---|---|
|  |  | To be determined |  |

## X.   Psychological Care

Family counseling sessions average $ 140.00 per session
12 sessions per year for 4 episodes = $ 6,720.00

| Through age 21 (x 11 yrs.) | Initial | Annual | Annual (age 22+) |
|---|---|---|---|
|  | $ 611.00 | $ 611.00 | $  ----- |

*SCENARIO # 1*
*SUMMARY OF COSTS*
*HOMECARE with NURSING SERVICES*

| | | Initial (age 11) | Annual (12-21 yrs.) | Annual (age 22+) |
|---|---|---|---|---|
| I. | Medical Care | $ 3,260.00 | $ 3,260.00 | $ 3,260.00 |
| II. | Nursing Care | $ 438,000.00 | $ 438,000.00 | $ 438,000.00 |
| III. | Case Management | $ 900.00 | $ 900.00 | $ 900.00 |
| IV. | Therapies | $ 13,520.00 | $ 13,520.00 (age 12) 1,600.00 (age 13-21) | $ 1,600.00 |
| V. | Durable Medical Equipment | | | |
| | (purchased) | $ 12,338.00 | $ 5,628.00 | $ 5,628.00 |
| | (rented) | $ 79,200.00 | $ 79,200.00 | $ 79,200.00 |
| VI. | Medical Supplies | $ 47,292.00 | $ 47,292.00 | $ 47,292.00 |
| VII. | Medications | $ 16,500.00 | $ 16,500.00 | $ 16,500.00 |
| VIII. | Transportation | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 |
| IX. | Accessible Housing | $ | To be determined | |
| X. | Psychological Care | $ 611.00 | $ 611.00 | $ --------- |
| | | $ 620,621.00 | $ 613,911.00 (age 12) $ 601,991.00 (age 13-21) | $601,380.00 |

15

*SCENARIO #2*
*FACILITY PLACEMENT – Actual Charges*

I.    **Medical Care**

      **Included in per diem rate, but should also include:**

| | Initial | Annual | Annual (age 22+) |
|---|---|---|---|
| Neurology visits @ $ 180.00/visit 2 visits per year | $ 360.00 | $ 360.00 | $ 360.00 |
| GI Specialist @ $ 180.00 2 visits per year evaluations | $ 360.00 | $ 360.00 | $ 360.00 |
| **Medical Care Total** | **$ 720.00** | **$ 720.00** | **$ 720.00** |

II.    **Nursing Care**
      N/A

III.    **Facility Placement**

      For Catherine to remain at Voorhees Pediatric Center, the per diem rate is $ 1,663.00

| Initial | Annual | Annual (age 22+) |
|---|---|---|
| $ 606,995.00 | $ 606,995.00 | $ ------- |

      Placement as an adult in a vent dependent facility such as Linwood Convalescent Center or Meadowview, the cost per day ranges from $ 795.00 to $ 840.00.  For the purposes of this report, an average of $ 817.50 per day will be used.

| Initial | Annual | Annual (age 22+) |
|---|---|---|
| $ ----- | $ ------ | $ 298,387.50 |

IV.    **Case Management**
      Same as Alternative 1

V.    **Therapies**
      Included in per diem rate through age 21

16

**VI.    Durable Medical Equipment**

Items not included in the per diem rate:

| | |
|---|---|
| Stand Aid frame @ $1,960.00<br>Adult frame @ $ 3,250.00<br>Estimate 1 purchase of each | <u>1 x purchase</u><br>$ 5,210.00 |
| Custom wheelchair and lap tray @ $ 7,700.00<br>Replace every 5 years<br>Annual maintenance @ $ 200.00 | <u>Annual</u><br>$ 1,740.00 |
| Activity Chair with headrest and tray<br>@ $1,500.00<br>Estimate 1 purchase | <u>1 x purchase</u><br>$ 1,500.00 |
| Wheelchair cushion @ $ 400.00<br>Replace every other year | <u>Annual</u><br>$ 200.00 |
| Wheelchair cushion cover @ $ 42.00 each<br>Estimate 2 per year | <u>Annual</u><br>$ 84.00 |
| Upper and lower extremity splints<br>@ $ 1,500.00 per year | <u>Annual</u><br>$ 1,500.00 |

| Medical Equipment Total | <u>Initial</u> | <u>Annual</u> |
|---|---|---|
| **(purchased)** | **$ 10,234.00** | **$ 3,524.00** |
| **(rented)** | **$ In per diem rate** | **$ 79,200.00** |

