# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, And JOHN LAAG Individually and in his Own right, plaintiffs | : : : : : | CASE NO.<br><br>**CA 04-1306-GMS** |
| vs. | : : | |
| EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D. and NEMOURS FOUNDATION d/b/a A. I. DuPONT HOSPITAL FOR CHILDREN, A Delaware Corporation | : : : : | |

## ORDER

Having considered Defendants' Motion In Limine To Exclude Plaintiff's Economic Expert Report, and plaintiff's response thereto:

**IT IS HEREBY ORDERED AND DECREED THAT:**

Defendants' Motion is **DENIED.**

**SO ORDERED** this___ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE