# EXHIBIT

# A



ELSEVIER

# Life Expectancy and Median Survival Time in the Permanent Vegetative State

David J. Strauss, PhD\*, Robert M. Shavelle, PhD\*†, and Stephen Ashwal, MD‡

The authors studied life expectancy and risk factors for mortality of persons in the vegetative state (VS). The study participants were 1,021 California patients in the VS during 1981-1996. Because of the large sample size, the authors were able to use multivariate methods to assess the effect of several risk factors on mortality. The authors found a strong secular trend in infant mortality, with rates in the mid-1990s being only one third of those in the early 1980s ($P < 0.01$). A smaller secular trend was observed for children aged 2-10 years and none for older patients. The mortality risk for older patients fell by approximately 8% for each year since the onset of the VS. The need for gastrostomy feeding was associated with a substantially higher risk, especially for infants and older patients ($P < 0.01$). Ventilator dependence also appeared to be a risk factor. On the basis of recent mortality rates, life expectancy in the VS is frequently higher than has generally been thought. For example, it is 10.5 additional years (± 2 years) for a 15-year-old patient who has been in the VS for 1 year, and 12.2 years for a 15-year-old patient who has been in the VS for 4 years. © 1999 by Elsevier Science Inc. All rights reserved.

Strauss DJ, Shavelle RM, Ashwal S. Life expectancy and median survival time in the permanent vegetative state. Pediatr Neurol 1999;21:626-631.

## Introduction

The vegetative state (VS) has been described as a condition of complete unawareness accompanied by sleep-wake cycles and at least partial preservation of hypothalamic and brainstem functions [1]. If present for 1 month or more, the condition has been described as a persistent VS. Recovery of consciousness from a post-traumatic VS is rare after 12 months and is rare after 3 months in the case of a nontraumatic VS [1]. Such persons are consid-

ered to be in a permanent VS. The prevalence of persons in the VS in the United States has been estimated at 4,000-10,000 children and 20,000-35,000 adults [1].

The duration of survival in the VS has been extensively studied [1-15]. The issue is important for planning the resources needed to care for a given individual and is a factor in assessing the national overall cost of care of persons in the VS. It is well known that life expectancy in the VS is substantially reduced; what is much less clear is by how much and how the result is affected by factors such as the patient's age and need for special assistance or care.

The Multi-Society Task Force on the Persistent Vegetative State [1] summarized the duration of survival time thus: "... life expectancy ranges from 2 to 5 years; survival beyond 10 years is unusual." However, this statement needs considerable qualification and is overly pessimistic in many cases:

1. The statement reflects a widespread confusion over the terms *median survival time* and *life expectancy*. The former is the time at which half of a cohort will have died; the latter is the arithmetic mean of the survival times [16]. In high-risk groups, such as patients in the VS, the life expectancy is considerably longer than the median survival time [16]. In the great majority of studies of persons with disabilities the measure reported is actually the median survival time rather than life expectancy (the mean). The life expectancy is more difficult to compute because it is based on a life table and requires mortality rates at all ages [17]; it may also be less useful clinically, because it is sensitive to a few individuals with exceptionally long survival times.

2. Many of the commonly cited studies are 10-20 years old, and do not reflect the technologic advances that have been made in the care of the VS patient [6,7,13, 15]. The authors will return to this point.

3. Virtually all the studies demonstrate a very high mortality rate during the first year after the onset of the VS

---

From the \*Department of Statistics and †University of California Riverside Life Expectancy Project; University of California; Riverside; and ‡Department of Pediatrics; Loma Linda School of Medicine; Loma Linda, California

Communications should be addressed to:
Dr. Strauss; Department of Statistics; University of California; Riverside, CA 92521-0138.
Received March 5, 1999; accepted May 3, 1999.

© 1999 by Elsevier Science Inc. All rights reserved.
PII S0887-8994(99)00051-X • 0887-8994/99/$20.00

[1,8,9], but the mortality rate falls appreciably for patients who survive this initial period. In consequence, a patient who has been in the VS for 1 year or more has a greater median survival time than one who has just entered the VS. It is the latter that has generally been reported.

4. The populations studied in some of the reports consist of persons who are elderly or in infancy. The life expectancy of such persons cannot be assumed to apply to adolescents or young adults.

5. It is possible that life support has been withdrawn from some persons in the VS [2]. Data are difficult to obtain, but in one study of patients who had a locked-in syndrome [1] for more than 1 year, 81% survived at least 5 additional years [4,5]. This information is noteworthy because although locked-in syndrome resembles the VS in some respects, withdrawal of support would presumably never be considered.

In a study of 849 patients in the VS, Ashwal et al. [3] considered the effect of age and other factors on duration of survival. They reported median survival times of less than 5 years for infants less than 2 years of age but almost 10 years for patients older than 18 years of age. The median survival times reportedly decrease for more elderly patients with severe traumatic brain injury [14,18]. There do not appear to be other published studies of the effect of risk factors on survival in the VS, perhaps because this requires larger samples than have generally been available. As a result the wide disparities in published reports with respect to the populations studied and the survival rates reported are not well understood.

The present study is based on a large group of persons in the VS, which permitted the authors to take into account several important risk factors simultaneously. Factors considered included etiology, the need for special equipment (gastrostomy and ventilator dependence), the time since the onset of the VS, and the secular trend (systematic change with respect to year of onset). The authors focused on the period beginning 1 year after onset of the VS. By this time the condition can be considered permanent in almost all patients. The authors' purposes were to determine what effect these four risk factors, singly or in combination, have on the duration of survival in the VS and to develop a procedure for estimating the median survival time and life expectancy for a patient with a given profile of risk factors.

## Methods

*Patients and Instrument.* The authors reviewed data collected from the Client Development Evaluation report (CDER) [19] from January 1981 to December 1996. A CDER is filled out approximately annually for all 194,168 persons with neurologic deficits or other developmental disabilities who have received medical care or other assistance from the State of California. The CDER includes 261 items, including demographic information, etiology, associated medical conditions, level of motor functioning, self-care, and cognitive functioning. Because of the high

cost of care for patients in the VS, it is believed that almost all such patients receive state assistance and are therefore included in the database. In addition, the database contains some cases in which the VS is a consequence of traumatic brain injury.

*Mortality Data.* Mortality information was obtained by matching annual computer tapes issued by the California Department of Health Services to the authors' CDER database. California law requires all deaths in the state to be reported to the department.

*Vegetative State.* The operational definition of the VS was the same as that used by Ashwal et al. [3] in their earlier study of the same population, namely that the patient's functioning is at the lowest level on 15 items of the CDER. The items included mobility (patient must be unable to lift head when lying on stomach, lack hand and arm use, and be unable to crawl, creep, or scoot); self-care (no self-care skills, fed entirely by others); and cognitive skill (no receptive or expressive language or communication). The reliability of these items has been investigated elsewhere and judged to be satisfactory [20-23].

*Statistical Analysis.* The authors began by identifying the starting and ending time of each patient's period of being in the VS. The starting date was the later of the date of the first VS CDER evaluation and 1 year after the time of onset of the VS. The ending date was the earliest date of the following: (1) December 31, 1996 (the end of the study period); (2) the date of death; (3) 15 months after the date of the last of the consecutive VS CDER evaluations if not followed by a non-VS CDER evaluation; and (4) the time of the last evaluation of being in the VS if this was followed by a non-VS evaluation. The purpose was to conservatively identify a period during which each patient could be considered to be in the VS.

The authors used the Pooled Repeated Observations approach to model the mortality rates in terms of risk factors [24-26]. In this method the units of analysis are the consecutive months each patient contributes between the starting and ending dates. The choice of months as the unit is arbitrary; any short interval would yield virtually identical results [27]. There were in all 25,960.9 months drawn from 1,021 patients, of whom 394 died during their time in the study, for an overall mortality rate of 182 deaths per 1,000 person-years. With each month, the authors associated the following risk factors: (1) a binary variable indicating whether the patient died or survived that month; (2) the patient's age that month; (3) the calendar year in which the month fell; (4) the time since the onset of the VS (because the onset of VS occurred at birth for many of the young children, the time since onset was highly correlated with age in that group; and, because current age was already factored into the model, the authors chose to work with the time since onset only for patients 10 years of age or older); (5) the patient's sex; (6) a binary variable for whether the patient was fed by gastrostomy tube that month; and (7) a similar variable for use of a ventilator.

Age, calendar year, and time since onset were all modeled both with linear and higher polynomial terms and with indicator variables for various intervals. To choose the most parsimonious model the authors used Wald and deviance statistics for nested models and the Akaike information criterion otherwise [28].

The authors also worked with a grouping of the etiology of the patient's condition; the categories were congenital abnormalities, traumatic injury, near drowning, and other/unspecified. The authors were, however, unable to find meaningful differences in survival between the groups, and the variable was excluded from further analysis.

In the primary analysis the authors used logistic regression [29] to analyze the effect of the risk factors on the mortality rates. The resulting mortality estimates are thus computed under the assumption that the patient remains in the VS throughout (i.e., that the patient is in a permanent VS). This approach is preferable to the more common cohort survival analysis, which would include patients who made some recovery.

Survival curves and life expectancies were computed by using the mortality rates from the logistic analysis to construct life tables [17]. Age-specific mortality rates for the tables were obtained using the logistic regression model for the first 15 years in the study and standard models for age-specific mortality thereafter [30]. Standard methods for

**Table 1.  Risk factors by percentage and crude mortality rates***

| | Percentage | Mortality Rate per 1,000 Person-Years |
|---|---|---|
| Current age | | |
| < 24 mo | 14 | 452 |
| 2-5 yr | 22 | 202 |
| 5-10 yr | 21 | 131 |
| 10-20 yr | 19 | 126 |
| 20-30 yr | 13 | 93 |
| 30-50 yr | 10 | 55 |
| ≥ 50 yr | 2 | 277 |
| Time since injury (yr) | | |
| 1-3 | 46 | 256 |
| 3-6 | 28 | 135 |
| 6-9 | 13 | 109 |
| ≥ 9 | 12 | 66 |
| Sex | | |
| Male | 53 | 186 |
| Female | 47 | 172 |
| Special aids | | |
| Gastrostomy and ventilator | 2 | 283 |
| Gastrostomy, no ventilator | 54 | 217 |
| Neither | 44 | 128 |
| Calendar year[†] | | |
| 1981-1987 | 42 | 229 |
| 1988-1992 | 36 | 149 |
| 1993-1996 | 22 | 135 |

* Based on 25,961.9 person-months and 394 deaths.
[†] The current year, not the year of injury.

