# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, And JOHN LAAG Individually and in his Own right, plaintiffs : : : : : vs. : : EDWARD J. CULLEN, JR., D.O., JAMES : HERTZOG, M.D. and NEMOURS : FOUNDATION d/b/a A. I. DuPONT HOSPITAL : FOR CHILDREN, A Delaware Corporation : | CASE NO.  **CA 04-1306-GMS** |

## ORDER

Having considered Defendants' Motion In Limine To Exclude The Testimony of Michael Katz, M.D. on Life Expectancy, and plaintiff's response thereto:

**IT IS HEREBY ORDERED AND DECREED THAT:**

Defendants' Motion is **DENIED.**

**SO ORDERED** this___ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE