## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

CATHERINE B. LAAG, a minor, by her Parent :
and Natural Guardian, JOHN LAAG, and JOHN :
LAAG, Individually and in his own right, : Civil Action No.: 04-1306-GMS
 :
 Plaintiffs, :
 : JURY TRIAL DEMANDED
 v. :
 :
EDWARD J. CULLEN, JR., D.O., JAMES :
HERTZOG, M.D. and NEMOURS :
FOUNDATION d/b/a A. I. DUPONT HOSPITAL :
FOR CHILDREN, a Delaware Corporation, :
 :
 Defendants. :

## NOTICE OF SERVICE

  I, Michael P. Kelly, Esquire, hereby certify that Defendant The Nemours Foundation's Answers to Plaintiffs' Interrogatories – Set I were served on this 1st day of December, 2005, on the following counsel of record in the manner indicated:

**VIA HAND DELIVERY**    **VIA FACSIMILE**

Martin A. Schagrin, Esquire    F. Philip Robin, Esquire
Berkowitz, Schagrin & Cooper, P.A.  Robert N. Hunn, Esquire
1218 Market Street      Kolsby, Gordon, Robin, Shore & Bezar
P.O. Box 1632       Suite 2250, 1650 Market Street
Wilmington, DE 19899-1632   Philadelphia, PA 19103

     McCARTER & ENGLISH, LLP

   BY:   _A. S. Dupre_____
      Andrew S. Dupre (DE ID #4621)
      919 N. Market Street, Suite 1800
      P.O. Box 111
      Wilmington, DE 19899
      (302) 984-6333
      Attorneys for Defendants