UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, And JOHN LAAG Individually and in his Own right, plaintiffs | : CASE NO. : : **CA 04-1306-GMS** : : |
| vs. | : : |
| EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D. and NEMOURS FOUNDATION d/b/a A. I. DuPONT HOSPITAL FOR CHILDREN, A Delaware Corporation | : : : : |

## JOINT PROPOSED SPECIAL JURY QUESTIONAIRE

Robert N. Hunn, Esquire /s/
ROBERT N. HUNN, ESQUIRE
Kolsby Gordon Robin Shore & Bezar
Suite 2250
1650 Market Street
Philadelphia, Pa. 19103
(215) 851-9700

Michael P. Kelly, Esquire /s/
MICHAEL P. KELLY, ESQUIRE
McCarter & English
919 N. Market Street
Suite 1800
P.O. Box 111
Wilmington, DE 19899
(302) 984-6333

ME1\5372726.1

1. Was Edward J. Cullen, Jr. D.O. negligent?

_____ YES _____ NO _____ Evidence Equally Balanced

If your answer to Question # 1 is Yes, proceed to question #2. If your answer is "No" or "Evidence Equally Balanced," the jury foreperson should sign below and you should return to the courtroom.

_____
Jury Foreperson

2.     Was the negligence a proximate cause of the harm to Catherine Laag?

    \_\_\_\_\_ YES      \_\_\_\_\_ NO      \_\_\_\_\_Evidence Equally Balanced

If your answer to Question #2 is "Yes", proceed to question #3. If your answer is "No" or "Evidence Equally Balanced", the jury foreperson should sign below and you should return to the courtroom.

_____

Jury Foreperson

3.  State the total amount of damages which you award to plaintiffs for the harm suffered by Catherine Laag

$ _____

Please return to the Courtroom.

_____
JURY FOREPERSON

MEI\5372726.1