UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, And JOHN LAAG Individually and in his Own right, plaintiffs | CASE NO.<br><br>CA 04-1306-GMS |
| vs. | |
| EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D. and NEMOURS FOUNDATION d/b/a A. I. DuPONT HOSPITAL FOR CHILDREN, A Delaware Corporation | |

## EXHIBIT LIST

1. The following exhibit's were offered by both parties (Joint Exhibits) and received in evidence and marked as indicated.

| JT. NO. | | DATE ORDERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| J1 | | | | | Records of Medford Pediatric and Adolescent Medicine |
| J2 | | | | | Records of Virtua West Jersey Hospital |
| J#3 Consists Of: | | | | | Records of A.I. DuPont Hospital for Children- 8/27 – 9/13/03 |
| | | | | | Discharge Summary 38-39 |
| | | | | | Reports of Operations 43-73 |
| | | | | | Consultations 89-100 |
| | | | | | Laboratory Reports 1430-1481 |
| | | | | | Physician Orders 289-419 |
| | | | | | Progress Notes 417-541 |
| | | | | | Imaging Studies and EEGs 1512-1539 |
| | | | | | Medication Records 1386-1539 |
| | | | | | 9/09/03 Code Sheet 81 -88 |
| | | | | | Nursing Records 2493-2624 |
| | | | | | Respiratory Care Records 2872-2902 |
| | | | | | Post Admission records 2-32 |
| J4 | | | | | Seven (7) x-ray films of Catherine Laag |
| J5 | | | | | A.I. DuPont Hospital for Children |

ME1\5372725.1

|  |  |  |  |  | Discharge Summary |
|---|---|---|---|---|---|
| J6 |  |  |  |  | Dr. Cullen 9/09/03 Progress Note |
| J7 |  |  |  |  | Carolyn Boyd, M.D., 9/09/03 Progress Note |
| J8 |  |  |  |  | Fourteen (14) x-ray reports 8/28/03 to 9/09/03 |
| J9 |  |  |  |  | Eight (8) page pediatric intensive care daily flow-sheet 9/09/03 |
| J10 |  |  |  |  | Pediatric intensive care flow-sheet prepared by Patricia Miller |
| J11 |  |  |  |  | Code Sheet |
| J12 |  |  |  |  | 9/09/09 respiratory care flow-sheet |
| J13 |  |  |  |  | 9/01/03 respiratory care service flow-sheet |
| J14 |  |  |  |  | Fuhrman, BP et al, Pediatric Critical Care (2nd Ed) |
| J15 |  |  |  |  | Eyman RK et al, The Life expectancy of Profoundly Handicapped People with Mental Retardation (1990) |
| J16 |  |  |  |  | Ashwal S, et al, Life expectancy of Children in Persistent Vegetative State (1994) |
| J17 |  |  |  |  | Task Force on PVS, Medical Aspects of the Persistent Vegetative State (1994) |
| J18 |  |  |  |  | Strauss DJ et al, Life Expectancy and Median Survival Time in the Permanent Vegetative State (1999) |
| J19 |  |  |  |  | Strauss DJ et al, Life Expectancy of Children in Vegetative and Minimally Conscious States (2000) |
| J20 |  |  |  |  | Ashwal, S., Pediatric Vegetative State: Epidermiological and clinical issues (2004) |
| J21 |  |  |  |  | LNC Resource, Life Expectancy: What Does It Really Mean? (2005) |
| J22 |  |  |  |  | Ashwal, Medical Aspects of the Minimally Conscious State in Children (2003) |
| J23 |  |  |  |  | Glasson EJ, et al, The Changing Survival Profile of People with Down Syndrome (2002) |
| J24 |  |  |  |  | Day SM, et al, Mortality and causes of death in persons with Down Syndrome in California (2005) |

