# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, And JOHN LAAG Individually and in his Own right, plaintiffs | : : : : : | CASE NO. **CA 04-1306-GMS** |
| vs. | : : | |
| EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D. and NEMOURS FOUNDATION d/b/a A. I. DuPONT HOSPITAL FOR CHILDREN, A Delaware Corporation | : : : : | |

## JOINT FINAL PRE-TRIAL ORDER

This matter having come before the Court at a Pre-Trial Conference held pursuant to F.R.C.P. 16 and Robert N. Hunn, Esquire and F. Philip Robin, Esquire, Kolsby, Gordon, Robin, Shore & Bezar, 22nd Floor, One Liberty Place, 1650 Market Street, Philadelphia, PA 19103, telephone (215) 851-9700 having appeared as counsel for plaintiffs and Michael P. Kelly, Esquire and James J. Freebery, Esquire, McCarter & English, 919 North Market Street, Suite 1800, Wilmington, Delaware 19899, telephone (302) 984-6333 having appeared as counsel for defendants, the following actions were taken:

## I.     NATURE OF ACTION

This is a medical malpractice personal injury action and the jurisdiction of the court is involved under 28 U.S.C. §1332 (diversity of citizenship). The amount in

MEI\5372757.1

controversy is in excess of $75,000 exclusive of interest and costs. Jurisdiction is not disputed.

## II.    **STIPULATIONS**

### A.    **Stipulated Facts**

1.    Plaintiff Catherine Laag was born on August 23, 1993 with Trisomy 21 (Down Syndrome).

2.    Plaintiff Catherine Laag was ten years old at the time of the incident.

3.    Plaintiff John Laag is the parent and natural guardian of Catherine Laag.

4.    Defendant Edward J. Cullen, Jr., D.O. is a physician licensed to practice in the state of Delaware specializing in critical care medicine.

5.    Defendant, Nemours Foundation d/b/a A.I. DuPont Hospital for Children is a Delaware Corporation operating the A.I. DuPont Hospital for Children in Wilmington, Delaware.

6.    At all times material hereto, defendant Edward J. Cullen, Jr., D.O. was the agent, servant and/or employee of the Nemours Foundation d/b/a A.I. DuPont Hospital for Children.

7.    On August 29, 2003, Catherine Laag was intubated and placed on mechanical ventilation.

8.    On September 9, 2003, at 11:35 a.m., defendant Edward J. Cullen, Jr., D.O. extubated Catherine Laag from mechanical ventilation.

9.    As a result of anoxic encephalopathy, Catherine Laag is in a persistent vegetative state.

MEI\5372757.1

10.     Catherine Laag was hospitalized at A.I. DuPont Hospital for Children from August 27, 2003 to March 1, 2004.

11.     On March 1, 2004, Catherine Laag was transferred to the Voorhees Pediatric Facility in Voorhees, New Jersey.

12.     The Voorhees Pediatric Facility provides twenty-four hour care to children in persistent vegetative states.

13.     The parties stipulate that the records of A.I. DuPont Hospital For Children are authentic.

14.     The parties stipulate that the billing statements of A.I. DuPont Hospital For Children are authentic.

15.     The parties stipulate that the records of the Voorhees Pediatric Facility are authentic.

16.     The parties stipulate that the billing statements of the Voorhees Pediatric Facility are authentic.

**B.     Contested Issues of Fact**

1. Causation

2. Life Expectancy

**C.     Contested Issues of Law**

1.     Was defendant Edward J. Cullen, Jr., D.O. negligent in extubating Catherine Laag on September 9, 2003.

2.     The defense raised three *Daubert* issues through Motions *In Limine*.

MEI\5372757.I

III.    **EXHIBITS**

    A.     Plaintiff's Exhibits

          See Exhibit List attached to this order.

