UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, And JOHN LAAG Individually and in his Own right, plaintiffs | : CASE NO. : : **CA 04-1306-GMS** : |
| vs. | : : |
| EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D. and NEMOURS FOUNDATION d/b/a A. I. DuPONT HOSPITAL FOR CHILDREN, A Delaware Corporation | : : : : |

## PROPOSED JOINT VOIR DIRE

1.  Plaintiff's counsel are Robert N. Hunn and F. Philip Robin who are attorneys with the law firm of Kolsby, Gordon, Robin, Shore & Bezar with offices located in Philadelphia, PA and Haddonfield, NJ. Does anyone know Mr. Hunn, Dr. Robin or their law firm?

2.  Defense counsel are Michael P. Kelly and James J. Freebery who are attorneys with the firm of McCarter & English with an office located in Wilmington, DE. Does anyone know Mr. Kelly, Mr. Freebery or their law firm?

3.  The plaintiffs are Catherine Laag and her father, John Laag. John Laag resides in Clementon, NJ and Catherine resides at the Voorhees Pediatric Facility in Voorhees, NJ. Does anyone know either Catherine or John Laag?

4.  The two defendants are Edward J. Cullen, Jr., D.O. and his employer, Nemours Foundation (which operates A.I. DuPont Hospital for Children). Do you, any

of your family members, or close friends know of or ever been treated by Dr. Edward Cullen or have a relationship with the Nemours Foundation?

5. In this case you may hear testimony from the following individuals. Please raise your hand if you know any of the following:

    a)     Juliana Laag

    b)     Jessica Laag

    c)     Dana Laag

    d)     Pamela Woodington

    e)     Jean Mann

    f)     Rebecca Carter, MSW, LSW

    g)     Peter Turner, M.D.

    h)     Caitlin Papostamelos, M.D.

    i)     Cheryl Martinenza, R.N.

    j)     Caroline Boyd, M.D.

    l)     Dianna Cartwright, R.N.

    m)     Patty Miller, R.N.

    n)     Christine Graham

    o)     Lori Bingaman

    p)     Sabrina Dicinidio, M.D.

    q)     Henry Khine, M.D.

    r)     Stephen Cook, M.D.

    s)     Representative of Pulmonetics

    t)     Stephen A. Lieberman, M.D.

  u)  Katherine V. Biagas, M.D.

  v)  Betsy Bates, R.N.

  w)  Michael D. Katz, M.D.

  x)  Herman Axelrod, Ph.D.

  y)  Bunin & Associates

  z)  Bradley P. Fuhrman, M.D.

  aa)  Shekhar Venkataraman, M.D.

  bb)  William H. Burke, Ph.D.

  cc)  Center For Forensic Economic Studies
     Jerome Staller, Ph.D.
     Brian Sulliven, Ph.D.
     Pia Di Girolamo, Ph.D

  dd)  Donald P. Younkin, M.D.

6. Are you, a family member or close friend employed, or ever employed at any hospital or healthcare group or facility?

7. Have you, any family member, or close friend ever had any knowledge or experience with someone in a persistent vegetative state?

8. Have you, any family member, or close friend ever been intubated?

9. Does anyone here hold the opinion or belief that a doctor treated you or a family member in an unskilled, careless or negligent manner?

10. Have you or any member of your immediate family ever been involved in any unpleasant incident as a result of medical care or treatment rendered to you or any family member, either by a physician, nurse or hospital?

11. Have you or any member of your family ever made a claim against a doctor or a hospital for medical negligence, also known as malpractice?

12. Have you ever been a plaintiff in a lawsuit for personal injuries? What type of case?

13. Have you, any member of your family or close friends ever filed a claim alleging personal injuries? If so, what kind of case?

14. Have you ever been a defendant in a lawsuit for person injuries? If so, what kind of case?

15. Have you or any member of your family ever been, or are presently employed, by a company in the business of adjusting claims?

16. This case will involve discussion and graphic depictions of complex medical issues. For example, pictures will be shown of a child in a persistent vegetative state. Because of the graphic nature of some of the evidence, does anyone believe they will have difficulty listening to the evidence presented in this case?

17. Have you ever been a juror in a civil case?

18. For any reason, whether religious, philosophical or otherwise, does anyone believe that they should or could not serve as a juror in this case?

Robert N. Hunn, Esquire /s/
ROBERT N. HUNN, ESQUIRE
Kolsby Gordon Robin Shore & Bezar
Suite 2250
1650 Market Street
Philadelphia, Pa. 19103
(215) 851-9700


Michael P. Kelly, Esquire /s/
MICHAEL P. KELLY, ESQUIRE
McCarter & English
919 N. Market Street
Suite 1800
P.O. Box 111
Wilmington, DE  19899
(302) 984-6333

ME1\5372730.1