IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, and JOHN LAAG, Individually and in his own right, | :<br>:<br>: Civil Action No.: 04-1306-GMS |
| Plaintiffs, | : |
| v. | : JURY TRIAL DEMANDED |
| EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D. and NEMOURS FOUNDATION d/b/a A. I. DUPONT HOSPITAL FOR CHILDREN, a Delaware corporation, | :<br>:<br>:<br>: |
| Defendants. | : |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of Katherine Biagas, M..D. pursuant to Federal Civil Rules 26 and 30 on Wednesday, December 14, 2005 at 3:00 p.m. before a Notary Public at Columbia University, 630 WW 168th Street, New York, NY 10032. This deposition will continue from day to day until completed.

McCarter & English, LLP

BY: /s/ Michael P. Kelly
Michael P. Kelly (DE Bar ID #2295)
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899
(302) 984-6333
Attorneys for Defendants,
Edward J. Cullen, Jr., D.O.,
James Hertzog, M.D. and Nemours
Foundation d/b/a A. I. DuPont
Hospital For Children

Dated: December 12, 2005

ME1\5366843.1

## CERTIFICATE OF SERVICE

I, Michael P. Kelly, hereby certify that on this 12th day of December, 2005, a copy of the foregoing Notice of Deposition was served via e-file on the following attorneys of record:

Martin A. Schagrin, Esquire  
Berkowitz, Schagrin & Cooper, P.A.  
1218 Market Street  
P.O. Box 1632  
Wilmington, DE  19899-1632

Robert N. Hunn, Esquire  
Kolsby, Gordon, Robin, Shore & Bezar  
Suite 2250, 1650 Market Street  
Philadelphia, PA  19103

BY: /s/ Michael P. Kelly  
Michael P. Kelly (DE Bar ID #2295)

ME1\5366843.1