IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, and JOHN LAAG, Individually and in his own right,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD J. CULLEN, JR., D.O., JAMES HERTZOG, M.D. and NEMOURS FOUNDATION d/b/a A. I. DUPONT HOSPITAL FOR CHILDREN, a Delaware Corporation,<br><br>Defendants. | Civil Action No.: 04-1306-GMS<br><br>JURY TRIAL DEMANDED |

## *STIPULATION OF DISMISSAL*

Plaintiffs, Catherine B. Laag, a minor, by her Parent and Natural Guardian, John Laag, and John Laag, Individually and in his own right, by and through their attorney, Robert N. Hunn, and Defendants, Edward J. Cullen, Jr., D.O., James Hertzog, M.D. and Nemours Foundation d/b/a A. I. DuPont Hospital For Children., by and through their attorney, Michael P. Kelly, hereby agree to dismissal with prejudice of James Hertzog, M.D.

WL1: 108844.01
99601-00001

KOLSBY, GORDON, ROBIN, SHORE & BEZAR

_____
Robert N. Hunn, Esquire
One Liberty Place, 22nd Floor
1650 Market Street
Philadelphia, PA 19103
(215) 851-9700
Attorney for Plaintiffs,
CATHERINE B. LAAG, a minor,
by her Parent and Natural Guardian,
JOHN LAAG, and JOHN LAAG,
Individually and in his own right

Date: 12/21/05

McCARTER & ENGLISH

_____
MICHAEL P. KELLY (DE ID# 2295)
919 North Market Street, Suite #1800
P. O. Box 111
Wilmington, DE 19899
(302) 984-6300
Attorney for Defendants,
Edward J. Cullen, Jr., D.O.,
James Hertzog, M.D. and Nemours
Foundation d/b/a A. I. DuPont
Hospital For Children

Date:_____

SO ORDERED, this _____ day of _____, 2005.

_____
J.

2

WL1: 108844.01
99601-00001