January 4, 2006

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
Room 4324 – Lock Box 19
844 North King Street
Wilmington, DE  19801

      RE:    **Catherine Laag vs. Nemours Foundation, et al.**
                **Civil Action No. CA04-1306-GMS**

Dear Judge Sleet:

      I am lead counsel for the plaintiffs in the above-captioned matter.  I am pleased to inform the court that the above matter has settled in principle.  Details of the settlement are currently being worked out by the parties.  One such detail includes the dismissal of defendant Cullen from the case before the matter is marked settled on the docket.  We anticipate providing the court with a signed Stipulation to that effect in the near future.

      Plaintiffs believe all outstanding details will be resolved between the parties and submits that the January 17, 2006 trial date can be cancelled.

      As the court may recall, plaintiffs' John and Catherine Laag are residents of the State of New Jersey.  Because the New Jersey Surrogate's Court asserts jurisdiction over resident minor settlement funds, we may need to request a certain type of settlement approval order from your Honor in the near future. We will work with the New Jersey Surrogate's office to resolve such issues as efficiently as possible.

      On behalf of all parties, I wish to thank the court for its indulgence in this matter.


                                                  Respectfully,

                                                  Robert N. Hunn/s/
                                                  ROBERT N. HUNN


RNH/jmm

cc:     Michael P. Kelly, Esquire