Michael P. Kelly

Managing Partner
mkelly@mccarter.com

McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
tel 302.984.6300
fax 302.984.6399
www.mccarter.com



**M<sup>c</sup>CARTER
ENGLISH**
ATTORNEYS AT LAW

January 4, 2006

**VIA HAND DELIVERY**

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Lockbox 19
Wilmington, DE 19801

Re:   **Laag v. Cullen et al., Case Number 04-1306-GMS.**

Dear Judge Sleet:

I am happy to report to Your Honor that the above-referenced matter has settled. The parties hope to file a Stipulation of Dismissal very shortly.

I am sure Plaintiff's counsel joins me in thanking the Honorable Mary Pat Thynge, who once again proved to be the best mediator around. Judge Thynge dropped everything to mediate, and eventually settle, this case on very short notice. The parties are extremely grateful for her efforts.

Counsel is very thankful to Your Honor for the time you have spent on this case.

Respectfully,

/s/ Michael P. Kelly

Michael P. Kelly

MPK/mrh
cc:     Robert Hunn, Esq. (via fax)

ME1\5405283.1