

Kolsby • Gordon • Robin • Shore • Bezar
TRIAL ATTORNEYS

One Liberty Place ♦
1650 Market Street, 22nd Floor Philadelphia, PA 19103
T: 215.851.9700   F: 215.851.9701   800.709.3193
info@kolsbygordon.com   www.kolsbygordon.com

Robert N. Hunn
rhunn@kolsbygordon.com

January 19, 2006

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
Room 4324 – Lock Box 19
844 North King Street
Wilmington, DE 19801

RE: **Catherine Laag, a minor vs. Nemours Foundation, et al.
Civil Action No. CA04-1306-GMS**

Dear Judge Sleet:

On behalf of the parties, we are presenting the court with our Stipulation for Dismissal of the above matter along with the Order approving the settlement.

The minor plaintiff's proceeds from the settlement will be placed in a Special Needs Trust. In order to create the Special Needs Trust in New Jersey, I need to present the New Jersey Surrogate Court with an Order directing her funds to a Special Needs Trust.

On behalf of all the parties, I wish to express our appreciation for your assistance in this matter.

Respectfully,

Robert N. Hunn

RNH/jmm
Enclosures

cc: Michael P. Kelly, Esquire