# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, And JOHN LAAG Individually and in his Own right, plaintiffs | CASE NO.<br><br>**CA 04-1306-GMS** |
| vs. | |
| NEMOURS FOUNDATION d/b/a A. I. DuPONT HOSPITAL FOR CHILDREN, | |

## JOINT STIPULATION OF DISMISSAL

It is herby stipulated and agreed by and between Robert N. Hunn, Esquire, counsel for Catherine Laag, a minor, by her Parent and Natural Guardian John Laag, and John Laag in his own right, and Michael P. Kelly, Esquire, counsel for Nemours Foundation d/b/a A. I. DuPont Hospital For Children, that the above captioned matter is discontinued and dismissed with prejudice.

Robert N. Hunn, Esquire /s/
ROBERT N. HUNN, ESQUIRE
Kolsby Gordon Robin Shore & Bezar
Suite 2250
1650 Market Street
Philadelphia, Pa. 19103
(215) 851-9700

Michael P. Kelly Esquire /s/
MICHAEL P. KELLY, ESQUIRE
McCarter & English
919 N. Market Street
Suite 1800
P.O. Box 111
Wilmington, DE 19899
(302) 984-6333

So **APPROVED** and **ORDERED** this _____ day of _____ 2006

BY THE COURT

_____
J.