# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, And JOHN LAAG Individually and in his Own right, plaintiffs | CASE NO.<br><br>**CA 04-1306-GMS** |
| vs. | |
| NEMOURS FOUNDATION d/b/a A. I. DuPONT HOSPITAL FOR CHILDREN, | |

## ORDER

**AND NOW**, this         day of         , 2006, the Court having been informed of the amicable settlement of the above matter in the amount of Five Million Five Hundred Thousand Dollars ($5,500,000.00), and having received the Stipulation of Dismissal from the parties, it is hereby;

**ORDERED** and **DECREED** that the settlement of the minor's claim is approved in the amount of Five Million Five Hundred Thousand Dollars ($5,500,000.00) with the net proceeds to minor plaintiff to be placed in a Special Needs Trust to be established by parent or guardian.

BY THE COURT:

_____ J.