(91)

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CATHERINE B. LAAG, a minor, by her  : CASE NO.
Parent and Natural Guardian, JOHN LAAG, :
And JOHN LAAG Individually and in his : **CA 04-1306-GMS**
Own right, plaintiffs :
:
vs. :
:
:
:
NEMOURS FOUNDATION d/b/a :
A. I. DuPONT HOSPITAL FOR CHILDREN, :



RECEIVED JAN 20 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

### ORDER

**AND NOW**, this 26th day of Jan, 2006, the Court having been informed of the amicable settlement of the above matter in the amount of Five Million Five Hundred Thousand Dollars ($5,500,000.00), and having received the Stipulation of Dismissal from the parties, it is hereby;

**ORDERED** and **DECREED** that the settlement of the minor's claim is approved in the amount of Five Million Five Hundred Thousand Dollars ($5,500,000.00) with the net proceeds to minor plaintiff to be placed in a Special Needs Trust to be established by parent or guardian.

FILED JAN 2 6 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

BY THE COURT:

_____ J.