April 17, 2006

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
Room 4324 – Lock Box 19
844 North King Street
Wilmington, DE  19801

      RE:    **Catherine Laag vs. Nemours Foundation, et al.**
              <u>Civil Action No. CA04-1306-GMS</u>

Dear Judge Sleet:

    We have been advised by trust counsel where the minor resides (New Jersey) that a Special Needs Trust would not be the optimum instrument for the minor's benefit. Accordingly, we would ask Your Honor to modify the Order of January 26, 2006 to place the funds in a Trust For the Benefit of the Minor which will be converted to a Special Needs Trust upon her attaining the age of eighteen.

    Thank you for your attention to this matter.

                                                    Respectfully,

                                                   <u>Robert N. Hunn /s/</u>
                                                   Robert N. Hunn

RNH/jmm
Enclosure

cc:    Michael P. Kelly, Esquire (w/enc.)

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, And JOHN LAAG Individually and in his Own right, plaintiffs | : : : : : | CASE NO.  **CA 04-1306-GMS** |
| vs. | : : : : | |
| NEMOURS FOUNDATION d/b/a A. I. DuPONT HOSPITAL FOR CHILDREN, | : : | |

## **ORDER**

    **AND NOW**, this _____ day of _____, 2006, the Court having been informed that it is in the best interest of the minor to modify this court's Order of January 26, 2006, it is hereby;

    **ORDERED** and **DECREED** that the net proceeds to the minor plaintiff be placed in a trust to be established by the parent or guardian; said trust to be converted to a Special Needs Trust upon the minor attaining the age of eighteen (18).

    BY THE COURT:

    _____
                                         J.

**CERTIFICATE OF SERVICE**

I, Robert N. Hunn, attorney for plaintiff, hereby certify and state that a true and correct copy of the amended Order for settlement was served on all parties by electronic mail and First Class Mail, postage prepaid, this 17th day of April, 2006 upon the following:

>Michael Kelly, Esquire
>McCarter & English
>919 N. Market Street
>Suite 1800
>P.O. Box 111
>Wilmington, DE  19899

**KOLSBY, GORDON, ROBIN, SHORE & BEZAR**

Robert N. Hunn
ROBERT N. HUNN
ATTORNEY FOR PLAINTIFF