Michael P. Kelly

Managing Partner
Fax 302.984.2493
mkelly@mccarter.com

McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
tel 302.984.6300
fax 302.984.6399
www.mccarter.com



McCARTER & ENGLISH

ATTORNEYS AT LAW

April 19, 2006

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
Room 4324 – Lock Box 19
844 North King Street
Wilmington, DE 19801

Re:  *Laag v. Cullen et al.* - Civil Action No.: 04-1306-GMS
     Plaintiffs' Letter of April 17, 2006

Dear Judge Sleet:

    Defendants do not oppose the modification that Plaintiffs request in their letter of April 17, 2006 (copy attached).

Respectfully,

Michael P. Kelly

Attachment

ME1\5608353.1

| HARTFORD | STAMFORD | NEW YORK CITY | NEWARK | PHILADELPHIA | WILMINGTON | BALTIMORE |
|---|---|---|---|---|---|---|
| 860.275.6700 | 203.324.1800 | 212.609.6800 | 973.622.4444 | 215.979.3800 | 302.984.6300 | 410.659.8500 |