# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CATHERINE B. LAAG, a minor, by her Parent and Natural Guardian, JOHN LAAG, And JOHN LAAG Individually and in his Own right, plaintiffs | : : : : | CASE NO. CA 04-1306-GMS |
| vs. | : : : : : | |
| NEMOURS FOUNDATION d/b/a A. I. DuPONT HOSPITAL FOR CHILDREN, | : : | |

## ORDER

AND NOW, this 24th day of April, 2006, the Court having been informed that it is in the best interest of the minor to modify this court's Order of January 26, 2006, it is hereby;

**ORDERED** and **DECREED** that the net proceeds to the minor plaintiff be placed in a trust to be established by the parent or guardian; said trust to be converted to a Special Needs Trust upon the minor attaining the age of eighteen (18).

BY THE COURT:

_____ J.