**VII.    Medical Supplies**
Included in per diem rate through age 21

**VIII.    Medications**
Included in per diem rate through age 21

**IX.    Transportation**
Same as Alternative 1

**X.    Accessible Housing**
N/A

**XI.    Psychological Care**
Same as Alternative 1

### SCENARIO # 2
### SUMMARY OF COSTS – Actual Charges
### FACILITY PLACEMENT

|       |                                                     | Initial (age 11) | Annual (12-21 yrs.) | Annual (age 22+) |
|-------|-----------------------------------------------------|------------------|---------------------|------------------|
| I.    | Medical Care                                        | $ 720.00         | $ 720.00            | $ 3,980.00       |
| II.   | Nursing Care                                        | $ N/A            | N/A                 | N/A              |
| III.  | Facility Placement                                  | $ 606,995.00     | $606,995.00         | $298,387.50      |
| IV.   | Case Management                                     | $ 900.00         | $ 900.00            | $ 900.00         |
| V.    | Therapies                                           | $ Included in per diem rate |          | $ 1,600.00       |
| VI.   | Durable Medical Equipment (purchased) (rented)      | $ 10,234.00  $ Included in per diem rate | $ 3,524.00 | $ 3,524.00  $ 79,200.00 |
| VII.  | Medical Supplies                                    | $ Included in per diem rate |          | $ 47,292.00      |
| VIII. | Medications                                         | $ Included in per diem rate |          | $ 16,500.00      |
| IX.   | Transportation                                      | $ 9,000.00       | $ 9,000.00          | $ 9,000.00       |
| X.    | Accessible Housing                                  | $ N/A            | N/A                 | N/A              |
| XI.   | Psychological Care                                  | $ 611.00         | $ 611.00            | $ 611.00         |
|       |                                                     | $ 628,460.00     | $ 621,750.00        | $460,994.50      |

**SCENARIO # 3**
**SUMMARY OF COSTS – Contracted Rate**
**FACILITY PLACEMENT**

|  |  | Initial (age 11) | Annual (12-21 yrs.) | Annual (age 22+) |
|---|---|---|---|---|
| I. | Medical Care | $ 720.00 | $ 720.00 | $ 3,980.00 |
| II. | Nursing Care | $ N/A | N/A | N/A |
| III. | Facility Placement | $ 451,140.00* | $ 451,140.00* | $298,387.50 |
| IV. | Case Management | $ 900.00 | $ 900.00 | $ 900.00 |
| V. | Therapies | $ Included in per diem rate | | $ 1,600.00 |
| VI. | Durable Medical Equipment (purchased) (rented) | $ 10,234.00 $ Included in per diem rate | $ 3,524.00 | $ 3,524.00 $ 79,200.00 |
| VII. | Medical Supplies | $ Included in per diem rate | | $ 47,292.00 |
| VIII. | Medications | $ Included in per diem rate | | $ 16,500.00 |
| IX. | Transportation | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 |
| X. | Accessible Housing | $ N/A | N/A | N/A |
| XI. | Psychological Care | $ 611.00 | $ 611.00 | $ 611.00 |
|  |  | $ 472,605.00 | $ 465,895.00 | $460,994.50 |

\* Current insurance contracted rate of $ 1,236.00/day at Voorhees Pediatric Center

19

This concludes the report.  Do not hesitate to contact me if you have any questions. Thank you for the opportunity to work with you on this interesting case.

Very truly yours,

Betsy Bates, BSN, CRRN, CCM

# EXHIBIT

# C

# Michael D. Katz, M.D.
## Pediatric Neurology

July 1, 2005

Mr. Robert Hunn
Law Offices of
Kolsdy, Gordon, Robin, Shore, & Bezar
1 Liberty Place, 22nd Floor
1650 Market Street
Philadelphia, PA 19103

RE:    Laag, Catherine
DATE OF BIRTH:    08/22/1993

Dear Mr. Hunn:

I have reviewed the following medical records of Catherine Laag. The Medford Pediatrics and Adolescent medicine records; the Virtua West Jersey Hospital records; the A.I. Dupont Hospital for Children records; the Voorhees Pediatric Center records; and the Shamong Township School District records..

On August 25, 2003, Catherine Laag presented to her pediatrician Medford Pediatric and Adolescent Medicine with a several day history of fever, coughing, and congestion. She was diagnosed with a virus and sent home. Roughly two days later Catherine presented to Virtua West Jersey Hospital in respiratory distress. She had many of the symptoms of mycoplasma pneumonia and was transferred to A.I. Dupont Hospital for Children in Wilmington, DE for further care. She was admitted there on the same day, August 27, 2003. Initially Catherine was placed on nasal BiPAP 10 to 15 liters per minute. A chest x-ray showed a small pleural effusion. On August 29, 2003, because of decreasing oxygen saturation and increase work of breathing, Catherine was intubated. Catherine was fairly stable on a ventilator as well as on IV antibiotics. Her respiratory status was noted to be critical and her respiratory problem were probably that much more fragile because of her diagnosis of Down syndrome. It was decided that Catherine would be extubated. Her sedation was decreased, Catherine awoke, and on September 9 at approximately 11:35 Catherine was extubated. She was noted to be quite agitated most likely secondary to hypoxia and several attempts were made to re-intubate her. These attempts were unsuccessful and Catherine had a full cardiac and respiratory arrest at 12:05. Eventually Catherine was re-intubated after multiple attempts, and the notation in her chart was that Catherine was re-intubated