**Table 2.  Logistic regression analysis* of the effect of risk factors on mortality rates**

| Variable | Risk Ratio[†] | 95% Confidence Interval |
|---|---|---|
| Each year since onset of VS for persons ≥ 10 yr | 0.92[‡] | 0.87, 0.99 |
| Age (yr) and feeding tube status[§] | | |
| Age 0-2 | | |
| Tube fed | 3.57 | 1.64, 7.76 |
| Not tube fed | 1.46 | 0.66, 3.25 |
| Age 2-5 | | |
| Tube fed | 1.55 | 0.72, 3.05 |
| Not tube fed | 1.48 | 0.78, 3.09 |
| Age 5-10 | | |
| Tube fed | 1.17 | 0.59, 2.32 |
| Not tube fed | 0.76 | 0.34, 1.70 |
| Age 10-30 | | |
| Tube fed | 2.46 | 1.50, 4.04 |
| Not tube fed | 1 | — |
| Ventilator use | 1.66 | 0.95, 2.90 |
| Secular trend | | |
| Age < 2 yr[ǁ] | | |
| 1981-1984 | 3.04 | 1.64, 5.65 |
| 1985-1992 | 1.75 | 0.95, 3.20 |
| 1993-1996 | 1 | — |
| Age 2-10 yr[¶] | | |
| 1981-1984 | 2.21 | 1.36, 3.59 |
| 1985-1992 | 1.16 | 0.75, 1.81 |
| 1993-1996 | 1 | — |

* The "Pooled Repeated Measures" method [24]; unit of analysis is a person-month rather than a person. Thus the calendar years, ages, tube feeding status, etc. refer to the person-month in question, not to date of birth or onset.
[†] Mortality risk relative to the reference group.
[‡] Indicates an 8% (1-0.92) reduction in risk for each year between the first and tenth years after onset of the VS.
[§] Compared with the reference group, which consisted of persons 10-30 years of age who were not tube fed. The odds ratio for the latter is set at 1 by convention. The comparisons in this section of Table 2 apply to mortality in 1993-1996.
[ǁ] Comparison of mortality rates for infants < 2 years of age across the study period, using the late period (1993-1996) as reference. Mortality rates in 1981-1984 were estimated to be 3.04 times higher than in 1993-1996, other factors being equal.
[¶] Comparison of mortality rates for children 2-10 years of age across the study period.
Abbreviation:
VS = Vegetative state

computing confidence bounds on the survival functions and derived quantities are not available in this situation, but conservative confidence intervals (i.e., upper bounds for the confidence intervals) on the life expectancies were derived from the corresponding standard errors of the estimated hazard rates.

## Results

Table 1 presents the data on the 25,961 person-months (drawn from 1,021 patients in the VS) for age, calendar year, and other factors. Table 1 also provides the death rates per 1,000 person-years for each item. These mortality comparisons are crude, or univariate, in that no adjustment was made for the effect of other factors.

Table 1 reveals that 14% of the data were derived from infants younger than 2 years of age and that the mortality rate during this time was a high 452 deaths per 1,000 person-years. The bulk of the remaining data was derived from children and young adolescents, and the crude mortality rate declined steadily with age until after 50 years of age. A feeding tube was used during 56% of the study intervals, and the mortality rate for tube-fed patients was almost double that of patients who were fed orally. Ventilator dependence was uncommon (2%), but it too was associated with higher mortality.

Table 2 presents the results of the logistic regression analysis that estimated the effects of the risk factors simultaneously. The first variable was the time since the onset of the VS, beginning 1 year after onset. A simple

linear trend was the most parsimonious model. During the first 10 years after the onset of the VS, mortality declined by an estimated 8% (1-0.92) per year, other factors held constant ($P < 0.05$). Thus the chance of dying in the next year for a patient who has been in the VS for 7 years is only 60% (= $0.92^6$) of its value for a patient in the VS for 1 year. The linearly declining trend during the first 10 years was statistically significant ($P < 0.05$). There were insufficient data to permit inferences about the trend after the first 10 years.

Mortality risk depended both on age and on the need for tube feeding rather than oral feeding. The risks in Table 2 are relative to the reference group (persons 10-30 years of age who were not tube fed) for whom the relative risk was



*Figure 1. Survival curves (TSO: Time since onset). Also see Table 3 for median survival times and life expectancies.*

taken to be 1 by convention. Tube-fed infants younger than 2 years of age were subject to the highest mortality. Mortality was lower for children 2-10 years of age, and need for tube feeding made little difference in this group. The disparity was much greater for young adults, with a relative risk of 2.46 ($P < 0.05$). Results for patients older than 30 years of age are not given here because the data for that range of ages were rather sparse. Ventilator dependence also appeared to be a risk factor. Almost all ventilator-dependent patients were fed by gastrostomy tube; among such patients, ventilator dependence was associated with a 66% increase in risk ($P < 0.05$, one-tailed test).

Secular trends were related to the age of the patient. For infants younger than 2 years of age, mortality rates fell steadily throughout the study period: in the mid-1990s, rates were only one third of their values at the beginning of the study period (early 1980s). For children 2-10 years of age, a smaller decline occurred from the early 1980s, and the rates appeared to level off thereafter. There was no indication of a secular trend for patients 10 years of age or older.

The authors were unable to detect significant differences in survival associated with the following factors: sex, etiology, ethnicity (coded as white/nonwhite), type or frequency of seizures, type of residence (e.g., family home, group home, state institution), number of associated severe medical conditions (as indicated by International Classification of Diseases, 9th revision codes with "severe" impact on the CDER).

Figure 1 presents four illustrative survival curves derived from this analysis. The results have been applied to 1-year-old infants born in 1980 and in the mid-1990s and to 15-year-old patients who had been in the VS for 1 year

and for 4 years. It was not appropriate to stratify the analysis according to mode of feeding or ventilator dependence because many patients experienced a change in either or both of these factors during their time in the VS. The mortality rates were therefore derived from a reanalysis with these factors excluded. The graph illustrates the marked improvement in the survival of infants during the 1981-1996 study period.

Table 3 gives the median survival times and life expectancies for the survival curves of Figure 1. The estimated life expectancy doubled, from 3.6 to 7.2 years. Life expectancies for a 15-year-old patient were higher—10.5 years if the patient was in the VS for 1 year and 12 if for 4 years. As indicated the authors found no secular trend in survival for patients 10 years of age or older, so these results apply to both the 1980s and mid-1990s.

**Table 3.** Median survival times (years) and life expectancies (years) for data in Figure 1, with 95% confidence intervals

|  | Median Survival Time (Estimated 95% CI) | Life Expectancy (Estimated 95% CI) |
|---|---|---|
| Age 1 |  |  |
| 1980 onset | 1 (0.7, 1.6) | 3.6 (2.5, 5.4) |
| 1993-1996 mortality rates | 4.2 (2.4, 8) | 7.2 (4.7, 10.6) |
| Age 15 |  |  |
| 1 yr after onset | 5.2 (3.7, 7.3) | 10.5 (7.2, 15.1) |
| 4 yr after onset | 7 (5.1, 10.2) | 12.2 (8.6, 17.2) |

Abbreviation:
CI = Confidence interval

## Discussion

The results of the present study reveal that the life expectancy of patients who have been in the VS for 1 year or more is greater than has generally been thought. Although life expectancies in the range of 2-5 years have been previously cited [1], the authors obtained life expectancies of 10-12 years for patients 15 years of age. The life expectancy will be still higher if the patient is fed orally. There are several reasons for the common underestimation of life expectancies in children and young adults in the VS:

1. The confusion of life expectancy with median survival time, the latter being a shorter duration for persons in the VS.
2. The reliance on studies performed at a time when mortality rates in the VS were higher.
3. The choice of the onset of the VS as the starting time, rather than the first year after onset as in the present study. It has been estimated that 33-53% of adults in the VS die within the first year [2], although children in the VS may have better short-term survival prospects [31].
4. The lower mortality rates in the VS for children and young adults vs infants that had not been well documented.
5. Possible inclusion of patients whose death was the result of a decision to withdraw life support.

The mortality rates observed in the present study, although lower than those reported elsewhere, are conservative: if anything, they overestimate the true mortality rates and thus lead to underestimates of life expectancy. The reasons are as follows:

1. The authors' approach assumes that no patient will recover from the VS after 1 year, although in practice a small number may do so. In this respect the authors' analysis is more conservative than that of Ashwal et al. [3], who monitored all individuals with two consecutive evaluations meeting the VS criteria. The authors found that among such patients, approximately one third of those who survived several additional years had improved and no longer met the criteria. It may be that many of the patients demonstrating improvement had been in a minimally conscious state (in which the person demonstrates minimal but definite behavioral evidence of self or environmental awareness [32]) rather than a VS. In the present analysis, but not in the previous study, a patient is in effect censored [28] at the time of an evaluation demonstrating improvement.
2. The authors excluded intervals between evaluations in which the patient improved from the VS to a higher level. If the patient had been in the VS for a portion of that time, that portion would not be counted in the denominator of the deaths/exposure ratio.
3. Any deaths as a result of withdrawal of support in the

authors' data would inflate mortality rates over their natural levels.

Because of the large sample size available for the present study, it was possible to assess the effect of a number of risk factors simultaneously. There was a clear reduction in the mortality risk when the time since the onset of the VS increased, other factors were held constant. This reduction is consistent with a healthy survivor effect.