2. The following exhibit's were offered by plaintiffs and received in evidence and marked as indicated.

| Pl EX | DATE ORDERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|
| P1 | | | | Records of Voorhees Pediatric Facility |
| P2 | | | | Medical bills – A.I.DuPont Hospital for Children |
| P3 | | | | Medical bills – Voorhees Pediatric Facility |
| P4 | | | | 2/17/05 3/1/05 Videotape of Catherine Laag |
| P5 | | | | 2/17/05 9/20/05 Videotape of Catherine Laag |
| P6 | | | | CD ROM containing clips from 2/17,3/01,9/20/05, Home Video & School Clips |
| P7 | | | | Twenty-one (21) photographs of Catherine Laag |
| P8 | | | | Records of Shamong Township – Burlington Co. Special Services |
| P9 | | | | Records of Bancroft School |
| P10 | | | | 1996 - 2004 IEPs |
| P11 | | | | Three (3) achievement certificates for Catherine Laag |
| P12 | | | | July report of Stephen Lieberman, M.D. |
| P13 | | | | September report of Stephen Lieberman, M.D. |
| P14 | | | | Curriculum Vitae of Stephen Lieberman, M.D. |
| P15 | | | | Report of Katherine V. Biagas, M.D. |
| P16 | | | | Curriculum Vitae of Katherine V. Biagas, M.D |
| P17 | | | | Report of Betsy Bates, R.N. |
| P18 | | | | Curriculum Vitae of Betsy Bates, R.N. |
| P19 | | | | Report of Michael D. Katz, M.D. |
| P20 | | | | Supplemental report of Michael D. Katz, M.D. |
| P21 | | | | Curriculum Vitae of Michael D. Katz, M.D. |
| P22 | | | | Report of Herman Axelrod, PhD. |
| P23 | | | | Curriculum Vitae of Herman Axelrod, PhD. |
| P24 | | | | Report of Bunin & Associates |
| P25 | | | | Curriculum Vitae of Bunin & Assoc. |
| P26 | | | | Deposition of Edward J. Cullen, Jr., D.O. |

ME1\5372725.1

| | | | | | |
|---|---|---|---|---|---|
| P27 | | | | | Deposition of Bradley Furhman, M.D. |
| P28 | | | | | Videotape Deposition of Bradley Furhman, M.D. |
| P29 | | | | | Deposition of William Burke, M.D. |
| P30 | | | | | Deposition of Donald Younkin, M.D. |
| P31 | | | | | Blow-up explaining Intubation |
| P32 | | | | | Life-expectancy tables |
| P33 | | | | | Educational material from Burlington County Special Services |
| P34 | | | | | Three Life Care Summaries Betsy Bates |
| P35 | | | | | Present Value Chart from Bunin & Associates Report |
| P36 | | | | | 10/25/05 Pulmonetics Letter |
| P37 | | | | | Low Risk-High Risk Chart for Extubations |
| P38 | | | | | Low Risk-High Risk Chart for Extubations |
| P39 | | | | | Dr. Papastamelos Letter |
| P40 | | | | | Crafts made by Catherine Laag |

Plaintiff intends to use pages of the above exhibits as demonstrative evidence at trial. Plaintiff reserves the right to supplement this exhibit list and utilize any exhibits named by defendants up to and at the time of trial.

2. The following exhibits were offered by plaintiff and marked for identification. Defendant objected to their receipt in evidence on the grounds stated.

P. 4 (On the grounds that the evidence calls for speculation, is irrelevant, and is unduly prejudicial.)
P. 5,6, and 7 (On the grounds that the evidence is irrelevant and needlessly cumulative.)
P. 8 and 11 (On the grounds that the evidence is irrelevant.)
P. 31 (On the grounds that the exhibit has not been reviewed by defendants.)
P.32 (On the grounds that these government life expectancy statistics are irrelevant and misleading because they do not apply to members of plaintiff's class.)
P.33 (On the grounds that the documents are irrelevant.)
P.40 (On the grounds that the materials are irrelevant.)

ME1\5372725.1

Defendants reserves the right to object at trial on the grounds that any given piece of evidence is being used in an inadmissible manner.