    B.     Defendants' Exhibits

          See Exhibit List attached to this order

    C.     The Parties reserve the right to enter each other's exhibits.

IV.    **WITNESSES**

    **A.**     **Plaintiff's Witnesses**

    1.     John Laag (Father)
          348 White Horse Pike
          Clementon, New Jersey

    2.     Juliana Laag (Step-mother)
          348 White Horse Pike
          Clementon, New Jersey

    3.     Jessica Laag (Sister)
          348 White Horse Pike
          Clementon, New Jersey

    4.     Dana Laag (Sister)
          348 White Horse Pike
          Clementon, New Jersey

    5.     Pamela Woodington (Principal of Burlington County Special Services)
          20 Pioneer Boulevard
          Westampton, New Jersey

    6.     Jean Mann (Teacher at Burlington County Special Services)
          20 Pioneer Boulevard
          Westampton, New Jersey

    7.     Rebecca Carter, MSW, LSW
          (Social Worker at Voorhees Pediatric Facility)

1304 Laurel Oak Road
Voorhees, New Jersey

8.      Peter Turner, M.D. (Pediatrician)
        1304 Laurel Oak Road
        Voorhees, New Jersey

9.      Caitlin Papastamelos, M.D. (Pediatric Pulmonologist)
        1304 Laurel Oak Road
        Voorhees, New Jersey

10.     Edward J. Cullen, Jr., D.O. (As of cross)
        1600 Rockland Road
        Wilmington, Delaware

11.     Cheryl Martinenza, R.N.
        1600 Rockland Road
        Wilmington, Delaware

12.     Caroline Boyd, M.D.
        1600 Rockland Road
        Wilmington, Delaware

13.     Dianna Cartwright, R.N.
        1600 Rockland Road
        Wilmington, Delaware

14.     Patty Miller, R.N.
        1600 Rockland Road
        Wilmington, Delaware

15.     Christine Graham
        1600 Rockland Road
        Wilmington, Delaware

16.     Lori Bingaman
        1600 Rockland Road
        Wilmington, Delaware

17.     Sabrina Dicinidio, M.D.
        1600 Rockland Road
        Wilmington, Delaware

18.     Henry Khine, M.D.
        1600 Rockland Road
        Wilmington, Delaware

19.    Stephen Cook, M.D.
       1600 Rockland Road
       Wilmington, Delaware

20.    Representative of Pulmonetics
       King of Prussia, Pa

21.    Stephen A. Lieberman, M.D. (Plaintiff's Expert)
       759 Chestnut Street
       Springfield, Mass

22.    Katherine V. Biagas, M.D. (Plaintiff's Expert)
       630 W. 126th Street
       New York, New York

23.    Betsy Bates, R.N. (Plaintiff's Expert)
       79 Fairview Road
       Elk, Maryland

24.    Michael D. Katz, M.D. (Plaintiff's Expert)
       77 Prospect Avenue
       Hackensack, New Jersey

25.    Herman Axelrod, Ph.D. (Plaintiff's Expert)
       78 High Gate Lane
       Blue Bell, Pa

26.    Bunin & Associates (Plaintiff's Expert)
       300 East Lancaster Avenue
       Wynnewood, Pa

**B.    Statement of Qualifications of Plaintiff's Expert Witnesses**

1.    Stephen A. Lieberman, M.D. is Board Certified in Pediatrics and Pediatric

Critical Care Medicine and currently serves as the Director of the Pediatric Intensive

Care Unit and the Director of Pediatric In-Patient Services at Bay State Medical Center

Children's Hospital in Springfield, Massachusetts. He has served as the Director of

Pediatric Intensive Care since 1985 and as Director of Pediatric Inpatient Services since

1988.

MEI\5372757.1

2.     Katherine V. Biagas, M.D. is Board Certified in Pediatrics and Pediatric Critical Care Medicine and currently serves as the Director of the Pediatric Critical Care Medicine Fellowship Program at Columbia University, College of Physicians and Surgeons, in New York, New York. She has been an Assistant Professor of Pediatric Critical Care at Columbia University since 1999. She has served as an instructor and Assistant Professor of Critical Care and Applied Physiology at Yale University School of Medicine.