77 Prospect Avenue* Hackensack, NJ 07601* Phone: 201-525-4777* Fax: 201-525-4770
333 Westchester Avenue Suite :E104* White Plains, NY 10605*Phone: 914-428-6777
Email: MKATZNEURO@Hotmail.com

approximately 20 minutes after beginning a full code. Catherine was seen by the pediatric neurologist at A.I. Dupont who described clearly a hypoxic event. On October 3, 2003, Catherine underwent a tracheostomy, and on October 10, 2003, a gastrostomy tube was placed.

On April 18, 2005, at approximately 11:20 a.m., I visited Catherine and formally examined her at her residential facility in Voorhees, NJ. Her medication at that time included Robinul 1 mg every 4 hours, fluoride, Maalox with Prevacid, baclofen 10 mg 3 times a day, Tegretol 150 mg 3 times a day, Valium 1 mg every 8 hours, Colace 200 mg a day, GlycoLax 225 grams, Prevacid 30 mg 1 q. day. Her p.r.n. medications include Tylenol, Motrin, bisacodyl, Fleet's enemas, and Viokase to unclog the tube as necessary.

PHYSICAL EXAMINATION: Her vital signs the day I saw her were a temperature of 99.6. Her weight was approximately 90.5 pounds. Her blood pressure was 104/67. She was on room air with mist. Her heart rate was 114. Her respiratory rate was 23 breaths per minute. Pulse oximeter read 92 to 93. Her physical exam showed discs to be flat. She was unable to visually track. Pupils are briskly reactive. She had a protuberant tongue with quite classic Down facies. She blinked to threat in both left and right eye. She had fisting bilaterally with cortical thumbs. She has extensive posturing. She had no spontaneous vocalization. She had increased tone in both upper and lower extremities. She had no voluntary movements noted. She had an abnormal spread of reflexes in the upper and lower extremities with 2+ reflexes at the biceps, triceps, and wrists, 2+ at the patellar reflex, 3+ at the ankles. Both her ankles were everted, and she wore splints to try to reduce them to 90 degrees, although that was almost impossible. She had 2-3 beats of clonus. She had extensive spasm. She had her gastrostomy tube replaced. She did respond to touch in an involuntary manner. She had an obvious palmar crease. She had no skin breakdown. Abdomen was flat. She had a scar from previous surgery. She had a GJ button and was receiving continuous feeds of Promote at 77 mL an hour. She was also receiving chest PT 3 times a day. She had a trach collar in place approximately 12 hours, receiving Pulmicort as well as albuterol, and was receiving albuterol treatments 4 times a day.

It is my opinion to a reasonable degree of medical certainty that there was a direct correlation between the failed extubation and Catherine's hypoxic ischemic encephalopathy. Catherine is currently in a persistent vegetative state and requires a high level of care. Prior to Catherine's injury, Catherine was a functioning young lady with a diagnosis of Down syndrome. MRI of the brain on September 18, 2003 shows a cortical basal ganglia edema consistent with global ischemia, and an EEG performed on September 15, 2003 revealed a severely abnormal EEG once again consistent with a diagnosis of hypoxic ischemic encephalopathy.

Catherine, with the high level of care she is currently receiving, is very stable medically. She has no skin breakdown. She is receiving nutrition. Her skin is in good condition. She is gaining weight nicely and is continuing to grow and thrive.

Catherine's life expectancy and median survival rate is clearly reduced in comparison to another individual who is not in a persistent vegetative state.   Life expectancy for a person with Down syndrome has been reported to be 58.6 years.

Life expectancy is simply an average number of years lived by a large group of similar persons. Life expectancy figures are an ever changing profile with life expectancies increasing for those born more recently.   In evaluating Catherine's circumstances, i.e. the level of care she is receiving, her age at the time of the insult, her overall health including her health prior to the insult, and that she has lived a year and a half since the severe anoxia occurred, it is my opinion that Catherine can be expected to live into her late twenties or early to mid thirties and assuming she stays healthy, I believe it is reasonable to expect her live even longer.

Sincerely,

Michael Katz, MD

MK/cps