Regarding age, mortality was greatest for infants younger than 2 years of age. For patients who could be fed orally, mortality declined with age thereafter, at least to 30 years of age. This pattern differs from those in some other reports. For example, in a large study of mortality after traumatic brain injury, mortality was elevated in children younger than 12 years of age but increased steadily thereafter [18]. Like most studies of mortality after traumatic brain injury, however, this was not specific to the VS and focused on short-term mortality rates. The decrease in risk for the orally fed patient as age increases may reflect an effect of etiology. The authors were unable to identify an association between etiology and risk. However, the etiology of the VS could not be determined for many patients, and the proportion of cases resulting from injury rather than congenital defects probably increases with age. Thus patients with injuries may tend to survive longer than those with congenital defects. Further investigation is needed.

A decline in infant mortality was clearly evident, with rates falling by approximately two thirds during the 16-year study period when other factors were held constant. This pattern was not observed for older patients in the VS and also contrasts with California studies of mortality in cerebral palsy [33,34] and traumatic brain injury [35], in which little or no secular trend was observed. The finding suggests an improvement in quality of care for infants in the VS, although it is not clear which aspects of care are responsible. It is unlikely to be related to the increased use of ventilators for patients in the VS because this practice was uncommon during the 1980s. It is the authors' impression, however, that heroic measures to sustain infants with severe neurologic deficits have become steadily more common in the past 20 years.

Patients with gastrostomies were subject to higher mortality than those fed orally, particularly for infants and older patients. Presumably, tube feeding is primarily a marker for increased risk of, or susceptibility to, recurrent aspiration, respiratory infections, gastroesophageal reflux, and other upper esophageal dysfunction rather than being a direct risk factor in its own right, although this has not been adequately investigated [27,36-39]. Similar remarks apply to the higher mortality of ventilator-dependent patients.

The VS differs importantly from the locked-in syndrome and the minimally conscious state. Most obviously, considerations of withdrawal of support do not arise in

such conditions. A favorable functional outcome has been demonstrated to be more likely in a minimally conscious state than in the VS [40]. The prognosis for survival in the two conditions has not been compared, and the authors hope to report on this shortly. The authors have insufficient data on persons in a locked-in syndrome to estimate their survival rates or life expectancy.

Finally, when the life expectancy of a patient in the VS is required, it is appropriate and feasible to take into account age, time since onset, and other factors. Furthermore, adjustment to current conditions and mortality rates is preferable to reliance on historic rates. The method developed here and illustrated in Figure 1 can be applied to a patient with any profile of risk factors.

Provision of data from the California Departments of Developmental Services and Health Services is gratefully acknowledged. The authors also thank James White for advice and help with the data.

## References

[1] **Multi-Society Task force on the Persistent Vegetative State.** Medical aspects of the persistent vegetative state, part I. N Engl J Med 1994;330:1499-508.

[2] **Multi-Society Task force on the Persistent Vegetative State.** Medical aspects of the persistent vegetative state, part II. N Engl J Med 1994;330:1572-9.

[3] Ashwal S, Eyman RK, Call TL. Life expectancy of children in a persistent vegetative state. Pediatr Neurol 1994;10:27-33.

[4] Haig AJ. The persistent vegetative state (letter). N Engl J Med 1994;331:1380.

[5] Katz RT, Haig AJ, Clark BB. Long-term survival, prognosis, and life-care planning for 29 patients with chronic locked-in syndrome. Arch Phys Med Rehabil 1992;73:403-8.

[6] Higashi K, Sakata Y, Hatano M, et al. Epidemiological studies on patients in persistent vegetative state. J Neurol Neurosurg Psychiatry 1977;40:876-85.

[7] Higashi K, Hatano M, Abiko S, et al. Five year follow-up study of patients with persistent vegetative state. J Neurol Neurosurg Psychiatry 1981;44:552-4.

[8] Sazbon L, Groswasser Z. Outcome in 134 patients with prolonged posttraumatic unawareness. I: Parameters determining late recovery of consciousness. J Neurosurg 1990;72:75-80.

[9] Sazbon L, Groswasser Z. Medical complications and mortality of patients in the postcomatose unawareness (PC-U) state. Acta Neurochir (Wien) 1991;112:110-2.

[10] Roberts AH. Severe accidental head injury: An assessment of long-term prognosis. London: Macmillan Press, 1979:140-51.

[11] Lewin W, Marshall TFD, Roberts AH. Long-term outcome after severe head injury. BMJ 1979;2:1533-8.

[12] Tresch DD, Sims FS, Duthie EH, Goldstein MD, Lane PS. Clinical characteristics of patients in the persistent vegetative state. Arch Intern Med 1991;151:930-2.

[13] Vollmer DG, Torner JC, Jane JA, et al. Age and outcome following traumatic coma: Why do older patients fare worse. J Neurosurg 1991;75:S37-49.

[14] Zafonte RD, Hammond FM, Peterson J. Predicting outcome in the slow to respond brain-injured patient: Acute and subacute parameters. NeuroRehabilitation 1996;6:19-32.

[15] Minderhoud JM, Braakman R. Het vegeterende bestaan. Ned Tijdschr Geneeskd 1985;129:2385-8.

[16] Eyman RK, Strauss DJ, Grossman HJ. Survival of children with severe developmental disability. In: Rosenbloom L, ed. Diagnosis and management of neurological disabilities in childhood. Bailliere's Clinical Pediatrics. London: Bailliere Tindall, 1996:543-56.

[17] Schoen R. Modeling multigroup populations. New York: Plenum Press, 1988:3-24.

[18] Luerssen TG, Klauber MR, Marshall IF. Outcome from head injury related to patient's age: A longitudinal prospective study of adults and pediatric head injury. J Neurosurg 1988;68:409-16.

[19] California Department of Developmental Services. Client development evaluation report. Sacramento: California Department of Developmental Services, 1978.

[20] Arias M, Ito E, Takagi N. Concurrent validity of the client development and evaluation report. In: Silverstein AB, Fluharty AL, eds. Pacific State Archives VIII. Pomona, California: University of California at Los Angeles, Developmental Disabilities Immersion Program, 1983: 28-33.

[21] Harris CW, Eyman RK, Mayeda T. An interrater reliability study of the Client Development Evaluation Report: Final report to the California Department of Developmental Disabilities. Pomona, CA: Retardation Research Center, Lanterman State Hospital, 1982.

[22] Widaman KF, Stacy AW, Borthwick SA. Multitrait-multimethod of evaluating adaptive and maladaptive behavior of mentally retarded people. Presented at the 109th Annual Meeting of the American Association on Mental Deficiency, Philadelphia, Pennsylvania, May 29, 1985.

[23] Widaman KF. Interrater reliability of adaptive behavior assessments: Item and factor levels. Presented at the 92nd Annual Meeting of the American Psychological Association, Toronto, Ontario, Canada, August 1984.

[24] Cupples LA, D'Agostino RB, Anderson K, Kannel WB. Comparison of baseline and repeated measure covariate techniques in the Framingham heart study. Stat Med 1988;7:205-22.

[25] Strauss DJ, Kastner TA. Comparative mortality of people with developmental disability in institutions and in the community. Am J Ment Retard 1996;101:26-40.

[26] Strauss DJ, Kastner TA, Shavelle RM. Mortality in persons with developmental disabilities, 1985-94. Ment Retard 1998;30:368-91.

[27] Strauss DJ, Kastner TA, Ashwal S, White JF. Tubefeeding and mortality in children with severe disabilities and mental retardation. Pediatrics 1997;99:358-62.

[28] Collett D. Modelling survival data in medical research. London: Chapman & Hall, 1994:53-106.

[29] Hosmer D, Lemeshow S. Applied logistic regression. New York: Wiley, 1989.

[30] Strauss DJ, Shavelle RM. Life expectancies of persons with chronic disabilities. J Insurance Med 1998;30:96-108.

[31] Kriel RL, Krach LE, Saete-Jones C. Outcome of children with prolonged unconsciousness and vegetative states. Pediatr Neurol 1993; 9:362-8.

[32] Aspen Consensus Conference. Workgroup on the vegetative and minimally conscious states. Given at the Biomedical Institute, Aspen Colorado, March 19-23, 1996.

[33] Strauss DJ, Shavelle RM. Life expectancy of adults with cerebral palsy. Dev Med Child Neurol 1998;40:369-75.

[34] Strauss DJ, Shavelle RM, Anderson TW. Life expectancy of children with cerebral palsy. Pediatr Neurol 1998;18:143-9.

[35] Strauss DJ, Shavelle RM, Anderson TW. Long-term survival of children and adolescents after traumatic brain injury. Arch Phys Med Rehabil 1998;79:1095-100.

[36] Sulkes S. Life expectancy of profoundly handicapped people. N Engl J Med 1991;324:420.

[37] Kastner T. Association between gastrostomy and death: Cause or effect? Am J Ment Retard 1992;97:351-2.

[38] Smith CD, Otherson HB, Gogan NJ, Walker JD. Nissan fundoplication in children with profound neurological disability. Ann Surg 1992;215:654-9.

[39] Heine RG, Reddihough DS, Catto-Smith AG. Gastro-esophageal reflux and feeding problems after gastrostomy in children with severe neurological impairment. Dev Med Child Neurol 1995;37:320-9.

[40] Giacino JT, Kalmer K. The vegetative and minimally conscious states: A comparison of clinical features and functional outcome. J Head Trauma Rehabil 1997;12:36-51.