3.  The following exhibits were offered by defendants, received in evidence and marked as indicated:

| DEF. NO. | PLTF. NO. | DATE ORDERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| DX 1 | | | | | Expert Report of William H. Burke |
| DX 2 | | | | | Expert Report of Bradley P. Fuhrman |
| DX 3 | | | | | Expert Report of The Center for Forensics Economic Studies |
| DX 4 | | | | | Expert Report of Shekhar T. Venkataraman |
| DX 5 | | | | | Expert Report of Donald P. Younkin |
| DX 6 | | | | | Deposition Transcript of Carolyn Boyd |
| DX 7 | | | | | Deposition Transcript of Steven Paul Cook |
| DX 8 | | | | | Deposition Transcript of Cheryl Martinenza |
| DX 9 | | | | | Curriculum Vitae of William H. Burke, Ph.D. |
| DX 10 | | | | | Curriculum Vitae of Pia Di Girolamo, Ph.D. |
| DX 11 | | | | | Curriculum Vitae of Jerome M. Staller, Ph.D. |
| DX 12 | | | | | Curriculum Vitae of Brian P. Sullivan, Ph.D. |
| DX 13 | | | | | Curriculum Vitae of Bradley P. Fuhrman, M.D. |
| DX 14 | | | | | Curriculum Vitae of Shekhar T. Venkataraman |
| DX 15 | | | | | Curriculum Vitae of Donald P. Younkin, M.D. |
| DX 16 | | | | | 8/28/03 Progress Note (Bates No. AIDH 00422) |
| DX 17 | | | | | 8/29/03 Progress Note (Bates No. AIDH 00426) |
| DX 18 | | | | | 8/31/03 Progress Note (Bates No. AIDH 00440) |
| DX 19 | | | | | 9/2/03 Progress Note (Bates No. AIDH 00447) |
| DX 20 | | | | | 9/7/03 Progress Note (Bates No. AIDH |

ME1\5372725.1

|       |   |   |   |   | 02531) |
|-------|---|---|---|---|--------|
| DX 21 |   |   |   |   | 9/7/03 Progress Note (Bates Nos. AIDH 00487) |
| DX 22 |   |   |   |   | 9/8/03 Progress Note (Bates Nos. AIDH 00489) |
| DX 23 |   |   |   |   | 9/8/03 Progress Note (Bates Nos. AIDH 00490) |
| DX 24 |   |   |   |   | Deposition Transcript of Herman Axelrod |
| DX 25 |   |   |   |   | Deposition Transcript of Betsy H. Bates |
| DX 26 |   |   |   |   | Deposition Transcript of Katherine Biagas |
| DX 27 |   |   |   |   | Deposition Transcript of Michael Katz |
| DX 28 |   |   |   |   | Deposition Transcript of Stephen Lieberman |
| DX 29 |   |   |   |   | 10/20/05 Letter from Dr. Burke with Attachments Re: FAQ about Medicare |

      Defendants may use pages of the above exhibits as demonstrative evidence at trial. Defendants reserve the right to supplement this exhibit list and utilize any exhibits named by plaintiffs up to and at the time of trial.

4.     The following exhibits were offered by defendants and marked for identification. Plaintiffs objected to their receipt in evidence on the grounds stated:

      DX 29 (On the grounds that plaintiff has neither seen the attachment and believes it is unduly prejudicial and misleading.)

      Plaintiffs have no other objection at this time but reserves the right to object at trial on the grounds that any given piece of evidence is being used in an inadmissible manner.

Robert N. Hunn, Esquire /s/
ROBERT N. HUNN, ESQUIRE
Kolsby Gordon Robin Shore & Bezar
Suite 2250
1650 Market Street
Philadelphia, Pa. 19103
(215) 851-9700

Michael P. Kelly, Esquire /s/
MICHAEL P. Kelly, ESQUIRE
McCarter & English
919 N. Market Street
Suite 1800
P.O. Box 111
Wilmington, DE 19899
(302) 984-6333

ME1\5372725.1