3.     Michael D. Katz, M.D. is Board Certified in Neurology with special qualifications in Child Neurology and currently works as a Pediatric Neurologist at the Hackensack Memorial Hospital in Hackensack, New Jersey.

4.     Herman Axelrod, Ph.D. earned a Ph.D. in the education of exceptional children and is currently serving as the Executive Director of the Greentree School in Pennsylvania. Dr. Axelrod has served as a teacher and District Administrator for Severely/Profoundly Impaired Students for the Philadelphia School District.

5.     Betsy H. Bates, R.N. is a Registered Nurse in Pennsylvania, Delaware and Maryland and is a Certified Nurse Life Care Planner, a Certified Legal Nurse Consultant and a certified LCase Manager. She is the owner of Rehab Nurse Consultants, LTD since 1993 and is a Rehabilitation Nursing Supervisor for Bayada Nurses

6.     Royal A. Bunin is an Actuarial/Economic Consultant at Bunin Associates located in Wynnewood, Pennsylvania.

**C.     Defense Witnesses**

1.     Edward J. Cullen, D.O.
       1600 Rockland Road

Wilmington, DE 19803

2. Cheryl Martinenza, R.N.
1600 Rockland Road
Wilmington, DE 19803

3. Caroline Boyd, M.D.
1600 Rockland Road
Wilmington, DE 19803

4. Dianna Cartwright, R.N.
1600 Rockland Road
Wilmington, DE 19803

5. Patty Miller, R.N.
1600 Rockland Road
Wilmington, DE 19803

6. Christine Graham, R.N.
1600 Rockland Road
Wilmington, DE 19803

7. Lori Bingaman
1600 Rockland Road
Wilmington, DE 19803

8. Sabrina Dicindio, M.D.
1600 Rockland Road
Wilmington, DE 19803

9. Henry Khine, M.D.
1600 Rockland Road
Wilmington, DE 19803

10. Stephen Cook, M.D.
1600 Rockland Road
Wilmington, DE 19803

11. Bradley P. Fuhrman, M.D. (Defense Expert)
219 Bryant Street
Buffalo, NY 14222

12. Shekhar Venkataraman, M.D. (Defense Expert)
3705 Fifth Avenue, Room 6831
Pittsburgh, PA 15213

MEI\5372757.1

13.    William H. Burke, Ph.D. (Defense Expert)
       500 Market Street
       Portsmouth, NH 03801

14.    Center For Forensic Economic Studies (Defense Expert)
       Jerome Staller, Ph.D.
       Brian Sulliven, Ph.D.
       Pia Di Girolamo, Ph.D.
       1608 Walnut Street, Eight Floor
       Philadelphia, PA 19103-5407

15.    Donald P. Younkin, M.D. (Defense Expert)
       34th Street and Civic Center Blvd.
       Philadelphia, PA 19104-4399

**D.    Statement of Qualifications of Defendants' Expert Witnesses**

1.    Bradley P. Fuhrman, M.D. is a Pediatric Critical Care Specialist licensed to

practice in Pennsylvania. Dr. Fuhrman is Board Certified in Pediatrics, Pediatric Critical

Care, Nanotechnology and Pediatric Cardiology, but confines his practice to Pediatric

Critical Care. Dr. Fuhrman has been the Chief of Pediatric Critical Care at the University

of Minnesota (1979-1985) and Associate Director of the Pediatric Intensive Care Unit at

Children's Hospital of Pittsburgh (1985-1991). Since 1991, he has served as the Chief of

Pediatric Critical Care at the Children's Hospital of Buffalo.

2.    Shekhar Venkataraman, M.D. is a Pediatric Critical Care Specialist licensed to

practice in Pennsylvania. Dr. Venkataraman is Board Certified in Pediatrics and

Pediatric Critical Care. He has been an Attending Physician in Pediatric Critical Care at

Children's Hospital of Pittsburgh since 1987, and also serves as the Medical Director of

Respitory Care Services. Dr. Venkataraman is also an Associate Professor in the

Department of Critical Care of University of Pittsburgh School of Medicine.