# EXHIBIT

# B

Page 1

1                    UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF DELAWARE

2

3

     CATHERINE B. LAAG, a minor, :     TRANSCRIPT OF
4    by her Parent and Natural    :     PROCEEDINGS
     Guardian, JOHN LAAG and      :
5    JOHN LAAG, Individually and :
     In his own right,            :
6                                 :
                      Plaintiff, :
7         v.                      :
                                  :
8    EDWARD J. CULLEN, JR., D.O.,:
     JAMES HERTZOG, M.D., and     :
9    NEMOURS FOUNDATION d/b/a      :
     A.I. DUPONT HOSPITAL FOR     :
10   CHILDREN, a Delaware         :
     Corporation,                 :
11                                :
                      Defendants.:
12       --------------
       Tuesday, October 25th, 2005
13       --------------

14

15        Pretrial examination of MICHAEL D. KATZ,

16   M.D., held at the offices of MICHAEL D. KATZ,

17   M.D., 77 Prospect Avenue, Suite 1K, Hackensack,

18   New Jersey, on the above before DONNA E. KELLS, a

19   Certified Shorthand Reporter and Notary Public of

20   the State of New Jersey.

21

22             --------------
            CORBETT & ASSOCIATES
23          1400 North French Street
               P.O. Box 25085
24         Wilmington, Delaware 19899
               302-571-0510

25

**Page 37**

1   neurology?

2        A.    He's one of several well-respected

3   authorities in neurology.    That's true.

4        Q.    Do you consider him a well-respected

5   authority in neurology on Life Expectancy in

6   People With a Permanent Vegetative State?

7        A.    That's one of his specialties, yes.

8        Q.    Do you know David Strauss or Robert

9   Shavelle?

10       A.    I believe I've met Robert Shavelle.

11  I don't think I know David Strauss.

12       Q.    Now, in your report you give an

13  opinion that Catherine can be expected to live

14  into her late 20's or early to mid 30's.

15       A.    Yes, that's correct.

16       Q.    How did you arrive at that opinion?

17       A.    A couple of factors; number one is I

18  took into account the latest article I could find,

19  which is the 1999 article by Strauss, Shavelle and

20  Ashwal.

21            The second thing I took into account

22  was the fact that looking at some of these

23  articles that, sequentially, the life expectancy

24  with time is improving or increasing.

25            The next thing I took into account was

MICHAEL D. KATZ, M.D.

Page 38

1    my examination of Catherine and my experience

2    going to Voorhes.   The next piece of information

3    I took into account was Catherine's lack of

4    medical complications.   Her skin condition was

5    really first rate, no skin breakdown.   If

6    anything, her ventilator dependence is improving.

7    Her general good health was excellent.   She

8    doesn't have any cardiac problems.   The nursing

9    care she received was really superior.

10           So I took the 12.2 which is Strauss'

11   number, his most optimistic number, and that's how

12   I came up with that opinion.

13       Q.    Did you talk to any of the authors of

14   the article?

15       A.    No, I did not.

16       Q.    So you took 12.2 and you added?

17       A.    Yes, I took 12.2 and I picked up the

18   paper and I read this paragraph in the discussion

19   which says "The mortality rates observed in the

20   present study, though lower than those reported

21   elsewhere, are conservative.   If anything, they

22   overestimate the true mortality rate and thus

23   lead to underestimates of life expectancy."

24           I then, when I examined her, I really

25   found her to be in really -- to be really getting

MICHAEL D. KATZ, M.D.

Page 45

1    A.    Yes.

2    Q.    Have you had them die within 10 years?

3    A.    Actually not.

4    Q.    Have any survived to 10 years?

5    A.    Actually, I have a young lady I'm

6    treating now.   She's been in PVS probably for 25

7    to 30 years.

8    Q.    So I understand what you are saying is

9    you've had patients in PVS who have died within

10   five years?

11   A.    Actually, usually within the first

12   year.   That's the real high risk group of people

13   but once they've gone beyond a year, you know,

14   they tend to, and they've gotten really high

15   quality care, they tend to live for prolonged

16   periods of time.

17   Q.    And patients after one year, have you

18   had any die within that second year to the fifth

19   year?

20   A.    Perhaps I have.   I'm trying to think

21   specifically of a patient or two and I really

22   can't think of very many.

23   Q.    Have you had any die within the two to

24   10 year range?

25   A.    No, I would -- my answer is the same.

# EXHIBIT

# C

1          UNITED STATES DISTRICT COURT
                DISTRICT OF DELAWARE
2                     - - -
   CATHERINE B. LAAG, a    :  CASE NO.
3  Minor, by her Parent and :
   Natural Guardian, JOHN   :  CA04-1306-GMS
4  LAAG, and JOHN LAAG      :
   Individually and in his  :
5  own right, Plaintiffs    :
                            :
6          - vs -           :
                            :
7  EDWARD J. CULLEN, JR.,   :
   D.O., JAMES HERTZOG, M.D.:
8  and NEMOURS FOUNDATION   :
   d/b/a A. I. DuPONT       :
9  HOSPITAL FOR CHILDREN,   :
   A Delaware Corporation   :
10                    - - -

11          Thursday, October 27, 2005

12                    - - -

13          Deposition of **DONALD P. YOUNKIN, M.D.**,

14  taken at the offices of Kolsby, Gordon,

15  Robin, Shore & Bezar, One Liberty Place, 1650

16  Market Street, 22nd Floor, Philadelphia,

17  Pennsylvania  19103, commencing at

18  approximately 9:35 a.m., before Valerie L.

19  Patrick, Registered Professional Reporter, ID

20  No. 023201, Certified Shorthand Reporter,

21  License No. 30XI00206100.
                          - - -
22
                **Valerie L. Patrick, RPR, CSR**
23                   P.O. Box 5459
              Deptford, New Jersey  08096
24                 (856) 374-2947


ORIGINAL

25

DR. YOUNKIN

1    records?

2            MR. FREEBERY:  Objection to form.

3    You can answer.

4            THE WITNESS:  I actually don't

5    know who put it together, but someone at the

6    law firm of McCarter & English.

7    BY MR. HUNN:

8    Q.    The number 12 that appears in your

9    report, can you and I agree that that is an

10   average number?

11   A.    An average life expectancy number?

12   Q.    Yes.

13   A.    Yes.

14   Q.    All right.  And --

15   A.    Well, it's my -- it's my best

16   conservative -- very, very conservative

17   guess, right, or estimate.

18   Q.    Can we agree that some children in PVS

19   live more than 12 years?

20   A.    We can agree that it is possible that

21   some children could live more than 12 years,

22   yes.

23   Q.    Are you aware of any children, to your

24   knowledge, that have lived greater than 12

DR. YOUNKIN

1    years in a persistent vegetative state?

2    A.    I have not taken care of any.

3    Q.    Can we agree that some children in a

4    persistent vegetative state live less than 12

5    years?

6    A.    Yes.

7    Q.    Other than literature and your

8    experience, do you believe there to be any

9    other factors that should be taken into

10   consideration when evaluating a child's life

11   expectancy who is in a PVS?

12   A.    You would -- yes, the patient's

13   condition.

14   Q.    Can you and I agree that the level of

15   care a PVS child receives can affect how long

16   they live?

17   A.    Yes.

18   Q.    Would you agree that a child receiving

19   a high level of care can live longer than a

20   child receiving a lower level of care?

21   A.    You'd have to define high and low for

22   me.

23   Q.    Okay.  Well, let's put it this way:  A

24   child who receives 24-hour skilled nursing

46

DR. YOUNKIN

1    are they receiving home care?

2    A.    Both.

3    Q.    Is there an average number of times a

4    year that you will see them?

5    A.    It really depends on the individual

6    child, on the individual problem, and on the

7    parents, so it's hard to give you an average.

8    Probably a rough average would be twice a

9    year that they would be seen by me.

10   Q.    Okay.  You did not perform a physical

11   examination of Catherine in this matter,

12   correct?

13   A.    Yes, that's correct.

14   Q.    Is there a reason for that?

15   A.    I relied on the prior neurologist who

16   examined her and saw no reason to question

17   their judgment.

18   Q.    And who was that, do you recall?

19   A.    That was plaintiff's expert, I think

20   his name is Dr. Katz, and it was Dr. Falchek

21   who is at duPont Hospital.

22   Q.    Have you ever been to the Voorhees

23   Pediatric Facility?

24   A.    No.

# EXHIBIT


# D

17. Masana L, Escobar A, Joven J, et al. Treatment of diet-resistant polygenic hypercholesterolaemic patients with a new nicotinic derivative; in vivo and in vitro low density lipoprotein metabolic studies. J Clin Pharmacol 1989; 29:201-6.

18. International Collaborative Study Group. Metabolic epidemiology of plasma cholesterol: mechanisms of variation of plasma cholesterol within populations and between populations. Lancet 1986; 2:991-6.

19. Simo J, Bertran N, Juanpere M, Camps J, Joven J. Evaluación preliminar del analizador automático Monarch 2000. Quim Clin 1989; 8:329-35.

20. Joven J, Vilella E, Costa B, Turner PR, Richart C, Masana L. Concentrations of lipids and apolipoproteins in patients with clinically well-controlled insulin-dependent and non-insulin-dependent diabetes. Clin Chem 1989; 35:813-6.

21. Beaumont JL, Carlson LA, Cooper GR, Fejfar Z, Fredrickson DS, Strasser T. Classification of hyperlipidaemias and hyperlipoproteinaemias. Bull World Health Organ 1970; 43:891-915.

22. Ohta T, Matsuda I. Lipid and apolipoprotein levels in patients with nephrotic syndrome. Clin Chim Acta 1981; 117:133-43.

23. Chopra JS, Mallick NP. Hyperlipoproteinaemia in nephrotic syndrome. Lancet 1971; 1:317-20.

24. Jensen H. Plasma protein and lipid pattern in the nephrotic syndrome. Acta Med Scand 1967; 182:465-73.

25. Alexander JH, Schapel GJ, Edwards KD. Increased incidence of coronary heart disease associated with combined elevation of serum triglyceride and cholesterol concentrations in the nephrotic syndrome in man. Med J Aust 1974; 2:119-22.

26. Appel GB, Blum CB, Chien S, Kunis CL, Appel AS. The hyperlipidemia of the nephrotic syndrome: relation to plasma albumin concentration, oncotic pressure, and viscosity. N Engl J Med 1985; 312:1544-8.

27. Joven J, Rubiés-Prat J, Espinel E, Ras MR, Piera L. High-density lipoproteins in untreated idiopathic nephrotic syndrome without renal failure. Nephrol Dial Transplant 1987; 2:149-53.