9

MEI\5372757.1

3.    Donald P. Younkin, M.D. is Chief of the Neurology Division of the Children's Hospital of Pennsylvania. He is Board Certified in Pediatrics and Child Neurology, and is licensed to practice in New York, New Jersey and Pennsylvania. Dr. Younkin is also Director of the Child Neurology Residency program at the University of Pennsylvania School of Medicine.

4.    Three experts from the Center for Forensic Economic Studies submitted a joint report regarding the present economic value of Plaintiffs' alleged future medical costs. Jerome M. Staller, Ph.D. is President of the Center for Forensic Economic Studies and holds a doctoral degree in Labor Economics and Statistics from Temple University. Brian P. Sullivan, Ph.D. and Pia Di Girolamo, Ph.D. are Senior Economists. Dr. Sullivan holds a doctoral degree in Microeconomic Theory and Econometrics from the University of North Carolina. Dr. Di Girolamo holds a doctorate in Economics from Purdue University. Only one expert will testify, depending on availability and the rate of trial progression.

5.    William Burke, Ph.D. holds a doctorate in Rehabilitation Services from Florida State University and conducts forensic medical life-care analyses for his own firm.

**E.**    The parties reserve the right to call each other's witnesses.

## V.    DEPOSITIONS TO BE READ INTO EVIDENCE AT TRIAL

A.    None

MEI\5372757.1

## VII.  ITEMIZED STATEMENT OF SPECIAL DAMAGES

| | | |
|---|---|---|
| A. | A.I. DuPont Hospital For Children<br>8/27/03 to 3/1/04 | $157,478.00 |
| B. | Voorhees Pediatric Facilities<br>3/1/04 to 8/31/05 | $658,482.00 |
| C. | Out-Patient – DuPont Hospital | $5,245.44 |
| | **TOTAL PAST MEDICAL EXPENSE**<br>(Actual amount paid.) | **$821,205.44** |

The parties dispute the amount of future medical expense although agree that

plaintiff will incur future medical expenses.


## VII.  WAIVER OF CLAIMS OR DEFENSES

None.

## VIII.  TRIAL BRIEFS

Filed separately by the parties


## IX.  JOINT JURY INSTRUCTIONS AND VERDICT FORMS

Joint Jury Instructions and a Joint Verdict Form are being filed separately by the
parties


## X.  JOINT VOIR DIRE QUESTIONS

Joint Voir Dire Questions are being filed separately by the parties


## XI.  HISTORY AND STATUS OF SETTLEMENT NEGOTIATIONS

The parties conducted a mediation with the Honorable Mary Pat Thynge on

November 18, 2005.

ME1\5372757.1

## XII.    COMPLETION OF DISCOVERY

The parties have completed discovery.

## XIII.    LENGTH OF TRIAL

It is anticipated that the trial of this matter will take seven (7) to ten (10) days.

## XIV.    JURY TRIAL

This is a jury trial

## XV.    NUMBER OF JURORS

The plaintiffs recommend that six (6) jurors be selected at the commencement of the trial.

The defendants recommend that twelve (12) jurors be selected at the commencement of the trial.

The Order will control the course of the trial and may not be amended except by consent of the parties and the Court, or by Order of the Court to prevent manifest and justice.  Possibility of settlement of this case was considered by the parties.

_____
UNITED STATES DISTRICT JUDGE

MEI\5372757.1

DATE:_____

Robert N. Hunn, Esquire /s/
ROBERT N. HUNN, ESQUIRE
Kolsby Gordon Robin Shore & Bezar
Suite 2250
1650 Market Street
Philadelphia, Pa. 19103
(215) 851-9700

Michael P. Kelly, Esquire /s/
MICHAEL P. KELLY, ESQUIRE
McCarter & English
919 N. Market Street
Suite 1800
P.O. Box 111
Wilmington, DE  19899
(302) 984-6333

MEI\5372757.1