28. Kashyap ML, Srivastava LS, Hynd BA, et al. Apolipoprotein CII and lipoprotein lipase in human nephrotic syndrome. Atherosclerosis 1980; 35:29-40.

29. Gitlin D, Cornwell DG, Nakasato D, Oncley JL, Hughes JL Jr, Janeway CA. Studies on the metabolism of plasma proteins in the nephrotic syndrome. II. The lipoproteins. J Clin Invest 1958; 37:172-84.

30. Warwick GL, Caslake MJ, Boulton-Jones JM, Dagen M, Packard CJ. Shepherd J. Low-density lipoprotein metabolism in the nephrotic syndrome. Metabolism 1990; 39:187-92.

31. Allen JC, Baxter JH, Goodman HC. Effects of dextran, polyvinylpyrrolidone and gamma globulin on the hyperlipidemia of experimental nephrosis. J Clin Invest 1961; 40:499-508.

# SPECIAL ARTICLE

## THE LIFE EXPECTANCY OF PROFOUNDLY HANDICAPPED PEOPLE WITH MENTAL RETARDATION

RICHARD K. EYMAN, PH.D., HERBERT J. GROSSMAN, M.D., ROBERT H. CHANEY, M.D., AND THOMAS L. CALL, M.A.

**Abstract** *Background.* The life expectancy of people with mental retardation is shorter than that of the general population. Exact estimates of the length of survival for mentally retarded persons at especially high risk are not available, however.

*Methods.* We collected data on mortality and other factors for 99,543 persons with developmental disabilities, including mental retardation, who received services from the California Department of Developmental Services between March 1984 and October 1987. Three subgroups were selected on the basis of the four characteristics identified in previous studies as the best predictors of mortality among mentally retarded people (deficits in cognitive function, limitations on mobility, incontinence, and inability to eat without assistance). In all three subgroups, the subjects had severe deficits in cognitive function and were incontinent; the subjects in subgroup 1 (n = 1550) were

immobile and required tube feeding; those in subgroup 2 (n = 4513) were immobile but could eat with assistance; those in subgroup 3 (n = 997) were mobile (but not ambulatory) and could eat with assistance. Life tables were generated for each of the three subgroups.

*Results.* Immobile subjects were found to have a much shorter life expectancy than those who could move about. Those who also required tube feeding (subgroup 1) had a very short life expectancy (i.e., four to five additional years). Those who could eat if fed by others (subgroup 2) had an average life expectancy of approximately eight additional years. In contrast, those who were mobile though not ambulatory (subgroup 3) had a life expectancy of about 23 additional years.

*Conclusions.* Severe mental retardation is associated with a decrease in life expectancy, particularly for those who are immobile. (N Engl J Med 1990; 323:584-9.)

IT has been well established that the life expectancy of children and adults with severe mental retardation is reduced as compared with that of the general population.[1-4] However, no studies have specifically addressed the life expectancy of profoundly handicapped people who are mentally retarded — i.e., those who are unable to care for any of their personal needs.

From the Lanterman Developmental Center, University of California, Riverside (R.K.E., T.L.C.); the Departments of Pediatrics, Neurology, and Psychiatry, University of Michigan Medical School, Ann Arbor (H.J.G.); the School of Medicine, University of California, Los Angeles (R.H.C.); and the School of Medicine, Loma Linda University, Loma Linda, Calif. (R.H.C.). Address reprint requests to Dr. Eyman at the U.C. Riverside Research Group at Lanterman Developmental Center, P.O. Box 100-R, Pomona, CA 91769.

Supported in part by grants (HD22953 and HD21056) from the National Institute of Child Health and Human Development.

The clinical practice of most physicians does not usually include treating mentally retarded persons, yet most handicapped children with mental retardation now survive the first years of life and live with their families in the community, where they will need medical treatment and guidance.

A number of previous studies have addressed the association of handicapping conditions with survival among mentally retarded people.[2,3,5-20] The most common predictors of early death are the severity of retardation and deficits in mobility, toileting skills, and self-feeding. The presence or absence of seizures and of cerebral palsy does not generally add much additional predictive power.[6] The best single predictor of early death is reduced mobility,[3,6,7,10,12,16,20] followed

poor feeding ability in children and lack of toilet training in older persons.[6]

The purpose of our study was to provide estimates of life expectancy for people who are severely mentally retarded because of brain damage.

## METHODS

The persons we studied had all received services from the California Department of Developmental Services between March 1984 and October 1987. All had decreased cognitive function due to prenatal, perinatal, or postnatal insult, the causes of which included infection and intoxication; physical trauma or hypoxia; disorders of metabolism, growth, or nutrition (including cerebral lipidosis, hepatocellular degeneration, hypothyroidism, and phenylketonuria); gross brain disease (including infantile diffuse sclerosis, neurofibromatosis, progressive subcortical encephalopathy, spinal sclerosis, and tuberous sclerosis); unknown prenatal influences; chromosomal abnormalities; prematurity; major psychiatric disorders; environmental deprivations; and unspecified disorders.

The degree of retardation was determined on the basis of the results of psychological evaluation; the categories we used were consistent with the classification systems in the American Psychiatric Association's *Diagnostic and Statistical Manual of Mental Disorders*, third edition, revised (DSM-III-R)[21] and the manual *Classification in Mental Retardation* of the American Association on Mental Retardation[22] (profound, intelligence quotient [IQ] less than 20 to 25; severe, IQ between 20 to 25 and 35 to 40; moderate, IQ between 35 to 40 and 50 to 55; mild, IQ between 50 to 55 and 70 to 75). Both the American Psychiatric Association and the American Association on Mental Retardation use IQ ranges to indicate that clinical judgment should be used in determining degrees of mental retardation on the basis of information about intellectual functioning from all available sources. An additional category, "suspected retardation," is used in California (and therefore in this study) to identify persons who are thought to be mentally retarded but for whom a degree of retardation has not yet been determined because they are untestable. The majority of such persons included in this study were young and living with their natural families, and they had other profound handicaps and health problems in addition to mental retardation. Although most would eventually be assigned a mental-retardation level by the state, their immediate need for services precluded prompt psychometric evaluation. Moreover, the state evaluation teams are often uncertain about the degree of retardation in the presence of other profound handicaps.

In addition to assessing their degree of retardation, we also evaluated the subjects in our sample according to the following characteristics:

*Ambulation.* Those who were totally unable to walk were compared with those with at least some ability to walk.

*Mobility.* Subjects were designated as immobile if they lacked the ability to crawl, creep, or "scoot" (propel themselves on the stomach). Some subjects classified as immobile could be seated in a wheelchair with support or could roll over. Immobile subjects were compared with those classified as mobile. This category was more restrictive than ambulation, since some nonambulatory persons could still crawl, creep, or scoot.

*Toileting skills.* Persons who were not toilet trained were compared with those who had some ability to take care of their toileting needs.

*Eating skills.* Persons who had to be fed completely by others or who attempted only finger feeding were classified as unable to feed themselves.

*Tube feeding.* Feeding by means of nasogastric or gastrostomy tubes was provided for patients who were unable to swallow or who frequently aspirated food.

Subjects with cerebral palsy were defined as those who had impaired voluntary movement as a result of prenatal or perinatal brain damage. Subjects with epilepsy were classified according to the type and frequency of seizures, as well as the need for medication for epilepsy. For the purpose of this study, subjects were subdivided into two groups: those with a history of seizures and those who had never had seizures.

All these variables have been found in previous studies to predict mortality among retarded people.[3,5-13] The cause of mental retardation, although related to mortality, is often indeterminate[23] and does not predict early death as well as the variables listed above.[3,7]

## Sample

The subjects were drawn from among 99,543 persons with developmental disabilities, including documented or suspected mental retardation, who received services from the California Department of Developmental Services between March 1984 and October 1987. Their ages ranged from less than 1 month to 92 years. This group included nearly 100 percent of the children (defined by Public Law 94-142 as persons under 22 years of age) with profound and severe mental retardation listed in a registry established by the state in order to provide mandated educational opportunities for all children regardless of their degree of handicap. The study group also included approximately 50 percent of the children with moderate mental retardation and 10 percent of the children with mild mental retardation known to school districts in California. Mentally retarded adults were identified either because they continued to receive services first provided when they were children or because their aging parents were concerned about the care of their children in future years and requested services for them.[24] The subjects lived in a variety of places — including their own homes (60.3 percent), state and private institutions, health care facilities, and community care homes.

Within the group of 99,543 persons who received services from the department, we examined three mutually exclusive subgroups with different combinations of risk factors. The members of all three subgroups had profound, severe, or suspected mental retardation and were incontinent. Subgroup 1 (n = 1550) consisted of all such persons in the total sample who were immobile and required tube feeding. Subgroup 2 (n = 4513) consisted of persons who were immobile but were able to take food if it was fed to them by others. Subgroup 3 (n = 997) comprised persons who were able to move about voluntarily, though not to walk, and who were able to take food from others. These three subgroups were chosen because they represented the most common combinations of characteristics in persons with profound handicaps and because they included the characteristics that have been found to be the best predictors of early death.

## Collection of Data

We obtained information on the characteristics of the retarded persons in this study from the subjects' Client Development Evaluation Reports.[25] Such a report is submitted to the Department of Developmental Services once a year and whenever the retarded person moves to a new placement. Local agencies use the Client Development Evaluation Report to report residential placement and diagnostic and health information to the state. In addition, the report contains a 66-item measure of adaptive behavior. From these reports, we obtained information on sex, race or ethnic group, degree of retardation, age, cause of mental retardation, toileting and eating skills, degree of ambulation and mobility, presence of seizure disorders, and other characteristics. The reliability and validity of the Client Development Evaluation Report have previously been found to be satisfactory.[26-29]

Deaths are reported to the Department of Developmental Services by the 21 regional centers in California. All deaths that occurred between March 1984 and October 1987 were included in our analysis of the data. The population at risk (i.e., the number of persons who received services from the department) was approximately 70,000 each year, and roughly 650 deaths were reported per year. Over the 3½-year study period, the population at risk totaled 99,543. The causes of death for the subjects who resided in the community (over 90 percent of the total sample) were not available.

## Statistical Analysis

In calculating life expectancy, we used a "period" or "current" life table, which estimates the average number of additional years

Case 1:04-cv-01306-GMS    Document 70-2    Filed 12/01/2005    Page 21 of 27

of life remaining once a person has survived to the age of interest.[30] Such a life table is interpreted "as depicting the lifetime mortality experience of a single cohort of newborn babies who are subject to age specific mortality rates on which the table is based."[30] Moreover, the number of persons living (out of the 100,000 assumed initially) at a particular age provides a probability estimate of the number of persons who will survive to the age of interest. The observed death rates were included and represent the number of deaths for a specific age interval divided by the number of people in that age interval. Intermediate calculations produced by the life-table function relating to survivorship and person-years lived have been deleted. The abbreviated tables presented do not provide all the information needed to take the observed death rates to the values in the columns designated as "Number Dying during Interval" in Tables 3, 4, and 5. The advantage of the period life table is that it does not require an extended period to estimate the age by which 50 percent of a given birth cohort will have died. An abridged life table provides life-table functions for 5-year or 10-year age intervals rather than for every year. The specific life-table algorithm used in this paper was based on the work of Schoen.[31]

We were able to check the accuracy of the life expectancy estimated for subgroups 1 and 2 on the basis of the period life table by applying proportional-hazards functions[32,33] to additional longitudinal data available over a 10-year period (1980 to 1990) for 2217 persons identical to and including those in subgroup 1 and 5053 identical to and including those in subgroup 2. A proportional-hazards function can be used to estimate survival curves (a curve depicting the proportion of a group that survives during the follow-up period) with use of such longitudinal data. This analysis was undertaken to investigate the reliability of the period-life-table results.

## RESULTS

Tables 1 and 2 show the total group of 99,543 persons and the three subgroups according to sex, age, degree of retardation, presence or absence of seizures, presence or absence of cerebral palsy, race or ethnic group, and cause of mental retardation. The three subgroups include all the subjects who met the criteria for inclusion (see Methods). Subgroup 1, composed of the most seriously handicapped persons, had the highest crude mortality rate during the 3½-year period. The ages of the persons in this subgroup ranged from less than 1 month to 61 years, with most clustered in the younger age groups. The subjects in subgroup 2 were also severely handicapped, although they did not require tube feeding. The ages in this subgroup ranged from less than 1 month to 73 years, with most of the subjects being children. The subjects in subgroup 3 were the least handicapped of the subgroups studied. Most of these subjects were young children, but some were older — as reflected by the age range from less than 1 month to 80 years. The causes of mental retardation among persons admitted to institutions in California suggest that the greatest number of older profoundly handicapped persons had severe brain damage due to automobile accidents, near-drowning, or other types of accidents as adults. The three subgroups were mutually exclusive and accounted for 7060 of the entire group of 99,543 persons with developmental disabilities who were receiving services in California.

As Table 1 shows, there were large differences between the group as a whole and the three subgroups in terms of the degree of retardation and age. Specifically, the subgroups comprised a greater number of younger and more severely retarded persons in whom the prevalence of seizures and cerebral palsy was higher than in the total sample. The differences between the subgroups with regard to sex and race or ethnic group were small. The average age of the subjects in the group as a whole was higher than in the subgroups, largely because of the higher mortality rates among the high-risk persons in the subgroups.

Table 1. Selected Characteristics of Developmentally Disabled Persons Receiving Services in California and Subgroups with Severe Brain Damage.*

| CHARACTERISTIC | TOTAL GROUP | SUBGROUP 1 | SUBGROUP 2 | SUBGROUP 3 |
|---|---|---|---|---|
| No. | 99,543 | 1550 | 4513 | 997 |
| Sex (%) | | | | |
| Male | 56.1 | 51.8 | 51.2 | 56.4 |
| Female | 43.9 | 48.2 | 48.8 | 43.6 |
| Mental-retardation level (%) | | | | |
| Unknown | 0.3 | 0.0 | 0.0 | 0.0 |
| Mild-to-moderate | 66.7 | 0.0 | 0.0 | 0.0 |
| Severe | 13.0 | 10.3 | 16.1 | 20.1 |
| Profound | 13.1 | 70.8 | 55.1 | 41.8 |
| Suspected | 6.9 | 18.9 | 28.8 | 38.1 |
| Age (%) | | | | |
| 0–4 years | 14.2 | 35.6 | 37.1 | 43.2 |
| 5–9 | 11.9 | 18.9 | 15.2 | 19.0 |
| 10–14 | 8.8 | 10.1 | 9.8 | 9.5 |
| 15–19 | 10.5 | 12.0 | 7.4 | 6.3 |
| 20–24 | 13.4 | 8.6 | 6.9 | 4.9 |
| 25–29 | 12.1 | 5.3 | 7.1 | 5.2 |
| 30–34 | 9.5 | 4.0 | 6.1 | 5.2 |
| 35–39 | 6.9 | 1.9 | 4.7 | 3.6 |
| 40–49 | 6.8 | 2.0 | 3.4 | 2.1 |
| ≥50 | 5.9 | 1.6 | 2.3 | 1.0 |
| Race or ethnic group (%) | | | | |
| White | 59.3 | 56.0 | 52.2 | 50.6 |
| Black | 10.4 | 8.6 | 7.2 | 10.2 |
| Hispanic | 20.0 | 24.6 | 27.6 | 25.3 |
| Asian | 3.3 | 3.1 | 3.9 | 4.0 |
| Mixed | 2.8 | 3.2 | 4.1 | 4.9 |
| Other | 4.2 | 4.5 | 5.0 | 5.0 |
| Seizures (%) | | | | |
| No | 77.1 | 37.0 | 47.3 | 56.0 |
| Yes | 13.4 | 43.6 | 35.2 | 27.7 |
| Suspected | 9.5 | 19.4 | 17.5 | 16.3 |
| Cerebral palsy (%) | | | | |
| No | 78.5 | 35.8 | 36.6 | 40.0 |
| Yes | 21.5 | 64.2 | 63.4 | 60.0 |
| Type of residence (%) | | | | |
| Own home | 60.3 | 34.5 | 53.0 | 65.6 |
| Small-group home | 13.5 | 5.2 | 7.0 | 9.8 |
| Community board and care | 7.5 | 1.2 | 2.0 | 1.7 |
| Skilled nursing facility | 1.0 | 4.6 | 3.3 | 1.8 |
| Intermediate health care facility | 4.4 | 5.3 | 12.7 | 8.8 |
| State institution | 7.7 | 45.0 | 20.8 | 10.8 |
| Other† | 5.6 | 4.2 | 1.2 | 1.5 |
| Serious medical condition (%)‡ | | | | |
| None | 64.1 | 25.4 | 47.0 | 53.5 |
| One or more | 35.9 | 74.6 | 53.0 | 46.5 |
| Crude death rate (per 1000) | 29 | 245 | 113 | 35 |

*Subgroup 1 was made up of persons with profound, severe, or suspected mental retardation who were immobile and incontinent and required tube feeding; subgroup 2, of persons with profound, severe, or suspected mental retardation who were immobile and incontinent and who could be fed by others; and subgroup 3, of persons with profound, severe, or suspected mental retardation who were mobile, though not ambulatory, and incontinent and who could be fed by others.

†"Other" includes private institutions, rehabilitation facilities, and independent or semi-independent living situations.

‡Diabetes, heart disease, chronic respiratory infection, or hepatitis.

Table 2. Diagnostic Categories of Persons in the Total Sample and Three Subgroups.

| DIAGNOSTIC CATEGORY* | TOTAL GROUP | SUBGROUP 1 | SUBGROUP 2 | SUBGROUP 3 |
|---|---|---|---|---|
| No. | 99,543 | 1550 | 4513 | 997 |
| | | | *percent* | |
| Following infections and intoxications | 13.3 | 14.3 | 14.8 | 11.5 |
| Following trauma or physical agents | 7.3 | 27.8 | 16.2 | 13.2 |
| With disorders of metabolism, growth, or nutrition | 1.4 | 2.6 | 2.5 | 1.8 |
| Associated with gross brain disease (postnatal) | 2.6 | 10.3 | 5.6 | 4.9 |
| Associated with diseases and conditions due to (unknown) pre-natal influence | 7.3 | 20.1 | 19.5 | 14.5 |
| With chromosomal abnormalities | 13.0 | 4.7 | 10.0 | 10.8 |
| Associated with prematurity | 2.2 | 4.1 | 3.3 | 3.9 |
| Following major psychiatric disorder | 1.0 | 0.1 | 0.2 | 0.2 |
| With psychosocial (environmental) deprivation | 1.4 | 0.1 | 0.2 | 0.3 |
| Other and unspecified | 39.2 | 11.6 | 21.1 | 25.9 |
| Unknown | 11.3 | 4.3 | 6.6 | 13.0 |

*Categories are the *International Classification of Diseases* categories for mental retardation.[34]

Table 1 also shows that the type of residence and the prevalence of serious medical conditions varied in a predictable way with the handicaps of these persons. The state of California provides residential and other services for most medically fragile people (subgroup 1). More people in subgroup 1 than in the other two subgroups had serious medical conditions.

Table 2 shows the causes of mental retardation in the group as a whole and in the subgroups. The proportion of subjects in the three subgroups who had mental retardation caused by trauma or physical agents, gross brain disease, or diseases and conditions due to unknown prenatal influences was greater than that in the total sample. "Other and unspecified" causes were the most common among the group as a whole and accounted for 12 to 26 percent of the subjects in the three subgroups.

Table 3 is a life-expectancy table for subgroup 1 (1550 subjects), the most medically fragile group. As the table shows, children or adults with profound, severe, or suspected retardation who were immobile, not toilet-trained, and tube-fed had a very low life expectancy and usually died within four years. Close to 80 percent of the original hypothetical cohort of 100,000 children with the stated problems would be expected to have died by 10 years of age. However, if a child did survive to 15 years of age, his or her life expectancy would still be about 4.5 more years. After 15 years of age, the estimates of survival are based on very few survivors. On the basis of a subset of 975 subjects, the life expectancy of those with seizures or suspected seizures was similar to that of the subgroup as a whole.

Table 4 shows the life expectancy of the subgroup of people who could take food if fed by others but who,

like those in subgroup 1, were profoundly or severely retarded, immobile, and not toilet trained (subgroup 2). The estimates in Table 4 are based on a larger number of persons (n = 4513) and show a longer life expectancy than that for subgroup 1. For example, a four-year-old child would be expected to live about eight more years, on the average. Still, over 90 percent of these people would be expected to have died by 20 years of age. Although these life-expectancy estimates are higher than those for similar children who require tube feeding, the overall outlook for survival is nevertheless poor. About 2400 persons in this subgroup also had or were suspected to have seizures. For subjects with seizures, the survival estimates were about ½ year shorter up to the age of 20; thereafter, the estimates were nearly identical.

Another combination of characteristics that is moderately common among persons with profound handicaps should be considered. Persons with this profile have most of the handicaps mentioned previously but can move about somewhat (crawl, creep, or scoot), although they are still not ambulatory. Table 5 shows the life-expectancy estimates for such persons (subgroup 3). The survival estimates are much better than those for persons who are completely immobile. For example, a four-year-old child with the above characteristics would have an average of 23 additional years of life. Moreover, about half of such persons would be expected to survive to at least 20 years of age. Thus, the ability to move about somewhat has a considerable influence on survival.

Sixty to 64 percent of the children in the three sub-

Table 3. Life Table for 1550 Persons Receiving Services from the California Department of Developmental Services from 1984 through 1987 Who Had Profound, Severe, or Suspected Mental Retardation, Were Immobile, Were Not Toilet Trained, and Required Tube Feeding (Subgroup 1).

| AGE INTERVAL | OBSERVED DEATH RATE | NO. LIVING AT BEGINNING OF INTERVAL (PER 100,000)* | NO. DYING DURING INTERVAL (PER 100,000)* | AVERAGE NO. OF YEARS OF LIFE REMAINING† |
|---|---|---|---|---|
| *yr* | | | | |
| <1 | 0.45 | 100,000 | 41,354 | 3.3 |
| 1–4 | 0.27 | 58,646 | 37,623 | 4.1 |
| 5–9 | 0.21 | 21,022 | 13,755 | 4.8 |
| 10–14 | 0.20 | 7,268 | 4,734 | 4.8 |
| 15–19 | 0.22 | 2,534 | 1,737 | 4.5 |
| 20–24 | 0.25 | 797 | 583 | 4.4 |
| 25–29 | 0.22 | 214 | 144 | 5.4 |
| 30–34 | 0.18 | 70 | 41 | 7.0 |
| 35–39 | 0.07 | 29 | 8 | 8.9 |
| 40–44 | 0.19 | 20 | 13 | 6.4 |
| 45–49 | 0.14 | 8 | 4 | 8.1 |
| 50–54 | 0.00 | 4 | 0 | 9.2 |
| 55–59 | 0.20 | 4 | 3 | 4.2 |
| ≥60 | 0.39 | 1 | 1 | 2.6 |

*Of a hypothetical cohort of 100,000 children born alive. Values have been rounded.
†The average number of years of life remaining for a person who survives to the beginning of the age interval.

THE NEW ENGLAND JOURNAL OF MEDICINE

Table 4. Life Table for 4513 Persons Receiving Services from the California Department of Developmental Services from 1984 through 1987 Who Had Profound, Severe, or Suspected Mental Retardation, Were Immobile, Were Not Toilet Trained, and Were Able to Be Fed by Others (Subgroup 2).

| AGE INTERVAL | OBSERVED DEATH RATE | No. LIVING AT BEGINNING OF INTERVAL (PER 100,000)* | No. DYING DURING INTERVAL (PER 100,000)* | AVERAGE No. OF YEARS OF LIFE REMAINING† |
|---|---|---|---|---|
| yr | | | | |
| <1 | 0.07 | 100,000 | 7,014 | 8.5 |
| 1–4 | 0.13 | 92,986 | 35,891 | 8.1 |
| 5–9 | 0.13 | 57,096 | 26,945 | 8.3 |
| 10–14 | 0.11 | 30,150 | 13,057 | 8.7 |
| 15–19 | 0.13 | 17,093 | 8,090 | 8.5 |
| 20–24 | 0.14 | 9,003 | 4,455 | 9.1 |
| 25–29 | 0.11 | 4,548 | 1,849 | 10.8 |
| 30–34 | 0.05 | 2,699 | 644 | 11.6 |
| 35–39 | 0.07 | 2,055 | 588 | 9.5 |
| 40–44 | 0.13 | 1,467 | 687 | 7.3 |
| 45–49 | 0.12 | 780 | 356 | 6.7 |
| 50–54 | 0.17 | 424 | 249 | 5.3 |
| 55–59 | 0.20 | 175 | 113 | 4.6 |
| 60–64 | 0.26 | 62 | 47 | 3.9 |
| ≥65 | 0.25 | 15 | 15 | 4.0 |

*Of a hypothetical cohort of 100,000 children born alive. Values have been rounded.
†The average number of years of life remaining for a person who survives to the beginning of the age interval.

groups had cerebral palsy. In each case, the life expectancy of those with cerebral palsy was similar to that of the subgroup as a whole.

## DISCUSSION

We estimated life expectancy for the subgroups of persons with the most common combinations of profound handicaps. These estimates demonstrate a shortened life expectancy.

The reliability of the data on individual characteristics, deaths, and other variables and the life-table estimates were investigated separately. The reliability and validity of the data on individual characteristics have been found to be satisfactory, as reported elsewhere.[25-29] Moreover, the California Department of Developmental Services periodically verifies the accuracy of this information, since it is used to reimburse service providers. The life-table estimates of life expectancy (shown in Tables 3 through 5) were verified independently by checking against data on persons being served by the department and records of deaths between 1980 and 1990. Proportional-hazards functions were computed for groups that included those in subgroups 1 and 2. Since these subgroups were found to have a life expectancy of less than 10 years, it was possible to determine when 50 percent of a particular age group had died and compare that age with the average estimated survival times. The median survival ages defined by the proportional-hazards functions for the period from 1980 to 1990 were within one year of the life-table estimates

shown in Tables 3 and 4. Hence, a longitudinal analysis of survival over a 10-year period verified the relatively short life expectancies we estimated (Tables 3 and 4). The subjects in subgroup 3 (Table 5) had a life expectancy that extended beyond our 10-year follow-up period. Thus, their survival could not be verified with this technique.

Several studies have shown the importance of mobility to survival,[6,8,10,12,13] and others have shown the importance of toileting skills, feeding skills, and the presence or absence of seizures.[3,6] The results of our study verified the importance of these variables to survival. Once mobility, toileting skills, and feeding skills were included with the degree of retardation in the estimates of life expectancy, however, additional variables such as the presence or absence of seizures and cerebral palsy did not alter the prediction of survival times. This finding is consistent with those of studies that were primarily concerned with predicting mortality.[6,7]

The association with life expectancy of any degree of mobility, such as the ability to crawl, is pronounced. Of all of the variables we studied, mobility was the best predictor of survival — a finding that is consistent with those of previous studies.[6,12] Roboz[12] noted that the retarded people with the highest mortality were those with extensive brain damage who were almost completely bedridden or needed wheelchairs. Our findings confirmed that the need for tube feeding is a strong predictor of mortality.

Although we were unable to determine the cause of death for most of the persons included in our study, the causes of death for similar persons are well documented in the literature.[1,13,14-19] The most common cause of death among mentally retarded people has

Table 5. Life Table for 997 Persons Receiving Services from the California Department of Developmental Services from 1984 through 1987 Who Had Profound, Severe, or Suspected Mental Retardation, Were Ambulatory, Were Not Toilet Trained, and Were Able to Be Fed by Others (Subgroup 3).

| AGE INTERVAL | OBSERVED DEATH RATE | No. LIVING AT BEGINNING OF INTERVAL (PER 100,000)* | No. DYING DURING INTERVAL (PER 100,000)* | AVERAGE No. OF YEARS OF LIFE REMAINING† |
|---|---|---|---|---|
| yr | | | | |
| <1 | 0.03 | 100,000 | 2,446 | 23.8 |
| 1–4 | 0.02 | 97,554 | 8,280 | 23.4 |
| 5–9 | 0.06 | 89,274 | 22,691 | 21.4 |
| 10–14 | 0.03 | 66,583 | 9,802 | 22.9 |
| 15–19 | 0.03 | 56,781 | 8,479 | 21.5 |
| 20–24 | 0.04 | 48,302 | 9,088 | 19.8 |
| 25–29 | 0.04 | 39,214 | 6,918 | 18.8 |
| 30–34 | 0.00 | 32,297 | 0 | 17.4 |
| 35–39 | 0.03 | 32,297 | 4,329 | 12.4 |
| 40–44 | 0.15 | 27,968 | 14,835 | 8.7 |
| ≥45 | 0.09 | 13,133 | 13,133 | 11.0 |

*Of a hypothetical cohort of 100,000 children born alive. Values have been rounded.
†The average number of years of life remaining for a person who survives to the beginning of the age interval.

Vol. 323   No. 9   LIFE EXPECTANCY OF PROFOUNDLY HANDICAPPED PEOPLE — EYMAN ET AL.   589

consistently been found to be respiratory disease in general and pneumonia in particular. Roboz[12] was emphatic about the contribution of immobility to death from respiratory infections. Higashi et al.[20] followed patients in a persistent vegetative state for five years and found that 50 percent died within two years, the majority of them from pulmonary infection. The more severe the degree of retardation and the associated handicaps, the more likely it was that death would be due to respiratory infections.[13,16] Finally, Eyman et al. found that "severe deficits of the central nervous system are usually associated with (1) swallowing difficulties; (2) disturbances in coughing and gagging; and (3) shallow respiration. The latter problem is associated with decreased vital capacity of the lung. All of these problems are frequently encountered in profoundly retarded individuals who are nonambulatory."[5] The present study adds further evidence that the prognosis for persons with such severe handicaps is poor.

## REFERENCES

1. Baird PA, Sadovnick AD. Life expectancy in Down syndrome. J Pediatr 1987; 110:849-54.
2. Balakrishnan TR, Wolf LC. Life expectancy of mentally retarded persons in Canadian institutions. Am J Ment Defic 1976; 80:650-62
3. Eyman RK, Grossman HJ, Tarjan G, Miller CR. Life expectancy and mental retardation: a longitudinal study in a state residential facility. Monographs of the American Association on Mental Deficiency. 7. Washington, D.C.: American Association on Mental Deficiency, 1987.
4. Dayton NA, Doering CR, Hilferty MM, Maher HC, Dolan HH. Mortality and expectation of life in mental deficiency in Massachusetts: analysis of the fourteen-year period 1917-1930. N Engl J Med 1932; 206:555-70, 616-31.
5. Chaney RH, Eyman RK, Miller CR. The relationship of congenital heart disease and respiratory infection mortality in patients with Down's syndrome. J Ment Defic Res 1985; 29:23-7.
6. Eyman RK, Borthwick-Duffy SA, Call TL, White JF. Prediction of mortality in community and institutional settings. J Ment Defic Res 1988; 32:203-13.
7. Eyman RK, Call TL, White JF. Mortality of elderly mentally retarded persons in California. J Appl Gerontol 1989; 8:203-15.
8. Eyman RK, Chaney RH, Givens CA, Lopez EG, Lee CK. Medical conditions underlying increasing mortality in institutionalized persons with mental retardation. Ment Retard 1986; 24:301-6.
9. Heaton-Ward WA. The life expectation of mentally subnormal patients in hospital. Br J Psychiatry 1968; 114:1591-2.
10. Miller C, Eyman R. Hospital and community mortality rates among the retarded. J Ment Defic Res 1978; 22:137-45.
11. Miller CR, Sabagh G, Dingman HF. Latent class analysis and differential mortality. J Am Stat Assoc 1962; 57:430-8.
12. Roboz P. Mortality rate in institutionalized mentally retarded children. Med J Aust 1972; 1:218-21.
13. Tarjan G, Brooke CE, Eyman RK, Suyeyasu A, Miller CR. Mortality and cause of death in a hospital for the mentally retarded. Am J Public Health 1968; 58:1891-900.
14. Carter G, Jancar J. Mortality in the mentally handicapped: a 50 year survey at the Stoke Park group of hospitals (1930–1980). J Ment Defic Res 1983; 27:143-56.
15. Chaney RH, Eyman RK, Givens CA, Broderick J, Watkins G. Current mortality among institutionalized mentally retarded individuals: a comparison with an earlier study. J Calif Assoc Postsecondary Educ Disabled 1984; 1:27-33.
16. Chaney RH, Eyman RK, Miller CR. Comparison of respiratory mortality in the profoundly mentally retarded and in the less retarded. J Ment Defic Res 1979; 23:1-7.
17. Blisard KS, Martin C, Brown GW, Smialek JE, Davis LE, McFeeley PJ. Causes of death of patients in an institution for the developmentally disabled. J Forensic Sci 1988; 33:1457-62.
18. Øster J, Mikkelsen M, Nielsen A. The mortality and causes of death in patients with Down's Syndrome (mongolism). In: Øster J, ed. International Copenhagen Congress on the Scientific Study of Mental Retardation. Copenhagen, Denmark, August 8–14, 1964: proceedings. Vol. 1. Copenhagen: Det Berlingske Bogtrykkeri, 1964:231-5.
19. Richards BW, Sylvester PE. Mortality trends in mental deficiency institutions. J Ment Defic Res 1969; 13:276-92.
20. Higashi K, Hatano M, Abiko S, et al. Five-year follow-up study of patients with persistent vegetative state. J Neurol Neurosurg Psychiatry 1981; 44:552-4.
21. Diagnostic and statistical manual of mental disorders: DSM-III-R. 3rd ed. rev. Washington, D.C.: American Psychiatric Association, 1987.
22. Grossman HJ, ed. Classification in mental retardation. Washington, D.C.: American Association on Mental Deficiency, 1983:11-26.
23. Chaney RH, Eyman RK. Etiology of mental retardation: clinical vs. neuroanatomic diagnosis. Ment Retard 1982; 20:123-7.
24. Seligman M, ed. The family with a handicapped child: understanding and treatment. Orlando, Fla.: Grune & Stratton, 1983.
25. Client development evaluation report (CDER). Sacramento: California Department of Developmental Services, 1978.
26. Arias M, Ito E, Takagi N. Validation of the client development evaluation record. In: Ford T, Silverstein AB, Fluharty AL, eds. Pacific state archives VII. Pomona: University of California at Los Angeles Developmental Disabilities Immersion Program, 1983.
27. Harris CW, Eyman RK, Mayeda T. An interrater reliability study of the client development evaluation report. Final report to the California Department of Developmental Services, 1982.
28. Widaman KF. Interrater reliability of adaptive behavior assessments: item and factor levels. Presented at the Annual Meeting of the American Psychological Association, Toronto, August 24–28, 1984.
29. Widaman KF, Stacy AW, Borthwick SA. Multitrait-multimethod of evaluating adaptive and maladaptive behavior of mentally retarded people. Presented at the Annual Meeting of the American Association on Mental Deficiency, Philadelphia, May 27–31, 1985.
30. Shryock HS, Siegel JS, et al. The methods and materials of demography. New York: Academic Press, 1976.
31. Schoen R. Modeling multigroup populations. New York: Plenum Press, 1988.
32. BMDP statistical software manual. Vol. 2. Los Angeles: BMDP Statistical Software, 1988.
33. Cox DR. Regression models and life-tables. J R Stat Soc [B] 1972; 34:187-220.
34. ICD-8, International Classification of Diseases, 8th rev. Geneva: World Health Organization, 1968.

# EXHIBIT

# E

# ⓒⒽ The Children's Hospital *of* Philadelphia

## Division *of* Neurology

34th Street and
Civic Center Boulevard
Philadelphia, Pa. 19104-4399
215-590-1719
Fax 215-590-1771

September 28, 2005

Paul A. Bradley
McCarter& English, LLP
Suite 1800.
919 N. Market St
P.O. Box 111.
Wilmington, DE 19899

Re:    Catherine Laag
       DOB   8/22/93

Dear Mr. Bradley:

As requested I reviewed the following records:
    Report of Michael D. Katz, M.D. (plaintiff's Child neurology expert).
    Report of Hermann Axelrod, Ph.D. (plaintiff's educational psychology expert).
    Report of Rehab nurse consultants, Betsy Bates (plaintiff's expert).
    Portions Voorhees Pediatric Facility Records
    Portions of the A. I. Du Pont Hospital records

Catherine Laag's medical history is thoroughly reviewed in the above documents and will
not be detailed here. She has Down Syndrome with associated moderate developmental
delay. A developmental assessment when she was 33 months old placed her receptive and
expressive language skills at 22 months, fine motor skills at 19 months, and social skills
at 24 months. When she was 5 years 8 months, the school system placed her adaptive
skills at 36-42 months, and classified her as EMR/CH.

In August 2003, Catherine developed severe Mycoplasma pneumonia and had
progressive respiratory difficulty. She was admitted to A.I. DuPont Hospital on
8/27/2003. She was initially treated with oxygen, Nasal BiPAP and antibiotics.
Unfortunately, her respiratory status deteriorated and she required intubation on
8/29/2003. She responed to treatment and was extubated on 9/9/2003. Unfortunately,
she subsequently had a severe cardiopulmonary arrest and sustained severe diffuse brain
damage. Subsequently, she had a tracheostomy and gastrostomy. Neurological
examination prior to discharge reported that she was in a persistent vegetative state.

Affiliated with the University of Pennsylvania School of Medicine

The Children's Hospital of Philadelphia is an equal opportunity employer and patients are accepted without regard to race, creed, color, handicap, national origin or sex.
Accredited with Commendation by the Joint Commission on the Accreditation of Healthcare Organizations

Catherine Laag                                                    page 2

Catherine Laag has been at the Voorhees Pediatric Center since discharge from
A.I.DuPont Hospital. She has been examined by two child neurologists and they concur
that she remains in a persistent vegetative state. She has no voluntary motor activity,
requires gastrostomy tube feedings, and has a tracheostomy with ventilatory support at
night.

The following opinions are held to a reasonable degree of medical certainty. They are
subject to change if and when additional information becomes available:

1. Catherine Laag is in a persistent vegetative state. This is a permanent condition
   and she will not recover neurologic function.
2. Catherine Laag lives at the Voorhees Pediatric Center. This is a state of the art
   center for children with severe permanent neurologic and respiratory problems.
   Although she receives the best medical care currently available, Catherine has
   permanent neurologic injury and will not recover. Ultimately, her severe medical
   problems will result in death.
3. The best available information places the mean life expectancy for children in a
   persistent vegetative state at 12 years. Catherine has been in a vegetative state
   since September, 2003; therefore, based on the best peer reviewed literature, her
   average life expectancy is until September, 2015. This is the average life
   expectancy, and the median life expectancy is actually shorter. If I estimate
   Catherine's life expectancy based on my personal experience with children in a
   persistent vegetative state with tracheostomy, respiratory support and
   gastrostomy, then I estimate Catherine's life expectancy to be shorter then the
   published mean, but I can not give an exact estimate in years.

Please contact me if you have additional questions.

Sincerely,

Donald P. Younkin, M.D.
Professor, Neurology and Pediatrics, University of Pennsylvania School of Medicine